No. 26-604

# In the United States Court of Appeals for the Ninth Circuit

SEATTLE PACIFIC UNIVERSITY,

Plaintiff-Appellant,

v.

NICHOLAS BROWN, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF WASHINGTON,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Washington
Honorable Barbara J. Rothstein
(3:22-cv-05540-BJR)

## EXCERPTS OF RECORD VOLUME 2 OF 3

| | |
|---|---|
| ABIGAIL ST. HILAIRE | LORI H. WINDHAM |
| ELLIS, LI & MCKINSTRY, PLLC | JOSEPH C. DAVIS |
| 1700 7th Ave., Suite 1810 | LAURA WOLK SLAVIS |
| Seattle, WA 98101 | JORDAN T. VARBERG |
| (206) 682-0565 | RICHARD C. OSBORNE |
| *asthilaire@elmlaw.com* | PHILLIP J. ALLEVATO* |
| | THE BECKET FUND FOR |
| | RELIGIOUS LIBERTY |
| *\*Not admitted to the D.C. bar; admitted to the Bar of the State of California. Practice limited to cases in federal court.* | 1919 Pennsylvania Ave. NW Suite 400 |
| | Washington, DC 20006 |
| | (202) 955-0095 |
| | *lwindham@becketfund.org* |

*Counsel for Plaintiff-Appellant*

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY<br><br>*Plaintiff*,<br><br>v.<br><br>NICHOLAS W. BROWN, in his official capacity as Attorney General of Washington<br><br>*Defendant*. | NO. 3:22-cv-05540-BJR<br><br>**SUPPLEMENTAL DECLARATION**<br>**OF**<br>**RICHARD OSBORNE** |

I, Richard Osborne, declare and state as follows:

1.  My name is Richard Osborne. I am one of the attorneys representing Plaintiff in this action. I am submitting this declaration in support of Plaintiff's Reply Brief. I have personal knowledge of all the contents of this declaration.

2.  Pages 188-89 from Colleen Melody's deposition (*see* Osborne Ex. E) were inadvertently omitted from the exhibit filed in support of SPU's motion for summary judgment. *See* SPU.MSJ at 11 n.2. True and correct copies of these missing pages are attached as Exhibit A to this declaration.

**ER017**

3.    Exhibit B to this declaration is a true and correct copy of an excerpt from the transcript of the deposition of Kristen Brown, the designated representative of Seattle Pacific University under Fed. R. Civ. P. 30(b)(6), taken on April 17, 2025.

Executed on November 5, 2025.

/s/*Richard Osborne*
Richard Osborne

**ER018**

# Exhibit A

# Osborne Supplemental Declaration

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

_____

)

SEATTLE PACIFIC UNIVERSITY,          )

)

Plaintiff,          )

)

vs.                              ) No. 3:22-cv-05540-BJR

)

NICK BROWN,as Attorney General of )

Washington,                          )

)

Defendant.          )

_____)

AND ALL RELATED CROSS-ACTIONS.

_____

VIDEOCONFERENCE DEPOSITION UPON ORAL EXAMINATION

OF

RULE 30(b)(6) DESIGNATED REPRESENTATIVE OF NICK BROWN

COLLEEN MELODY

_____

04/15/2025

9:00 a.m. PDT

Via Remote Audio-Visual Conference

Taken at the Instance and Request of Plaintiff

Job No. PA 7304849

Remotely Reported by:

Belle Angellotti, Certified Court Reporter

WA Certified Court Reporter, No. 23019609

ER020

Page 188

moved forward if we had never found anybody who had been harmed. Ultimately, we were able to resolve that by negotiation with the food bank, but that is an example where we opened an inquiry, at least, without knowing whether anyone had been harmed. We have never tried to litigate in a circumstance where we were not aware of aggrieved Washingtonians.

BY MR. DAVIS:

Q. Does it violate the WLAD for a religious employer to ask on an employment application whether applicants will agree to abide by a conduct policy prohibiting same-sex marriage or unmarried cohabitation, regardless of whether the employee is going to be a minister or not?

MS. CHE: Objection. Compound. Objection. Beyond the scope of this noticed deposition, calls for a legal conclusion, and is an incomplete hypothetical.

MR. DAVIS: Yes. Thank you for that, May.

BY MR. DAVIS:

Q. Let's stipulate that this employer has more than eight employees and is otherwise subject to the WLAD. The employer requires applicants to agree that, if hired, they will agree to a conduct policy prohibiting same-sex marriage or unmarried cohabitation and applies that requirement to all roles, ministerial or nonministerial.

ER021

Page 189

Does that violate the WLAD?

MS. CHE:  And the same objections.

A.  I don't know.  It depends on what -- who the employer is.  So I think if the question is about Walmart, my answer is different than if it is an employment application for a religious organization.  And then I need to know more about what the conduct policy is that, I guess, is appended to this or is referenced in this question.

Q.  Yes.  It's a religious employer, and the conduct policy prohibits the applicant, if the applicant were to become an employee, from engaging in same-sex marriage or unmarried cohabitation.

MS. CHE:  Same objection.

A.  Yes, I would need to see more about that, but I would have concerns about whether that was lawful under the WLAD for nonministerial employees.

Q.  Because it would discriminate based on one of the protected characteristics?

A.  Right.  Because I think you mentioned that it would -- in your hypothetical, does it preclude employment by people who are in same-sex marriages?

Q.  Yes.

A.  Yes, I would have concerns about that under the WLAD for nonministerial positions.

ER022

Page 197

C E R T I F I C A T E

I, BELLE ANGELLOTTI, Certified Court Reporter in and for the State of Washington, remotely reported the foregoing deposition and do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me first duly sworn; that said proceedings were taken before me via remote audio-visual conference on the date herein set forth; that said examination was taken by me by voice writing and thereafter, under my direction and supervision, transcribed to the best of my ability; and that said transcript is a complete and accurate record of the testimony of said witness, including all questions, answers, and objections, if any, of counsel.

I further certify that I am neither employee of or counsel for, nor related to, any of the parties to said action, nor financially or otherwise interested in the outcome of this cause thereof.

IN WITNESS WHEREOF I have set my hand this 24th day of April, 2025.

*Belle Nelson*

_____

Belle Angellotti, CVR No. 8288

WA CCR No. 23019609

OR CSR No. 230119

**ER023**

# Exhibit B

# Osborne Supplemental Declaration

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

SEATTLE PACIFIC UNIVERSITY,          )
                                     )
                    Plaintiff,       )
                                     )
          v.                         ) 3:22-CV-05540-BJR
                                     )
NICHOLAS W. BROWN, in his official   )
capacity as Attorney General of      )
Washington,                          )
                                     )
                    Defendant.       )

_____

DEPOSITION UPON ORAL EXAMINATION OF 30(b)(6)

SEATTLE PACIFIC UNIVERSITY OF

KRISTEN M. BROWN
* PORTIONS OF TESTIMONY ARE DESIGNATED CONFIDENTIAL

AND ARE SEALED UNDER SEPARATE COVER. *

_____

Taken at 800 Fifth Avenue, Suite 2000

Seattle, Washington

DATE TAKEN:  APRIL 17, 2025
REPORTED BY: BARBARA CASTROW, RMR, CRR, CCR
             WA CCR #2395 | OR CSR #22-0010

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

**ER025**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown          30(b)(6) Kristen M. Brown

Page 109

A.   I don't know at -- I don't know, on the adjunct side, where that would -- how that would tip over because it is every course is its own course.

So we would -- every contract would be a new contract for that.  So we would not necessarily contract with the same person multiple times.  They might not accept a contract multiple times.  There's not an expectation that they would continue on.

Q.   Have you had adjunct faculty who have continued on to teach additional courses?

A.   I'm sure that we have.

Q.   And are they required to abide by the Employee Lifestyle Expectations policy because of their continued employment?

A.   On our adjunct faculty, my understanding from our chief academic officer is that our hope is to hire adjunct faculty who can live out our mission as an institution, including the integration of faith in their teaching.

From time to time, we do have to hire outside of that, usually on a temporary basis, through sort of an exception to what we would normally do.

Q.   So my question was whether or not you've had adjunct faculty who have continued on to teach other courses, additional courses, whether they are required

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER026**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 226

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF KING

I, Barbara K. Castrow, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of Kristen M. Brown, having been duly sworn, on April 17, 2025, is true and accurate to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 2nd day of July, 2025.

_Barbara Castrow_

Barbara K. Castrow, CCR, RMR, CRR
Certified Court Reporter #2395

My certification expires:
November 24, 2025

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER027**

106cdf92-de2f-4cda-bc31-10126773f995

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY<br><br>*Plaintiff*,<br><br>v.<br><br>NICHOLAS W. BROWN, in his official capacity as Attorney General of Washington<br><br>*Defendant*. | NO. 3:22-cv-05540-BJR<br><br><br>**DECLARATION OF**<br>**DR. DEANA L. PORTERFIELD** |

I, Deana L. Porterfield, under the penalty of perjury state and declare:

1.      I am over the age of 18 and have personal knowledge of all the contents of this declaration. I have never been convicted of a crime of dishonesty.

2.      I am the current president of Seattle Pacific University.  I have served in that role since July 2023.

3.      As President of SPU, I am familiar with the University's religious commitments, policies, and day-to-day operations.

**ER028**

4.    SPU was founded in 1891 as "Seattle Seminary," a college preparatory school affiliated with the Free Methodist Church. Since then, the University has faithfully served its local Seattle community consistent with the principles of Free Methodism. For example, in recent years, it has created programs to help students find affordable meals, organized events to educate the evangelical community about racial justice, and hosted a community of individuals experiencing homelessness.

5.    SPU has maintained its historic affiliation with the Free Methodist Church to this day. As part of that affiliation, SPU adheres to the Book of Discipline, the statement of beliefs and practices of the Free Methodist Church, USA. **Ex. A.**

6.    Responsibility for the governance and control of Seattle Pacific University rests exclusively with the Board of Trustees, which elects its own members. Under the University's bylaws and in alignment with expectations of the Book of Discipline, no less than one-fourth of the Trustees must be members of the Free Methodist Church. The President of SPU must be Free Methodist, the Chief Academic Officer must be either a member of the Free Methodist Church or one who is in both conviction and spirit committed to the Wesleyan theology and perspectives, and its theology dean shall be Free Methodist or thoroughly Wesleyan.

7.    As an educational institution affiliated with the Free Methodist Church USA with a denominational relationship status, SPU also maintains an association with the other universities and seminaries affiliated with the church. SPU benefits from and wishes to maintain that religious association.

8.    The Free Methodist Book of Discipline states the Church's religious beliefs about marriage and sexuality. The Church adheres to the historic Christian teaching that marriage is a union between one man and one woman and that sexual intimacy should be reserved for marriage. ***See*** **Ex. A ¶¶ 158-59; 3213-15.**

**ER029**

9.      The Book of Discipline requires that all educational institutions affiliated with the Church maintain policies consistent with church teachings, which includes the institution's employment policies. Specifically, they must be guided by a statement of faith consistent with the beliefs of the Free Methodist Church and must have a policy of lifestyle expectations consistent with the Book of Discipline. *See* **Ex. A ¶ 4800**.

10.     If SPU were to abandon its lifestyle expectations for regular faculty and staff, it would be cause for disaffiliation from the Free Methodist Church USA. This is the understanding of SPU and its leadership, based on their knowledge of the Free Methodist Church, the terms of the Book of Discipline, and communications with Free Methodist Church senior leadership.

11.     Disaffiliation would be harmful to SPU and its religious expression in multiple ways. These harms include:

    a.      The loss of its formal relationship with the Free Methodist Church and its status as an educational institution of the Church.

    b.      The loss of fellowship and connection with the other educational institutions of the Free Methodist Church.

    c.      The risk of institutional division, given that SPU's President and no less than twenty-five percent of its Board are required to be members of the Free Methodist Church; the Chief Academic Officer must be either a member of the Free Methodist Church or one who is in both conviction and spirit committed to the Wesleyan theology and perspectives, and its theology dean shall be Free Methodist or thoroughly Wesleyan.

    d.      Severing ties with SPU's religious institutional history, since it was founded as a seminary of the Free Methodist Church.

    e.      Interference with SPU's internal religious governance decisions, if that disassociation was not based upon a religious determination but upon pressure from a government entity.

**ER030**

f.    Loss of SPU's expressive association with the Free Methodist Church, an expression of religious fellowship that it has embraced and promoted since its founding and continues to express today.

g.    Loss of SPU's historic and ongoing assembly with the Free Methodist Church, as SPU has chosen to assemble and continues to assemble with the Church for expressive and religious purposes.

h.    Impairment of SPU's religious exercise, as it practices its faith in part by affiliating with the Free Methodist Church, embracing its teachings, being guided by its rules, drawing strength and religious encouragement through affiliation with other Free Methodist congregations and institutions, and expressing to others its shared Free Methodist beliefs.

12.    SPU embraces its mission statement: "Seattle Pacific University is a Christian university fully committed to engaging the culture and changing the world by graduating people of competence and character, becoming people of wisdom, and modeling grace-filled community." **Ex. B.**

13.    SPU's religious employment policies, including its statement of faith and lifestyle expectations, are a crucial part of this mission. **Ex. C (statement of faith); Ex. D (lifestyle expectations).** SPU models a grace-filled community for students. Such modeling begins with people who share faith commitments and a shared understanding of grace that they can then model and transmit to students. A shared set of religious beliefs and practices, encompassing Free Methodist and similar Christian traditions, allows SPU to create a community of faith.

14.    SPU's statement of faith and lifestyle expectations have been part of its employee policies for many years and have been and are still applied to its regular, permanent employees in the hiring process.

15.    I am aware of two instances, each of which were disclosed to the Attorney General's Office in the discovery process, in which SPU declined to hire an applicant for a non-ministerial position because of the applicant's inability to comply with the sexual conduct standards set forth

**ER031**

in SPU's lifestyle expectations. Attached as Exhibit E is a true and correct copy of an excerpt of SPU's First Amended Responses to Defendant's Set of Interrogatories, which describes these applicants.

16.     SPU is what is sometimes referred to as a "missional" university. Within the Protestant Christian educational community, there are two overarching approaches to religious educational communities. One is the "covenantal" approach, which requires the entire community—both employees and students—to agree to a statement of faith and abide by religious conduct policies. This approach seeks to create a faithful religious community by inviting those who already share those beliefs to engage together in learning and shared religious practice. The second approach is "missional": this approach requires agreement on faith and practice from employees of the institution but opens admission to all students who are willing to experience a religious community. Missional institutions seek not only to educate the faithful, but to create a religious community where those who do not share their faith are welcomed. Missional schools understand that while some of those students may choose to join their religious traditions, others will not. But regardless of which choice a student makes, all students will have the opportunity to benefit from the religious community during their time at the school.

17.     SPU's missional approach to education is longstanding and is an intentional part of its religious exercise and expression.

18.     The statement of faith requirement for employees ensures that SPU creates a religious community based upon shared beliefs. The lifestyle expectations support the creation of that community by asking all permanent employees to commit to abide by certain religious practices. Some of those practices are commonplace, or even required by law, such as the prohibitions on sexual harassment and criminal activity. Other practices depart from current cultural norms, such as the prohibition of tobacco and alcohol on campus and the prohibition of sexual activity outside of traditional marriage. All these practices are part of SPU's religious exercise, helping to form a distinctive community of faith.

**ER032**

19.    Alongside its shared religious commitments, SPU recognizes that some members of its community may disagree on how Christian teaching should apply to certain issues. SPU welcomes grace-filled consideration of complex moral and theological questions within Christianity. This includes questions surrounding marriage and human sexuality. SPU recognizes that there are different approaches within Christianity to issues of marriage and sexuality. SPU does not require all employees to *agree with* SPU's or the Free Methodist Church's theological perspective on these questions. But in keeping with the University's Free Methodist beliefs and practices, it asks employees to *abide by* the University's religious practices on questions of sexuality and marriage. To put it differently: While permanent employees are not required to share SPU's theological beliefs about marriage and sexuality, they must personally behave in a manner that is consistent with them. **Ex. F.**

20.    I have reviewed Exhibit 11 to the Attorney General's summary judgment motion, which is from 2017. I understand that the document indicates there were instructions from a previous head of Human Resources. I can say with confidence that the instructions would be different today. Our policy is that a qualified applicant can be moved forward in the process, regardless of their sexual orientation. If the applicant states they cannot abide by our lifestyle expectations, that applicant would not be moved forward in the process.

21.    I have reviewed Exhibit 12 to the Attorney General's summary judgment motion, which is from 2019. It is not clear to me from the note what exactly the applicant disclosed regarding his relationships, if any. If that situation were to arise today, our policy would be that a qualified applicant can be moved forward in the process, regardless of their sexual orientation. If an applicant states they cannot abide by our lifestyle expectations, that applicant would not be moved forward in the process.

22.    SPU's religious employment policies are integral to SPU's work to create a religious community. SPU believes that religious actions are the natural outgrowth of religious faith. "Show me your faith apart from your works, and I will show you my faith by my works." James 2:18

(ESV). Where a community comprises people who have faith and are active in a church community, the natural outgrowth of that commitment will be religious actions, such as prayer, encouragement, and religious discussion.

23. In many jobs at SPU, employees are not required to pray with colleagues or students, but they are always welcome to do so, and even encouraged to do so. SPU believes, and has observed through long experience, that religious discussion, prayer, and religiously inspired actions are the natural outgrowth of a community made up of people whose faith is important to their lives.

24. Religious hiring policies also help SPU to model Christian faith to students and other community members, which is an important part of SPU's Christian mission. SPU expects its employees to model the faith in their interactions with students in a variety of contexts: in the classroom, in student housing, around campus, in campus activities, in religious services and observances on campus, and in the workplace with student employees. In this way, we expect our employees to represent Christ and SPU's Christian faith in their interactions with students.

25. As President, I meet with new staff and faculty members at all levels during staff and faculty orientations, and I speak to them about SPU's religious community and their role as ambassadors for that community. A true and correct copy of the slide deck that I use in that discussion is attached as Exhibit G. Every new, permanent SPU employee receives this charge as part of their orientation. If I am unable to be available for that orientation, another member of SPU's senior leadership delivers that charge.

26. SPU has different standards for student employees. This is related to our status as a missional school; since we do not ask students to agree to our statement of faith or comply with our employee lifestyle expectations, we do not limit their employment on campus by them either. Instead, we ask that our student employees follow the same rules as all other students.

27. SPU's policies have differed for some temporary employees, as those employees are only expected to be on campus for a short time. This has included adjunct faculty. Today, it is

**ER034**

SPU's hope to hire adjunct faculty who can live out our mission as an institution, including the integration of faith in their teaching. This best serves the mission of the University and the development of the community. Exceptions may be made for adjunct faculty on a case-by-case basis.

28.    SPU's policies with regard to temporary staff have varied, generally based on how long a temporary employee would fill a position and whether the position was likely to become permanent. SPU has been working to clarify its policies with regard to temporary employees, as our hope is that all employees will further SPU's mission and contribute to the religious community.

29.    The threat of enforcement of the WLAD against SPU has had serious and tangible effects on the University. For example, senior leadership must regularly spend time discussing this issue and responding to fears and concerns from staff, students, supporters, and alumni. Many of those who raise questions are fearful of what enforcement might mean for SPU. SPU leadership must divert time from their regular tasks to address these questions and fears.

30.    SPU also hired a PR firm to assist with the significant negative press due to the Attorney General's investigation. SPU has also been required to pay legal fees to defend its rights against this threat of unconstitutional enforcement.

31.    SPU and its senior leaders have invested significant time and resources in two separate lawsuits because of the AG's investigation.

32.    In the first lawsuit, *Guillot v. Whitehead,* No. 22-2-14642-7 SEA (King Cnty. Superior Ct. 2022), students, staff and alumni personally sued several SPU Board members, alleging, among other things, fraud and breach of fiduciary duty. That case was ultimately resolved with a dismissal and $0 settlement, but only after months of litigation and significant, negative public attention on the school. The AG's investigation was cited in the complaint as evidence that the Board members had engaged in mismanagement.

33.    The second lawsuit is this lawsuit. SPU did not wish to be involved in a lawsuit, particularly during such a disruptive and difficult time on campus, but believed it had no choice after

**ER035**

the AG sent his investigation letter. At that point, it was imperative that SPU seek judicial protection for its First Amendment rights. SPU personnel have spent many hours on this lawsuit, and its lawyers have spent thousands of hours.

34.     In addition to these lawsuits, SPU has also been sued by a former adjunct professor and applicant for a permanent position over its employment policies. That lawsuit was settled. *See Rinedahl v. Seattle Pac. Univ*, No. 21-2-00450-1 SEA (King Cnty. Superior Ct. 2021).

35.     As SPU has explained in its complaint and in its interrogatory responses, the threat of WLAD enforcement means that leadership must operate under the threat of legal enforcement and that hiring decisions must be made under a cloud of uncertainty, not knowing whether a particular application of religious criteria will lead to legal penalties. SPU has continued to carry out its religious practice, but must do so under the continued threat of penalties for continuing its religious exercise.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 29, 2025.

Dr. Deana L. Porterfield

ER037

# Exhibit A
# Porterfield Declaration

**ER038**

**The Free Methodist Church USA**

# 2023
# Book of Discipline



"Keep watch over yourselves and all the flock
of which the Holy Spirit has made you overseers.
Be shepherds of the church of God,
which he bought with his own blood" (Acts 20:28).

**ER039**

SPU0001032

# Introduction

## Purpose and Character of the Free Methodist Church

The Free Methodist Church is best understood within the framework of the biblical concept of the church, the perspective provided by its historical heritage, and its commitment to meeting human need.

## The Biblical Concept of the Church

It is clear from Scripture that the church is of God and for people. It is His creation. Christ is its head. The church is the people of God chosen for a purposeful partnership in accomplishing the will of God on earth. More than 80 metaphors, word pictures, relating to the church appear in the New Testament. Each portrays a more profound reality than does the picture it brings to mind. The pictures together make clear the nature and mission of the church. Paul speaks of the church as "body," "building," and "bride." The most inclusive and perhaps the most significant metaphor is "body of Christ." The redeemed are spoken of as "members of the body."

What is the profound truth that the many word pictures convey? God – Father, Son, and Holy Spirit – takes a redeemed people into partnership to share in His activities and to realize His purposes. The church is the organic, corporate instrument God has chosen to remake people and Society. It has a mission of holy love. The church exists to produce Christlikeness in all people and their institutions. Thus our mission may be described as participation with God in bringing holiness and love to bear upon the sins, hurts, and needs of all people. This description of our mission is both individual and social. It points to a social relationship of all people to God and to each other described in Scripture as "the kingdom of God."

The metaphors of the New Testament are made emphatic by the greatest portrait of all – the Incarnation, God made flesh. The church, enlightened by the Incarnation, continues the teaching and the ministry of its Lord on earth.

When the church is acting under the headship of its Lord and the inspiration of the Holy Spirit, it continues the story begun in the book of Acts. Many are its wonderful achievements since the first century, and many more may yet be realized in the unfolding drama of the acts of the Holy Spirit through redeemed people.

The New Testament reminds us that the church visible is not the church ideal. Because the church is a divine-human partnership, sharing not only in the holy love of its founder but in the blemishes of its humanity, it is ever in need of renewal. God takes the same risk

**ER040**

SPU0001040

Introduction

with the church in redemption as He did when He granted people freedom in creation. Just as God, the Holy Spirit, used the hands of the Apostle Paul in "special miracles" so He can use His church today. The results will be the same – the Word of the Lord will grow mightily and will prevail (Acts 19:11 and 20).

## Historical Heritage and Perspective

Free Methodists consider the story of the church in the book of Acts and the other New Testament writings as their primary heritage. Generation after generation derives from this record their main source of direction and renewal. Followers of God have wrestled with issues both old and new throughout the centuries just as they do now. The entire history of the church is instructive for us.

Free Methodists claim a line of evangelical descent spelled out in large terms as follows: They trace their spiritual heritage through men and women of deep personal piety in all ages who have shown that it is possible to maintain the glow of spiritual fervor in the midst of paganism, apostasy, and the ofttimes corruption of the established church.

The lineage of the Free Methodist Church begins with the people of God in the Old and New Testaments, and includes influences and contributions from the multitude of renewal movements in western Christianity: Wycliffe and the German Moravians (from whom Wesley learned the concept of "the witness of the Spirit"); the sixteenth-century Reformation with its many counterbalancing renewal movements, not the least of which were the Arminian correctives (which taught that Christ's salvation was for all humankind without limit, but that it must be freely chosen); the Catholic-Anglican tradition; the English Puritan influence; the Methodist tradition; and the ensuing vigorous nineteenth-century holiness movement. God has used these and others across the ages to make the unchanging Christian gospel known more clearly. In sum, Free Methodists identify with the flow of history of the Christian church while maintaining distinctive evangelical and spiritual emphases.

The contributions from church history may be detailed as follows: The Reformation heritage is reflected in their commitment to the Bible as the supreme rule of faith and life, and to salvation by grace through faith.

The Catholic-Anglican heritage appears in their concern for church order and appreciation for liturgical form. Their emphasis on the essentials of the faith allows for their openness towards differing views on such subjects as modes of baptism and the millennium.

The Methodist heritage is shown in theological, ecclesiastical, and

2

**ER041**

SPU0001041

Introduction

social concerns articulated by the Reverend John Wesley and his associates in the eighteenth century and reaffirmed through the holiness movement of the nineteenth.

Theologically, they are committed to the Wesleyan-Arminian affirmation of the saving love of God in Christ. Through prevenient grace He seeks to bring every individual to Himself but grants to each the responsibility of accepting or rejecting that salvation. Salvation is a living relationship with God in Jesus Christ, giving the believer a legal position of righteousness, and therefore affirming the security of all who continue in fellowship with Him. Along with the Arminian emphasis on the universal offer of salvation, John Wesley rediscovered the principle of assurance through the witness of the Holy Spirit. He declared a scriptural confidence in a God who is able to cleanse the hearts of believers from sin here and now by faith, fill them with the Holy Spirit, and empower them for carrying out His mission in the world. John Wesley wrote of himself and his brother Charles, "In 1729 two young men in England, reading the Bible, saw they could not be saved without holiness, followed after it, and incited others so to do. In 1737 they saw, likewise, that men are justified before they are sanctified; but still holiness was their object. God then thrust them out to raise up a holy people."

Ecclesiastically, the Methodist heritage is continued in Free Methodist organization. At its most basic level, Free Methodists organize as local churches and have named them "societies." In so doing, they follow early Methodist practice and designate the local church as a transformed and transforming Society. The local church constitutes a "Society" different from the societies of the world. Thus, in the pages that follow, we use the term "Society" to refer to Free Methodist churches in their local settings.

There are lines of responsibility connecting local, district, conference, and denominational ministries. Small groups of believers are accountable to one another for growth in Christian life and service. Free Methodists are concerned for the whole church, not just the local congregation. They value the leadership of bishops, superintendents, pastors, and lay leaders who provide counsel and direction to the church.

Born at a time when representative government was being developed by free societies, the Free Methodist founders reaffirmed the biblical principle of lay ministry. Free Methodists recognize and license unordained persons for particular ministries. They mandate lay representation in numbers equal to clergy in the councils of the church.

Socially, from their early days, Free Methodists displayed an awakened conscience characteristic of the early Wesleyan movement. Their outspoken action against the institution of slavery and

3

**ER042**

SPU0001042

Introduction

the class distinction inherent in the rental of pews to the wealthy demonstrated the spirit of true Methodism. Although issues change, the sensitive social conscience remains, evidenced by continuing, active participation in the social concerns of the day.

During the nineteenth century, the holiness movement, arising in American Methodism but spreading through other nations and denominations, called Christians to deeper levels of relationship with God and greater concern for the needs of hurting humanity. Within this context, the Reverend Benjamin T. Roberts and other  ministers and laypersons in the Genesee Conference of the Methodist Episcopal Church in western New York raised a protest against theological liberalism, unhealthy compromise on pressing social issues, and loss of spiritual fervor.

Between 1858 and 1860, a number of these leaders were excluded from the Methodist Episcopal Church on various charges and allegations. In reality, the primary issue was their proclamation of the basic principles of Methodism, especially the doctrine and experience of  entire sanctification. Appeals made to the General Conference of May 1860 were denied. Those excluded could not join any other Methodist body, for there was none that agreed with them on the issues on which they were thrust out. Therefore, the Free Methodist Church was organized by a convention of lay members and ministers which met at Pekin, Niagara County, New York, on August 23, 1860. The first General Conference met on the second Wednesday of October, 1862, at Saint Charles, Illinois.

The Free Methodist Church, since its inception, continues to expand around the world through missionary outreach, the development of additional general conferences, and a coordinating world organization.

## The Needs of Persons

Free Methodists are committed to the task of understanding the most important needs of persons, institutions, and varying cultures so that it may minister meaningfully and redemptively to them. In the high priestly prayer of Jesus Christ, He called upon believers to live in this world actively and intelligently in order that the world might be led both to "know" and to "believe."

Free Methodists are aware of the demonic forces in the world which debase people, pervert the good, and lead people and institutions to ruin. They attempt to help people by restoring personal meaning in a time of depersonalizing developments. Free Methodists openly rebuke anything in law, persons or institutions which violates the dignity of persons created in the image of God. They are committed to taking advantage of opportunities where as individuals, societies,

4

Case: 26-604, 04/09/2026, DktEntry: 16.2, Page 29 of 293
Case 3:22-cv-05540-BJR    Document 81-1    Filed 10/01/25    Page 7 of 71

Introduction

conferences, and a denomination they can minister healing and redemptive helpfulness in the world.

## Distinctive Principles

Free Methodists seek to express the concept of the church of Jesus Christ, their historical perspective, and the needs of persons in specific principles and commitments.

Free Methodists today seek to continue the mission of first-century Christianity which was recovered by John Wesley and the early Methodists who declared they existed "to raise up a holy people."

Free Methodists are a fellowship of Christians in earnest to get to heaven and committed to working in the world for the salvation of all people. They place their commitment to Christ and His church above all others. They keep themselves free from alliances that would compete for their highest loyalty and from all that would encumber and compromise their effective witness to the Trinitarian faith and the believer's dependence upon the grace of God. The Christian denies self, takes up their cross daily, and follows Jesus. They conform to all the will of God as made known in His Word, and believe the conditions of salvation are the same now as they were in the days of the apostles.

In doctrine, Free Methodists' beliefs are the standard beliefs of evangelical, Arminian Protestantism, with distinctive emphasis on the scriptural teaching of entire sanctification as held by John Wesley.

In experience, Free Methodists stress the reality of an inner cleansing and power that attests the doctrine of entire sanctification, both in the inward consciousness of believers and in their outward life.

Their worship is characterized by simplicity and freedom of the Spirit, untrammeled by elaborate ritual.

Free Methodists maintain a life of daily devotion to Christ that springs from inward holiness and separates the Christian from the world, even while he/she lives in the world. They believe the best way to keep worldliness from invading the church is for the church to invade the world with redemptive purpose.

They practice a complete consecration of every power and possession to the service of God and all people everywhere. They believe so strongly in the mission of the church that they are committed to responsible stewardship in finance. Therefore they do not need to resort to commercial efforts to support the cause of Christ.

Free Methodists recognize that God gives spiritual gifts of service and leadership to both men and women. Since male and female are both created in the image of God, that image is most fully reflected

5

**ER044**

SPU0001044

Introduction

when both women and men work in concert at all levels of the church. Therefore, all positions in the church are accessible to any whom God has called.

Free Methodists sense a special obligation to preach the gospel to the poor. The provisions of the gospel are for all. The "glad tidings" must be proclaimed to every individual of the human race. God sends the true light to illuminate and melt every heart. Jesus set the example. Of His ministry it was reported, "The blind receive their sight, and the lame walk, the lepers are cleansed, and the deaf hear, the dead are raised up, and the poor have the gospel preached to them." This preaching to the poor was the crowning proof that He was the one who should come. In this respect the church must follow in the footsteps of Jesus.

Free Methodists are committed to the New Testament ideals of simplicity and modesty as a style of life. They wish to call attention, not to themselves, but to their Lord.

These distinctives of the Free Methodist Church from its origin are still living issues. In every era and every land these distinctives are the witnesses of the church, needing utterance clear and strong that they may be heard and heeded amidst the world's confusing and misleading voices.

## The Free Methodist Way

FREE METHODISTS ARE FIRST AND FOREMOST A KINGDOM PEOPLE. Yet throughout church history God has raised up distinct movements like ours to enrich the larger Body of Christ. Building on the legacies of John Wesley and B.T. Roberts, but always discerning where God is moving today, our identity is shaped by values that are both historical and aspirational. Of the many values we hold dear, these five lie at the heart of our movement. We view them as a whole, each one bringing necessary balance to the others. In a time of rising polarization in our nation, we resist the pull toward both fundamentalism and theological liberalism not out of a spirit of compromise, but from a radical commitment to what Wesley called "the middle way." It is a path that takes the whole gospel seriously and continually calls us to "both/and" convictions in an "either/or" world. We call it *The Free Methodist Way.*

## Life-Giving Holiness

GOD'S CALL TO HOLINESS was never meant to be a burden, but a gift that liberates us for life that is truly life by delivering us from the destructive power of sin.

All who are born again are made right with God by the finished work

6

**ER045**

SPU0001045

Introduction

of Jesus Christ and called to experience the fullness of the indwelling presence of the Holy Spirit. Forgiven and filled, we approach life with confidence that we are acceptable to God even as He continues to transform our character and behavior to become more and more like Jesus. Life-giving holiness, then, is the fruit of full surrender to the loving reign of God over every aspect of our lives, establishing within us love that is truly love.

Leaving behind the legalism that once hindered our movement, *The Free Methodist Way* invites every believer to embrace the transforming work of the Holy Spirit that empowers us to love and serve God and others in joyful obedience.

## Love-Driven Justice

**Love is the way we demonstrate God's heart for justice** by valuing the image of God in all men, women, and children, acting with compassion toward the oppressed, resisting oppression, and stewarding creation.

We devote ourselves to our founders' deep convictions around matters of injustice as they took their stand against the evils of slavery, the oppression of the poor, the marginalization of women, and the abuse of power in the church. Our heart for justice continues and expands today, fueled by God's holy love for the unborn, the vulnerable, oppressed, marginalized, and people of all races and ethnicities.

*The Free Methodist Way* is not only to realize a better Society, but that all may be reconciled to God and one another in ways that reflect God's just character.

## Christ-Compelled Multiplication

**The gospel of Jesus Christ** — the message He proclaimed, the life He lived, and the ministry He modeled — set into motion a redemptive movement destined to fill the whole earth.

Jesus' approach to discipleship was primarily a relational one in which He poured His life into a few with the full expectation that they would follow His example. His aim was not merely the transmission of information, but the transformation of lives by empowering those who followed Him to do what He had been doing. His mission is now our mission. We believe this redemptive movement of multiplication applies to every believer and should permeate our Free Methodist culture at every level: the found reaching the lost, disciples making disciples, leaders developing leaders, churches planting churches, and movements birthing movements.

*The Free Methodist Way* is to see God's kingdom expand exponentially

7

**ER046**

SPU0001046

Introduction

as ordinary people are equipped by God's power to do extraordinary things.

## Cross-Cultural Collaboration

From the beginning, God's intent was to have a people from every nation, culture, and ethnicity, united in Christ and commissioned to carry out his work in the world.

Today we celebrate the beauty of a multicultural and multiethnic church both in the U.S. and in over 100 countries around the world. In the U.S., we cling to the promise that we have been made one in Christ even as we dedicate ourselves to becoming a more diverse church that looks like the kingdom of God. Globally, we continue to send missionaries to other nations even as we rejoice that the nations are increasingly coming to us. Freely sharing our own gifts and resources, we are also challenged and inspired by the faithfulness, perseverance, ceaseless prayer, theological insights, and spiritual wisdom of our international brothers and sisters. Without question, we are better together.

*The Free Methodist Way* aspires to move beyond colonialism and ethnocentrism in favor of a collaborative partnership in God's global work in anticipation of the day when a great multitude from every tongue, tribe, people, and language makes up the eternal throng before the throne of God (Rev. 7:9).

## God-given Revelation

We hold unwaveringly to our conviction that the Bible is the inspired Word of God and our final authority in all matters of faith and practice.

Drawing on our Wesleyan heritage of engaging with Scripture through the lenses of tradition, reason, and experience, we keep Scripture primary. While the church will always be tasked with authentically communicating and applying biblical truths with sensitivity to cultural dynamics, we do not subjugate the Bible's timeless truths to cultural norms or social trends.

*The Free Methodist Way* is to fully align our lives and our movement on the unshakeable foundation of God's Word.

8

**ER047**

SPU0001047

# Chapter 1

# The Constitution of the Free Methodist Church

## Preamble

¶100  In order that we may wisely preserve and pass on to posterity the heritage of doctrine and principles of Christian living transmitted to us as evangelicals in the Arminian-Wesleyan tradition, insure church order by sound principles and ecclesiastical polity, and prepare the way for evangelization of the world and the more effective cooperation with other branches of the church of Christ in the advancement of Christ's kingdom, we, the ministers and lay members of the Free Methodist Church, in accordance with constitutional procedure, do hereby ordain, establish, and set forth the following as the Constitution of the Free Methodist Church.

## Articles of Religion – God

### The Holy Trinity

¶101  There is but one living and true God, the maker and preserver of all things. And in the unity of this Godhead there are three persons: the Father, the Son, and the Holy Spirit. These three are one in eternity, deity, and purpose; everlasting, of infinite power, wisdom, and goodness.

### The Son – His Incarnation

¶103  God was Himself in Jesus Christ to reconcile people to God. Conceived by the Holy Spirit, born of the Virgin Mary, He joined together the deity of God and the humanity of humankind. Jesus of Nazareth was God in flesh, truly God and truly human. He came to save us. For us the Son of God suffered, was crucified, dead, and buried. He poured out His life as a blameless sacrifice for our sin and transgressions. We gratefully acknowledge that He is our Savior, the one perfect mediator between God and us.

### The Son – His Resurrection and Exaltation

¶104  Jesus Christ is risen victorious from the dead. His resurrected body became more glorious, not hindered by ordinary human limitations. Thus He ascended into heaven. There He sits as our exalted Lord at the right hand of God the Father, where He intercedes for us until all His enemies shall be brought into complete subjection. He will return to judge all people. Every knee will bow and every tongue confess Jesus Christ is Lord, to the glory of God the Father.

### The Holy Spirit – His Person

¶105  The Holy Spirit is the third person of the Trinity. Proceeding from the Father and the Son, He is one with them, the eternal Godhead,

9

**ER048**

SPU0001048

¶105      The Constitution of the Free Methodist Church

equal in deity, majesty, and power. He is God effective in Creation, in life, and in the church. The Incarnation and ministry of Jesus Christ were accomplished by the Holy Spirit. He continues to reveal, interpret, and glorify the Son.

### The Holy Spirit – His Work in Salvation

¶106      The Holy Spirit is the administrator of the salvation planned by the Father and provided by the Son's death, resurrection, and ascension. He is the effective agent in our conviction, regeneration, sanctification, and glorification. He is our Lord's ever-present self, indwelling, assuring, and enabling the believer.

### The Holy Spirit – His Relation to the Church

¶107      The Holy Spirit is poured out upon the church by the Father and the Son. He is the church's life and witnessing power. He bestows the love of God and makes real the lordship of Jesus Christ in the believer so that both His gifts of words and service may achieve the common good and build and increase the church. In relation to the world He is the Spirit of truth, and His instrument is the Word of God.

## The Scriptures

### Authority

¶108      The Bible is God's written Word, uniquely inspired by the Holy Spirit. It bears unerring witness to Jesus Christ, the living Word. As attested by the early church and subsequent councils, it is the trustworthy record of God's revelation, completely truthful in all it affirms. It has been faithfully preserved and proves itself true in human experience.

The Scriptures have come to us through human authors who wrote, as God moved them, in the languages and literary forms of their times. God continues, by the illumination of the Holy Spirit, to speak through this Word to each generation and culture.

The Bible has authority over all human life. It teaches the truth about God, His creation, His people, His one and only Son, and the destiny of humankind. It also teaches the way of salvation and the life of faith. Whatever is not found in the Bible nor can be proved by it is not to be required as an article of belief or as necessary to salvation.

### Authority of the Old Testament

¶109      The Old Testament is not contrary to the New. Both Testaments bear witness to God's salvation in Christ; both speak of God's will for His people. The ancient laws for ceremonies and rites, and the civil precepts for the nation Israel are not necessarily binding on Christians today. But, on the example of Jesus, we are obligated to

10

**ER049**

SPU0001049

The Constitution of the Free Methodist Church          ¶112

obey the moral commandments of the Old Testament.

The books of the Old Testament are:  Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua, Judges, Ruth, 1 Samuel, 2 Samuel, 1 Kings, 2 Kings, 1 Chronicles, 2 Chronicles, Ezra, Nehemiah, Esther, Job, Psalms, Proverbs, Ecclesiastes, the Song of Solomon, Isaiah, Jeremiah, Lamentations, Ezekiel, Daniel, Hosea, Joel, Amos, Obadiah, Jonah, Micah, Nahum, Habakkuk, Zephaniah, Haggai, Zechariah, Malachi.

### New Testament

¶110    The New Testament fulfills and interprets the Old Testament. It is the record of the revelation of God in Jesus Christ and the Holy Spirit. It is God's final word regarding humankind, sin, salvation, the world, and its destiny.

The books of the New Testament are: Matthew, Mark, Luke, John, Acts, Romans, 1 Corinthians, 2 Corinthians, Galatians, Ephesians, Philippians, Colossians, 1 Thessalonians, 2 Thessalonians, 1 Timothy, 2 Timothy, Titus, Philemon, Hebrews, James, 1 Peter, 2 Peter, 1 John, 2 John, 3 John, Jude, Revelation.

## Humankind

### Free Moral Persons

¶111    God created human beings in His own image, innocent, morally free, and responsible to choose between good and evil, right and wrong. By the sin of Adam, humans as the offspring of Adam are corrupted in their very nature so that from birth they are inclined to sin. They are unable by their own strength and work to restore themselves in right relationship with God and to merit eternal salvation. God, the Omnipotent, provides all the resources of the Trinity to make it possible for humans to respond to His grace through faith in Jesus Christ as Savior and Lord. By God's grace and help people are enabled to do good works with a free will.

### Law of Life and Love

¶112    God's law for all human life, personal and social, is expressed in two divine commands:  love the Lord God with all your heart, and love your neighbor as yourself. These commands reveal what is best for persons in their relationship with God, others, and Society. They set forth the principles of human duty in both individual and social action. They recognize God as the only Sovereign. All people as created by Him and in His image have the same inherent rights regardless of gender, race, or color. All should therefore give God absolute obedience in their individual, social, and political acts. They should strive to secure to everyone respect for their person, their rights, and their greatest happiness in the possession and exercise of the right within the moral law.

11

**ER050**

SPU0001050

¶113                    The Constitution of the Free Methodist Church

### Good Works

¶113    Good works are the fruit of faith in Jesus Christ, but works cannot save us from our sins nor from God's judgment. As expressions of Christian faith and love, our good works performed with reverence and humility are both acceptable and pleasing to God. However, good works do not earn God's grace.

## Salvation

### Christ's Sacrifice

¶114    Christ offered once and for all the one perfect sacrifice for the sins of the whole world. No other satisfaction for sin is necessary; none other can atone.

### New Life in Christ

¶115    A new life and a right relationship with God are made possible through the redemptive acts of God in Jesus Christ. God, by His Spirit, acts to impart new life and put people into a relationship with Himself as they repent and their faith responds to His grace. Justification, regeneration, adoption, sanctification, and restoration speak significantly to entrance into and continuance in the new life.

### Justification

¶116    Justification is a legal term that emphasizes that by a new relationship in Jesus Christ people are in fact accounted righteous, being freed from both the guilt and the penalty of their sins.

### Regeneration

¶117    Regeneration is a biological term which illustrates that by a new relationship in Christ, one does in fact have a new life and a new spiritual nature capable of faith, love, and obedience to Christ Jesus as Lord. The believer is born again and is a new creation. The old life is past; a new life is begun.

### Adoption

¶118    Adoption is a filial term full of warmth, love, and acceptance. It denotes that by a new relationship in Christ believers have become His wanted children freed from the mastery of both sin and Satan. Believers have the witness of the Spirit that they are children of God.

### Sanctification

¶119    Sanctification is that saving work of God beginning with new life in Christ whereby the Holy Spirit renews His people after the likeness of God, changing them through crisis and process, from one degree of glory to another, and conforming them to the image of Christ.

As believers surrender to God in faith and die to self through full

12

**ER051**

SPU0001051

consecration, the Holy Spirit fills them with love and purifies them from sin. This sanctifying relationship with God remedies the divided mind, redirects the heart to God, and empowers believers to please and serve God in their daily lives.

Thus, God sets His people free to love Him with all their heart, soul, mind, and strength, and to love their neighbor as themselves.

### Restoration

¶120   Christians may be sustained in a growing relationship with Jesus as Savior and Lord. However, they may grieve the Holy Spirit in the relationships of life without returning to the dominion of sin. When they do, they must humbly accept the correction of the Holy Spirit, trust in the advocacy of Jesus, and mend their relationships.

Christians can sin willfully and sever their relationship with Christ. Even so, by repentance before God, forgiveness is granted and the relationship with Christ restored, for not every sin is the sin against the Holy Spirit and unpardonable. God's grace is sufficient for those who truly repent and, by His enabling, amend their lives. However, forgiveness does not give believers liberty to sin and escape the consequences of sinning.

God has given responsibility and power to the church to restore penitent believers through loving reproof, counsel and acceptance.

## The Church

¶121   The church is created by God. It is the people of God. Christ Jesus is its Lord and Head. The Holy Spirit is its life and power. It is both divine and human, heavenly and earthly, ideal and imperfect. It is an organism, not an unchanging institution. It exists to fulfill the purposes of God in Christ. It redemptively ministers to persons. Christ loved the church and gave Himself for it that it should be holy and without blemish. The church is a fellowship of the redeemed and the redeeming, preaching the Word of God and administering the sacraments according to Christ's instruction. The Free Methodist Church purposes to be representative of what the church of Jesus Christ should be on earth. It therefore requires specific commitment regarding the faith and life of its members. In its requirements it seeks to honor Christ and obey the written Word of God.

### The Language of Worship

¶122   According to the Word of God and the custom of the early church, public worship and prayer and the administration of the sacraments should be in a language understood by the people.

### The Holy Sacraments

¶123   Water baptism and the Lord's Supper are the sacraments of the

13

ER052
SPU0001052

¶123                    The Constitution of the Free Methodist Church

church commanded by Christ. They are means of grace through faith, tokens of our profession of Christian faith, and signs of God's gracious ministry toward us. By them, He works within us to quicken, strengthen, and confirm our faith.

### Baptism

¶124    Water baptism is a sacrament of the church, commanded by our Lord, signifying acceptance of the benefits of the atonement of Jesus Christ to be administered to believers as declaration of their faith in Jesus Christ as Savior.

Baptism is a symbol of the new covenant of grace as circumcision was the symbol of the old covenant; and, since infants are recognized as being included in the atonement, they may be baptized upon the request of parents or guardians who shall give assurance for them of necessary Christian training. They shall be required to affirm the vow for themselves before being accepted into church membership.

### The Lord's Supper

¶125    The Lord's Supper is a sacrament of our redemption by Christ's death. To those who rightly, worthily, and with faith receive it, the bread which we break is a partaking of the body of Christ; and likewise the cup of blessing is a partaking of the blood of Christ. The supper is also a sign of the love and unity that Christians have among themselves.

Christ, according to His promise, is really present in the sacrament. But His body is given, taken, and eaten only after a heavenly and spiritual manner. No change is effected in the element; the bread and wine are not literally the body and blood of Christ. Nor is the body and blood of Christ literally present with the elements. The elements are never to be considered objects of worship. The body of Christ is received and eaten in faith.

## Last Things

### The Kingdom of God

¶126    The kingdom of God is a prominent Bible theme providing Christians with both their tasks and hope. Jesus announced its presence. The kingdom is realized now as God's reign is established in the hearts and lives of believers.

The church, by its prayers, example, and proclamation of the gospel, is the appointed and appropriate instrument of God in building His kingdom.

But the kingdom is also future and is related to the return of Christ when judgment will fall upon the present order. The enemies of Christ will be subdued; the reign of God will be established; a total cosmic renewal which is both material and moral shall occur; and the hope of the redeemed will be fully realized.

14

**ER053**

SPU0001053

The Constitution of the Free Methodist Church            ¶131

**The Return of Christ**

¶127    The return of Christ is certain and may occur at any moment, although it is not given us to know the hour. At His return He will fulfill all prophecies concerning His final triumph over all evil. The believer's response is joyous expectation, watchfulness, readiness, and diligence.

**Resurrection**

¶128    There will be a bodily resurrection from the dead of both the just and the unjust, they that have done good unto the resurrection of life, they that have done evil unto the resurrection of damnation. The resurrected body will be a spiritual body, but the person will be whole and identifiable. The Resurrection of Christ is the guarantee of resurrection unto life to those who are in Him.

**Judgment**

¶129    God has appointed a day in which He will judge the world in righteousness in accordance with the gospel and our deeds in this life.

**Final Destiny**

¶130    Our eternal destiny is determined by God's grace and our response, not by arbitrary decrees of God. For those who trust Him and obediently follow Jesus as Savior and Lord, there is a heaven of eternal glory and the blessedness of Christ's presence. But for the finally impenitent there is a hell of eternal suffering and of separation from God.

## Scriptural References

¶131    The doctrines of the Free Methodist Church are based upon the Holy Scriptures and are derived from their total biblical context. The references below are appropriate passages related to the given articles. They are listed in their biblical sequence and are not intended to be exhaustive.

**God**

The Holy Trinity (see ¶101)

> Genesis 1:1-2; Exodus 3:13-15; Deuteronomy 6:4; Matthew 28:19; John 1:1-3; 5:19-23; 8:58; 14:9-11; 15:26; 16:13-15; 2 Corinthians 13:14.

The Son – His Incarnation (see ¶103)

> Matthew 1:21; 20:28; 26:27-28; Luke 1:35; 19:10; John 1:1, 10, 14; 2 Corinthians 5:18-19; Philippians 2:5-8; Hebrews 2:17; 9:14-15.

The Son – His Resurrection and Exaltation (see ¶104)

> Matthew 25:31-32; Luke 24:1-7; 24:39; John 20:19; Acts 1:9-11; 2:24; Romans 8:33-34; 2 Corinthians 5:10; Philippians 2:9-11; Hebrews

15

**ER054**

SPU0001054

¶131                The Constitution of the Free Methodist Church

1:1-4.

The Holy Spirit – His Person (see ¶105)

> Matthew 28:19; John 4:24; 14:16-17, 26; 15:26; 16:13-15.

The Holy Spirit – His Work in Salvation (see ¶106)

> John 16:7-8; Acts 15:8-9; Romans 8:9, 14-16; 1 Corinthians 3:16; 2 Corinthians 3:17-18; Galatians 4:6.

The Holy Spirit – His Relation to the Church (see ¶107)

> Acts 5:3-4; Romans 8:14; 1 Corinthians 12:4-7; 2 Peter 1:21.

**The Scriptures**

Authority (see ¶108)

> Deuteronomy 4:2; 28:9; Psalm 19:7-11; John 14:26; 17:17; Romans 15:4; 2 Timothy 3:14-17; Hebrews 4:12; James 1:21.

The Scriptures – Authority of the Old Testament (see ¶109)

> Matthew 5:17-18; Luke 10:25-28; John 5:39, 46-47; Acts 10:43; Galatians 5:3-4; 1 Peter 1:10-12.

The Scriptures – New Testament (see ¶110)

> Matthew 24:35; Mark 8:38; John 14:24; Hebrews 2:1-4; 2 Peter 1:16-21; 1 John 2:2-6; Revelation 21:5; 22:19.

**Humankind**

Free Moral Persons (see ¶111)

> Genesis 1:27; Psalm 51:5; 130:3; Romans 5:17-19; Ephesians 2:8-10.

Law of Life and Love (see ¶112)

> Matthew 23:35-39; John 15:17; Galatians 3:28; 1 John 4:19-21.

Good Works (see ¶113)

> Matthew 5:16; 7:16-20; Romans 3:27-28; Ephesians 2:10; 2 Timothy 1:8-9; Titus 3:5.

**Salvation**

Christ's Sacrifice (see ¶114)

> Luke 24:46-48; John 3:16; Acts 4:12; Romans 5:8-11; Galatians 2:16; 3:2-3; Ephesians 1:7-8; 2:13; Hebrews 9:11-14, 25-26; 10:8-14.

New Life in Christ (see ¶115)

> John 1:12-13; 3:3-8; Acts 13:38-39; Romans 8:15-17; Ephesians 2:8-9; Colossians 3:9-10.

Justification (see ¶116)

> Psalm 32:1-2; Acts 10:43; Romans 3:21-26, 28; 4:2-5; 5:8-9; 1 Corinthians 6:11; Philippians 3:9.

16

**ER055**

SPU0001055

The Constitution of the Free Methodist Church ¶131

Regeneration (see ¶117)

> Ezekiel 36:26-27; John 5:24; Romans 6:4; 2 Corinthians 5:17; Ephesians 4:22-24; Colossians 3:9-10; Titus 3:4-5; 1 Peter 1:23.

Adoption (see ¶118)

> Romans 8:15-17; Galatians 4:4-7; Ephesians 1:5-6; 1 John 3:1-3.

Sanctification (see ¶119)

> Leviticus 20:7-8; John 14:16-17; 17:19; Acts 1:8; 2:4; 15:8-9; Romans 5:3-5; 8:12-17; 12:1-2; 1 Corinthians 6:11; 12:4-11; Galatians 5:22-25; Ephesians 4:22-24; 1 Thessalonians 4:7; 5:23-24; 2 Thessalonians 2:13; Hebrews 10:14.

Restoration (see ¶120)

> Matthew 12:31-32; 18:21-22; Romans 6:1-2; Galatians 6:1; 1 John 1:9; 2:1-2; 5:16-17; Revelation 2:5; 3:19-20.

**The Church**

The Church (see ¶121)

> Matthew 16:15-18; 18:17; Acts 2:41-47; 9:31; 12:5; 14:23-26; 15:22; 20:28; 1 Corinthians 1:2; 11:23; 12:28; 16:1; Ephesians 1:22-23; 2:19-22; 3:9-10; 5:22-23; Colossians 1:18; 1 Timothy 3:14-15.

The Language of Worship (see ¶122)

> Nehemiah 8:5, 6, 8; Matthew 6:7; 1 Corinthians 14:12-14.

The Holy Sacraments (see ¶123)

> Matthew 26:26-29; 28:19; Acts 22:16; Romans 4:11; 1 Corinthians 10:16-17; 11:23-26; Galatians 3:27.

Baptism (see ¶124)

> Acts 2:38, 41; 8:12-17; 9:18; 16:33; 18:8; 19:5; John 3:5; 1 Corinthians 12:13; Galatians 3:27-29; Colossians 2:11-12; Titus 3:5.

The Lord's Supper (see ¶125)

> Mark 14:22-24; John 6:53-58; Acts 2:46; 1 Corinthians 5:7-8; 10:16; 11:20, 23-29.

**Last Things**

The Kingdom of God (see ¶126)

> Matthew 6:10, 19-20; 24:14; Acts 1:8; Romans 8:19-23; 1 Corinthians 15:20-25; Philippians 2:9-10; 1 Thessalonians 4:15-17; 2 Thessalonians 1:5-12; 2 Peter 3:3-10; Revelation 14:6; 21:3-8; 22:1-5, 17.

The Return of Christ (see ¶127)

> Matthew 24:1-51; 26:64; Mark 13:26-27; Luke 17:26-37; John 14:1-3; Acts 1:9-11; 1 Thessalonians 4:13-18; Titus 2:11-14; Hebrews 9:27-28; Revelation 1:7; 19:11-16; 22:6-7, 12, 20.

17

**ER056**

SPU0001056

¶131                    The Constitution of the Free Methodist Church

Resurrection (see ¶128)

> John 5:28-29; 1 Corinthians 15:20, 51-57; 2 Corinthians 4:13-14.

Judgment (see ¶129)

> Matthew 25:31-46; Luke 11:31-32; Acts 10:42; 17:31; Romans 2:15-16; 14:10-11; 2 Corinthians 5:6-10; Hebrews 9:27-28; 10:26-31; 2 Peter 3:7.

Final Destiny (see ¶130)

> Mark 9:42-48; John 14:3; Hebrews 2:1-3; Revelation 20:11-15; 21:22-27.

## Membership

### Privileges and Requirements

¶150   The privileges and requirements of full membership in the church are constitutional, and changes therein may be made only by amendment according to ¶210-213.  Nothing shall be included in the membership ritual that is contrary to the following definitions of requirements and privileges of membership.

¶151   The requirements of full membership are:

   A. Christian baptism, confession of a personal experience in regeneration, and a pledge to seek diligently until sanctified wholly if that experience has not been attained;
   B. acceptance of the Articles of Religion, the Membership Covenant, the goals for Christian conduct, and matters of church government as written in the *Book of Discipline*;[1]
   C. a covenant to support the church, to live in fellowship with the members thereof, to be an active participant in the ministry of the church, and to seek God's glory in all things;
   D. approval of membership by the local Board of Administration and the candidate's public declaration of membership vows.

¶152   The rights of full membership are:

   A. participation in the sacraments and ordinances of the church;
   B. eligibility to vote and hold office upon reaching the age designated by the general conference;
   C. trial and appeal if charged with failure to maintain the requirements of membership, with the specific provision that joining another religious denomination or sect shall of itself sever membership in the church without trial.

¶153   Church membership may be terminated only by:

   A. voluntary withdrawal (including permission to withdraw under complaint);

---

1  When not in conflict with local laws in matters of church government. See our expectation for membership instruction in these things in ¶6110.C relative to lay and clergy transfer members.

18

**ER057**

SPU0001057

The Constitution of the Free Methodist Church          ¶157

  B. joining another religious denomination or sect or a secret order;

  C. expulsion after proper summary proceeding or trial and conviction;

  D. persistent neglect of church relationship by a member, which in effect is voluntary withdrawal.

## Membership Covenant

### Privilege and Responsibility

¶154 Membership in the church is a high privilege and responsibility. We believe the Covenant required of members is consistent with the teaching of the written Word of God. Faithfulness to the covenant is evidence of the individual member's desire to sustain a saving relationship with Jesus Christ as Lord, to bring glory to God, to advance the cause of God on earth, to preserve the unity of the Body of Christ, and to cherish the fellowship of the Free Methodist Church.

¶155 When a member does not keep his/her covenant and habitually violates his/her vows, it is the responsibility of minister and members to point to the failure and to seek in love to restore the member. If, after these steps have been taken, the member does not keep his/her commitments, he/she must be dealt with in accord with the due processes of the Church.

¶156 Members of the Free Methodist Church, trusting in the enablement of the Holy Spirit and seeking the support of the other members of the Church, make the following confession and commitments as a covenant with the Lord and the Church.

### The Confession and Commitment

We confess Jesus Christ as Savior and Lord. By faith, we walk with Him. We commit ourselves to know Him in His full sanctifying grace.

### As Regards God

¶157 As God's people, we reverence and worship Him.

We commit ourselves to cultivate habits of Christian devotion, submitting to mutual accountability, practicing private and corporate prayer, studying the Scriptures, attending public worship, and partaking of Holy Communion;

We commit ourselves to observe the Lord's Day, setting it apart for worship, renewal, and service;

We commit ourselves to give our loyalty to Christ and the church, refraining from any alliance which compromises our Christian commitment.

This we do, by God's grace and power.

19

**ER058**

SPU0001058

¶158                      The Constitution of the Free Methodist Church

### As Regards Ourselves and Others

¶158    As a people, we live wholesome and holy lives and show mercy to all, ministering to both their physical and spiritual needs.

We commit ourselves to be free from activities and attitudes that defile the mind and harm the body, or promote the same;

We commit ourselves to respect the worth of all persons as created in the image of God;

We commit ourselves to strive to be just and honest in all our relationships and dealings.

This we do, by God's grace and power.

### As Regards the Institutions of God

¶159    As a people, we honor and support the God-ordained institutions of family, state, and church.

We commit ourselves to honor the sanctity of marriage as the union of one male and one female in holy love, and the family they form;

We commit ourselves to value and nurture children, guiding them to faith in Christ;

We commit ourselves to seek to be responsible citizens, and we pray for all who lead.

This we do, by God's grace and power.

### As Regards the Church

¶160    As God's people, we express the life of Christ in the world.

We commit ourselves to contribute to unity in the church, cultivating integrity, love, and understanding in all our relationships;

We commit ourselves to practice the principles of Christian stewardship, for the glory of God and the growth of the Church;

We commit ourselves to go into our world and make disciples.

This we do, by God's grace and power.

20

**ER059**

SPU0001059

Case: 26-604, 04/09/2026, DktEntry: 16.2, Page 45 of 293
Case 3:22-cv-05540-BJR   Document 81-1   Filed 10/01/25   Page 23 of 71

The Constitution *(continued)*                    ¶210

# Chapter 2
# The Constitution *(continued)*

## General Organization

¶200

A. **Annual Conferences**

Annual conferences are the normative Free Methodist organization at the regional level that provides for reasonable spans of care for ministers and congregations as well as the structure for effective kingdom expansion. Each annual conference in the Free Methodist Church shall be a member of a general conference.

B. **General Conferences**

The general conferences are the governing bodies of the Free Methodist Church. Each general conference shall consist of at least one annual conference or may, when necessary, make alternative provision for caring for annual conference functions as provided for in ¶220.B. (See details in ¶220-222).

C. **World Conference**

The Free Methodist World Conference exists to coordinate the visions of the general conferences by facilitating communication and harmonious relationships among the leaders of the general conferences. It also facilitates the resolution of constitutional issues. (See details in ¶230.) Additionally, the World Conference encourages its member general conferences to work together with neighboring annual and/or general conferences to partner in ways that fulfil the Great Commission to make disciples of all nations.

D. **Council of Bishops**

The Council of Bishops constituted of the bishops of the general and provisional general conferences exists for the purpose of fellowship, mutual counsel and accountability, and the extension of the kingdom of God through Free Methodist ministries as outlined in ¶240.

## Restrictive Rules and Methods of Amendment of the Common Constitution of Free Methodism

¶210     The Preamble, Articles of Religion, Membership Covenant, General Organization, Restrictive Rules, and Methods of Amendment of the Common Constitution of Free Methodism (¶100–240) together constitute the Common Constitution of Free Methodism. This Common Constitution of Free Methodism shall be binding upon all general conferences and shall be part of each *Book of Discipline*.[1]

These provisions may be translated into various languages and

---

[1] Or its equivalent.

21

**ER060**

SPU0001060

¶210                              The Constitution *(continued)*

dialects, including colloquial and idiomatic English, provided the meaning is not changed. Paragraphs 100 to 240 inclusive, except for ¶213, may be altered, changed, or revoked only by concurrent approval of two-thirds of the aggregate votes cast thereon in all the general conferences as provided for in ¶230.B. Paragraph 213 may not be amended or changed in any way.

¶211   Proposals to amend ¶¶100–212 and ¶¶220–240, whether by a two-thirds majority vote of a general conference or by a two-thirds majority vote of the Free Methodist World Conference, are provided for in ¶230.B. Proposals shall be referred to the World Conference Executive Committee. It shall then supervise the referendum voting on the proposed amendment(s) in all the general conferences according to the provisions of ¶230.B.

¶212   No general conference of the Free Methodist Church may enact on its own, either by vote of the general conference or by concurrent vote of its general and annual conferences, any order, policy, or legislation that conflicts with, changes, subtracts from, or adds to:

A.   The Articles of Religion, the Membership Covenant, any condition or standard of membership, any standard or rule of doctrine, as set forth in ¶¶100–160, or

B.   Any part of ¶¶220–240 or any rule of government so as to do away with substantially equal (meaning within one) lay and ministerial representation on boards and committees (except for the Council of Bishops), or to do away with an itinerant (conference-appointed) ministry, or the general superintendency; but

C.   Any such change as designated in A and B preceding may be made only by the procedures set forth in ¶¶210–211 above.

¶213   No general conference of the Free Methodist Church nor all of the general conferences of Free Methodism by any procedure or method whatever (including deletion or amendment of this paragraph, number 213), shall have the power to deprive ministerial or lay members under discipline of the right of trial by an impartial committee, or the right of appeal.

## General Conferences

¶220

A.   **Guiding Principles**

The Free Methodist Church recognizes the need to preserve unity in faith and fellowship yet allow for the distinctive characteristics of nation, language, and culture. Therefore it provides for the Free Methodist churches of one or more nations to be organized into a general conference provided that the requirements of ¶222.A are met and maintained. When ongoing spiritual, political, economic, or cultural realities make the formation of a general conference

22

**ER061**

SPU0001061

The Constitution (*continued*)                    ¶220

inadvisable, these areas may continue as annual conferences or provisional general conferences.

A general conference may encompass more than one nation, but there shall be no more than one general conference in a nation. Any exception to this principle requires approval by the World Conference.

When it becomes necessary for a general conference to elect more than one bishop, the bishops, once elected, shall be formed into a Board of Bishops. Each bishop shall then be assigned to a region, and, where applicable, each shall be granted legal representative status for the assigned region according to the laws of the nation and the bylaws of the general conference.

B. **Status**

Existing general conferences must continue to meet the requirements of ¶222 to retain general conference status.

1. Existing general conferences experiencing a serious threat to viability due to physical or moral calamity, to war, or to economic crisis, may propose interventions or substantial organizational adjustments. The World Conference Executive Committee is authorized to make interim rulings on such proposals. These rulings shall then be submitted to the World Conference for confirmation.

2. In the event that it is reported to the World Conference Executive Committee that a general conference no longer fulfills the requirements of ¶222, the World Conference Executive Committee shall arrange for an assessment of the situation and may use members of the Council of Bishops to make the assessment.

   a. If the assessment does not sustain the need for action, the matter shall be dropped.

   b. In the event that action is required, the World Conference Executive Committee shall provide counsel and may use members of the Council of Bishops to assist the general conference in remediation.

   c. If remediation is successful, the matter shall be dropped.

   d. In cases of persistent inability to meet the requisite conditions, the general conference may request, upon a majority vote of the general conference, to be returned to provisional general conference status or annual conference status; in which case the World Conference Executive Committee shall take action on the request and make assignment to a general

23

ER062

SPU0001062

¶220                          The Constitution *(continued)*

conference. Should the general conference not take appropriate actions as above, the World Conference Executive Committee shall submit the matter, with recommendation, to the World Conference for vote.

C.   **Amendments**

Proposals to amend the Common Constitution of Free Methodism as defined in ¶210 may be initiated by a general conference as provided for in ¶230.B.

D.   **Relationship to the World Conference**

Each general conference shall recognize the role of the Free Methodist World Conference as set out in ¶230.

1.  Each general conference shall be represented in the World Conference as defined in ¶230.D.1.

2.  Each general conference shall ensure that the World Conference president has a copy of its current *Book of Discipline*[2] containing all its legislation, orders, and policies. If a question should arise concerning the agreement of any item therein with the Common Constitution of Free Methodism, the procedures of ¶230.C shall be applied.

3.  A general conference or its Board of Administration may refer to the World Conference Executive Committee, as a representative coordinating body, any problem that may arise with another general conference involving boundaries, recognition of credentials, and other interjurisdictional matters. The World Conference Executive Committee shall limit its involvement to the giving of counsel and assistance with mediation.  If no solution satisfactory to both general conferences is reached, the matter shall be referred to the next sitting of the World Conference and its ruling shall prevail.

4.  The Board of Administration of a general conference may appeal to the World Conference Executive Committee (see ¶230.G) for counsel to assist with the resolution of conflicts within its general conference. The World Conference Executive Committee shall limit its involvement to the giving of counsel and assistance with mediation. If no solution satisfactory to the conflict is reached, the matter shall be referred to the next sitting of the World Conference and its ruling shall prevail.

5.  A general conference may not, under any circumstances, vote to leave the denomination and/or join another denomination. It may not vote to change its name with the intention of becoming a new denomination. Any action to do either of the above shall be deemed illegal and shall result in action by

---

[2] Or its equivalent.

24

**ER063**

SPU0001063

The Constitution *(continued)*                    ¶221

the World Conference to suspend the general conference, to reorganize the loyal elements within the area of that general conference, to declare all other ministers and members to be withdrawn from the Free Methodist Church, and to ensure that assets are retained by the Free Methodist Church.

6. Where possible, general conferences shall work together with neighboring annual and/or general conferences and/or Free Methodist mission agencies to develop groups such as area fellowships.[3] Their purpose is to provide inspiration, spiritual counsel, mutual encouragement, vision casting, and strategic planning to better reach the world with the gospel through Free Methodist ministries.

These partnership organizations shall operate under constitutions suited to their particular vision and mission. These constitutions and any changes thereto must be approved by the World Conference Executive Committee and ratified by the World Conference. Such World Conference-approved entities shall be granted one honorary seat at the regular sitting of the World Conference.

E.  **Church Name**

No church or other organization may use the name "Free Methodist" without the express permission of the Free Methodist World Conference, a general conference, or authorized mission agencies/associations of a general conference. Wherever the use of the name "Free Methodist Church" is impossible or impractical, a general conference, or in the interim of its sessions, its Board of Administration, may authorize an adaptation of the church's name, subject to the approval of the World Conference.

¶221 **Provisional General Conferences**

A.  One or more annual conferences may petition the general conference to which they belong for status as a provisional general conference. This intermediate developmental stage provides for the mentoring of indigenous leaders who appreciate the interdependent nature of the international church with its systems of mutual dependence and accountability and who will grow by exercising gifts, graces, and authority under the leadership of the sponsoring general conference and its bishop.

A provisional general conference receives a measure of jurisdictional authority and autonomy to develop unique mission and vision statements and to interpret and apply the *Book of Discipline*[4] within its culture under the leadership of its suffragan bishop as it carries out the mission of the church.

---

[3] Or their equivalent.

25

ER064

SPU0001064

# Chapter 3
# The Christian Journey

## Preamble

¶3000    Members of the Free Methodist Church accept the principles of the Membership Covenant for their maturing life in Christ. Together they commit to obey the teachings of Scripture. Moreover, they receive the church's wisdom as a guide for life. Under the guidance of Scripture and the church's wisdom, they welcome the Spirit's work to make them like Jesus.

## The Goal of the Christian Journey

¶3010    The Scriptures affirm that God's purpose for humanity, from before creation, was that we should "be holy and blameless before him in love" (Ephesians 1:4; 1 Timothy 2:4). God's purpose was far from empty. For, from before creation, His purpose had reality in the person of the Son, Jesus Christ (Ephesians 1:4; 2 Timothy 1:9). The life, death, and resurrection of Jesus Christ are God's clear statement of the origin, purpose, and goal that He has for humanity. For "he made known to us the mystery of his will according to his good pleasure, which he purposed in Christ, to be put into effect when the times will have reached their fulfillment – to bring all things in heaven and on earth together under one head, even Christ" (Ephesians 1:9-10).

The Christian journey is a part of this plan, which was set forth in Christ. The Christian journey is only possible because of God's eternal purpose, the redemption hHe made for us in Christ, and the living presence of His Spirit in our lives.

Because of God's plan, the goal of the Christian journey is nothing less lofty than to attain "unity in the faith and in the knowledge of the Son of God and become mature, attaining to the whole measure of the fullness of Christ" (Ephesians 4:13). The goal of the Christian journey in this life is that we should grow into Christlike maturity. When we enter the life to come, our journey will be complete because we will be like God in an even fuller way than is possible now: "What we will be has not yet been made known. But we know that when he appears, we shall be like him, for we shall see him as he is" (1 John 3:2).

As Free Methodists we affirm with God's Word that the proper goal for our Christian life is this Christlike maturity, which the Bible describes as holiness and righteousness (Matthew 5:6; 1 Peter 1:16). We acknowledge that this is only possible because of the grace that He so richly provides.

This chapter of the *Book of Discipline* describes significant features of the Free Methodist understanding of the Christian journey toward Christlikeness.

35

**ER065**

SPU0001074

¶3100 The Christian Journey

## As Regards God

**¶3100** **In the Membership Covenant our first set of goals relates to the reverence and worship of God. These goals can only be realized by God's grace and power. "As God's people, we reverence and worship Him." (¶157)**

¶3101 Reverence and worship is our response to God's saving acts. This section describes the Free Methodist standard of teaching on the biblical doctrine of salvation. These paragraphs are an elaboration of what is affirmed in the Articles of Religion – Salvation (see ¶¶114-120). They represent our understanding of the clear teaching of Scripture on the process by which God through the activity of His Spirit makes it possible for sinful humans to enter the Christian journey and to grow into Christlike maturity. This "way of salvation" is the path God has laid out for us to begin the Christian journey, and to grow in faith. The way of salvation includes God's gracious initiative for salvation, awakening to God, repentance, trust, assurance, consecration, and sanctification.

¶3102 **God's Gracious Initiative for Salvation**

In love God has graciously provided for the salvation of all humankind. God is love. Jesus, the eternal Son of God, was sent by the Father as an expression of God's love for the world. The cross shows the extent of Jesus's love for all. The love of God is further expressed to the world through the ministry of the Holy Spirit. Only those who respond in repentance and faith can experience His grace as a redemptive reality.

The Christian life can be consciously experienced because it is a relationship between persons – the personal God and humans made in His likeness. Every person is confronted by this personal God, but the outcome of this confrontation is affected by how each person responds.

God deals with all persons as free and responsible. Therefore, He not only makes His grace available, waiting our free response, but He also reveals Himself and makes known His life to all who put their trust in Him. The redemptive relationship with Jesus Christ is experienced as an awareness of His love and fellowship.

Those who are justified by faith experience the peace of God. When His Holy Spirit comes to the heart, there is joy. The Holy Spirit's indwelling presence is the assurance of our relationship to God as His dear children.

¶3103 **Awakening to God**

The Scriptures teach that by nature humans are corrupt in every aspect of their beings and have gone far from original righteousness. Added to the depravity common to all because of the Fall, there are the enslaving effects of committed sins. We are

36

**ER066**

SPU0001075

The Christian Journey                    ¶3106

unable in ourselves to come to God, but God in His grace reaches out to every sinner.

God takes the initiative in making sinners aware of their needs, using His Word, the revelation in Jesus Christ, the Gospel proclamation of the church, the witness of individuals, and the circumstances of life. By such means, the Holy Spirit awakens sinners to their needs and to the truth of the gospel (John 16:8, 13). Awakened, they must make a response, either rejecting the call of God or turning to God in repentance and faith.

¶3104    **Repentance and Restitution**

Awakened by the Holy Spirit to their lost condition before God, persons may move toward God. Since "all have sinned and fall short of the glory of God" (Romans 3:23), all must repent in order to come into a right relationship with God.

Repentance calls for a sincere and thorough change of mind. To repent is to turn from sin with genuine sorrow and to turn to God in confession and submission. The whole person is involved: mind, feelings, will. Repentance is more than regret for wrongdoing or sorrow at being caught. It is personal sorrow that one has sinned against God. Repentance demands a radical turning from sin and a sincere turning to God.

Sincere repentance leads to moral renewal, often evidenced by restitution – the effort to right one's wrongs when possible. Acts of restitution, as in the case of Zacchaeus, are certainly fruits befitting repentance (Luke 3:8). Neither repentance nor restitution saves, however. Salvation is by faith in Christ (Romans 5:1).

¶3105    **Trust / Faith**

Trust, also known as faith, is utter reliance upon God (2 Corinthians 3:4-5; 1 Timothy 4:10). Trust includes full acceptance of the promises of God, complete dependence on Christ's sacrifice for salvation, and unconditional commitment to the will of God. God's grace and blessings are open to those who turn to Him with full reliance on His integrity, love, and power.

Christians experience God's loving care and guidance as they trust and follow Him (Ephesians 3:12). When they think they are sufficient unto themselves they become frustrated by trying to do for themselves what God wants to do for them. Self-sufficiency is inconsistent with perfect trust (1 Timothy 6:17).

¶3106    **Assurance**

God gives assurance of salvation and peace of heart to all who repent and put their faith in Christ (Romans 5:1). The Holy Spirit witnesses to their own spirits that they are forgiven of their sins and adopted into the family of God (Romans 8:16). Christians have peace with God through Jesus Christ because guilt is taken

37

**ER067**

SPU0001076

¶3106                                    The Christian Journey

away and fear of judgment removed (Hebrews 6:11; 10:22). God continues to give assurance to believers through the Scriptures, the conscious presence of the Holy Spirit, and love for and fellowship with other Christians (1 John 3:14).

¶3107     **Consecration**

God calls His people to set themselves apart to His will and purpose (Romans 6:13; 12:1). Anything thus set apart is said to be consecrated.

All Christians are called to be holy and without blame before God in love (Ephesians 5:27). Christ demands that His disciples follow Him in mind and spirit (Romans 7:24-25). If Christians are to witness effectively in the world, they must be distinguished by righteousness, peace, joy, faith, hope, and love (John 13:35; 14:15; Galatians 5:22-24). God wants a special kind of people for His work (Matthew 16:24; Romans 14:17; 8:6-9; John 17:17; Psalm 100:2). When Christians sincerely follow Christ and listen to the Holy Spirit as He speaks in the Scriptures, they should sense this need of cleansing from inward sin. They should desire earnestly to be filled with the love of God and long for a relationship with Christ which will satisfy their deepest inward need and empower them to serve and obey the Lord (Ephesians 5:1-2, 14; 1 Corinthians 13:13; 14:1; Acts 1:8).

Christians, therefore, must consecrate themselves to God and surrender their wills to the will of the Heavenly Father (Matthew 19:21). Those who desire inward sanctification must deny themselves, bear the cross, and follow Christ. Devotion to self is idolatry. A Christian who is divided in loyalty cannot serve God victoriously and steadfastly. Christ must be given preeminence. He must be the Lord of the Christian's life.

Therefore, to open themselves to the sanctifying work of the Holy Spirit, believers must give themselves without reservation to God. They freely yield all to the purposes of God and devote every desire and ambition to the service of Christ rather than to self (Colossians 3:8-13). Christians cannot be delivered from the dominion of sin if they permit self to reign in their lives. They cannot serve two masters (Matthew 6:24).

¶3108     **Sanctification**

Christ gave himself for the cleansing of His church (Ephesians 5:25-27; Hebrews 13:12). His disciples are called to be holy (1 Peter 1:15-16; 2 Corinthians 7:1). Christ provided for believers to be entirely sanctified in the atonement (Hebrews 9:13-14; 10:8-10). Accordingly, Paul prayed "May the God of peace himself sanctify you wholly; and may your spirit and soul and body be kept sound and blameless at the coming of our Lord Jesus Christ. He who calls you is faithful, and he will do it" (1 Thessalonians 5:23-24).

38

**ER068**

SPU0001077

The Christian Journey ¶3112

Sanctification begins with regeneration. It continues throughout the believer's life, as the believer cooperates with the Spirit. A deeper relationship with Christ is possible as the believer is fully cleansed in heart (Psalm 51:5-13; 1 John 1:5-2:1).

God the Holy Spirit is the Sanctifier (1 Thessalonians 4:7-8; 2 Thessalonians 2:13; 1 Peter 1:2). Coming into one's life at conversion, He fills with His unrivalled presence when the Christian's consecration is complete, cleansing the heart and empowering for witness and service (John 3:5; Romans 8:9; Galatians 3:3; Acts 1:8). He sheds God's love throughout the heart and life of the Christian (Romans 5:5; 1 John 4:12-13).

Accepting the promise of God by faith, believers enter into a deepened relationship with Christ (2 Corinthians 7:1; Galatians 2:20; Romans 8:14-17; Galatians 4:6-7). They are enabled to love God with all their heart, soul, strength, and mind, and their neighbor as themselves (Matthew 22:37-40; Galatians 5:25-26). They know an inner surrender to all the will of God, and their lives are transformed from inner conflict with sin to glad obedience (Romans 12:1-2; Galatians 5:16-25).

Sanctification cleanses Christians from sin and delivers from the idolatry of self (1 Peter 3:2-3; 1 Corinthians 3:16-17; 6:15-20). When they are cleansed, they are not made perfect in performance, but in love (Hebrews 6:1; 12:14; Matthew 5:43-48; 1 John 4:12-13).

¶3110 **"We commit ourselves to cultivate habits of Christian devotion, such as submitting to mutual accountability, practicing private and corporate prayer, studying the Scriptures, attending public worship, and partaking of Holy Communion." (¶157)**

¶3111 **Prayer**

Prayer is an indispensable means of growth toward Christlikeness. In prayer the Christian talks and listens, confesses and adores, asks and thanks. Prayer should be as conversation, avoiding artificial phrases and tones. Sincere prayer changes the supplicant and often the circumstances (James 5:16). The Bible teaches that both individual and group prayer are effective for those who are in Christ. Prayer takes us beyond ourselves and emphasizes our dependence on God. Both prayer and Bible study should be regular, without becoming mere rituals (Psalm 119:11; 105).

¶3112 **Study of the Word**

The Bible is our source for discovering how we may grow. It is the Christian's "growth manual." It must be taken seriously as the final authority for our lives; therefore, it ought to be read and diligently studied for its meaning. God will speak to growing Christians through its pages if they are listening. The value and meaning of life are found in this book. The prayerful study and

**ER069**

SPU0001078

¶3112                              The Christian Journey

application of Scripture is a means of cleansing and of changing attitudes and behavior.

**¶3120**   **"We commit ourselves to observe the Lord's Day, setting it apart for worship, renewal, and service." (¶157)**

**¶3121**   **The Lord's Day**

God makes clear in Scripture by both example and command that one day in seven is to be devoted to worship and rest (Genesis 2:2-3; Exodus 20:8-11). Jesus declared that the Sabbath was made for people, not people for the Sabbath (Mark 2:27). We need a special day in which we turn from our daily work to worship God and to renew body, mind, and spirit. The New Testament reveals that the early church moved from observing the last day of the week – the Jewish Sabbath – to worshipping God in Christ on the first day of the week – the Lord's day, the day of His resurrection. In keeping the Sabbath principle in a Lord's Day setting, we participate in corporate worship with the Christian community as the essential activity of Sunday (Hebrews 10:25). We refrain on that day from unnecessary labors and commerce, and recognize that salvation comes not from our own strivings but by grace, as we rest in God (Isaiah 58:13-14; Hebrews 4:9). Pastors and others who must be involved in necessary work on Sunday are encouraged to observe the Sabbath principle on another day.

**¶3130**   **"We commit ourselves to give our loyalty to Christ and the church, refraining from any alliance which compromises our Christian commitment." (¶157)**

**¶3131**   **False Worship**

Jesus Christ affirmed the Old Testament commandment, "Hear O Israel, the Lord our God, the Lord is one. Love the Lord your God with all your heart and with all your soul and with all your mind and with all your strength" (Mark 12:29-30; Deuteronomy 6:4-5). The worship of any other person, spirit, or thing is idolatry. We abstain from all practices that lead to idolatry. Occult practices, such as spiritism, witchcraft, and astrology must be avoided. Moreover, Christians are to be on guard against the idolatries of the heart – the worship of things, pleasures, and self (1 John 2:16).

**¶3132**   **Secret Societies**

The Christian's supreme loyalty is to Jesus Christ who is Lord (Romans 14:9; Acts 2:36). In every association Christians must keep themselves free to follow Christ and obey the will of God (2 Corinthians 6:14-18). Therefore, as members of the Free Methodist Church we abstain from membership in secret societies.

Those voluntary associations which demand an oath, affirmation, promise of secrecy, or secret password as conditions of membership are to be considered secret societies. In contradiction

40

ER070

SPU0001079

to the teaching of Christ and the New Testament, these societies require pledges and vows which bind the future actions of those who join (Matthew 5:34-37). As Christians, therefore, we refuse to swear unreserved loyalty to any secret Society since we see such an allegiance to be in direct conflict with unconditional surrender to Jesus Christ as Lord. We must keep ourselves free to follow the will of the Lord in all things.

Most secret societies are religious in nature. Prayers are offered, hymns are sung, and members engage in acts of worship before an altar. Chaplains are chosen to lead in worship and to conduct funerals. But the worship of these societies is typically unitarian, not Christian; the religion is moralistic, not redemptive; and the ends are humanistic, not evangelical (Acts 4:12). We refrain, therefore, from membership in all secret societies and when we unite with the Church we resign from active membership in any lodge or secret order previously joined.

## As Regards Ourselves and Others

¶3200   **In the Membership Covenant our second set of goals relates to the care of ourselves and others. These goals can be realized only by God's grace and power. "As a people, we live wholesome and holy lives and show mercy to all, ministering to both their physical and spiritual needs." (¶158)**

¶3210   **"We commit ourselves to be free from activities and attitudes that defile the mind and harm the body, or promote the same." (¶158)**

¶3211   **Self-Discipline**

One attribute of the Spirit's indwelling presence is self-control (Galatians 5:23). The Scriptures instruct us to honor the body as the temple of the Holy Spirit (1 Corinthians 6:19-20). As Christians we desire to be characterized by balance and moderation. We seek to avoid extreme patterns of conduct. We also seek to keep ourselves free from addictions and compulsions.

Since Christians are to be characterized by a disciplined style of life, we attempt to avoid selfish indulgence in the pleasures of this world. It is our wish to live simply in service to others, and to practice stewardship of health, time, and other God-given resources.

We are committed to help every Christian attain such a disciplined life. Although unhealthy habits are not easily broken, believers need not live in such bondage. We find help through the Scriptures, the Holy Spirit, prayer, and the counsel and support of other Christians.

**ER071**

SPU0001080

¶3212                    The Christian Journey

¶3212  **Entertainment**

We evaluate all forms of entertainment in the light of biblical standards for holy living and recognize that we must govern ourselves according to these standards. The Scriptures say, "we have an obligation – but it is not to the sinful nature, to live according to it. For if you live according to the sinful nature you will die; but if by the Spirit you put to death the misdeeds of the body you will live" (Romans 8:12-13).

We commit ourselves to be moderate in our pursuit of entertainment, regarding carefully the wise use of time and money and the stewardship of the body so as to avoid evil of every kind and honor Christ in everything. Therefore when making choices with regard to entertainment, before the Lord we should forthrightly answer such questions as: Does this activity enhance or reduce my witness as a Christian? Does it contradict the teachings of Scripture? Is my conscience clear? Will participation expose me to unnecessary temptation? Is this activity in any sense enslaving?

¶3213  **Misuse of Substances**

As Christians we believe that life is full, abundan,t and free in Jesus Christ (John 8:35; 10:10). Therefore, we abstain from whatever damages, destroys, or distorts His life in us.

Illicit drugs are prime offenders. We avoid their use because various forms of narcotics cause untold damage to people and relationships; such drugs restrict personal development, damage the body, and reinforce an unrealistic view of life.

Though alcohol and marijuana are legal drugs in some jurisdictions, both have a history of damaging individuals, families, and Society. Both are unpredictably addictive and their destructive effects cannot be fully measured. Their misuse leaves a trail of broken marriages, family violence, crime, industrial loss, ill health, injury, and death. Christ admonishes us to love God with all our being and our neighbor as ourselves (Mark 12:30-31). Therefore, we advocate abstinence for the sake of health, family, and neighbors.

We advocate abstaining from the use of tobacco because we believe Christians are to treat their bodies as sacred trusts. It is a major cause of a variety of cancers and other diseases, as well as being an expensive and socially offensive addiction. Likewise, the intemperate consumption of food is a form of abusing the body which may result in illness and obesity. We eat healthily so as to preserve the strength of our bodies and so extend our years of usefulness as servants of Christ. We take seriously the words of Paul, the apostle, "Do you not know that your body is a temple of the Holy Spirit, who is in you, whom you have received from

42

**ER072**

SPU0001081

God? You are not your own; you were bought at a price. Therefore, honor God with your body" (1 Corinthians 6:19-20).

We guard against the indiscriminate use of prescription and over-the-counter drugs because drug dependency often inhibits fullness of life in Christ. Though the therapeutic value of such substances may be great, their potency, proliferation, and easy accessibility require that as Christians we be vigilant against their misuse.

We endeavor by God's help to be understanding and supportive toward those who have abused or are currently misusing substances. We acknowledge that the misuse of substances is understood as a disease that harms the body, mind, and spirit, causing physical, emotional, and spiritual difficulty. We believe in Christ's power to deliver (Romans 6:13; Galatians 6:2). But we acknowledge the difficulties of overcoming the bondage to a substance and desire to give help and support as needed while fellow Christians seek healing, including professional counseling and pastoral care. As further evidence of an awakened conscience, we advocate refraining from the cultivation, manufacture, or promotion of these substances which are harmful to health.

¶3214   **Pornography**

The Scriptures warn that those who participate in sexual immorality, impurity, and debauchery "will not inherit the kingdom of God" (Galatians 5:19-21). The use of pornography is a vicarious participation in sexual immorality. Such participation includes viewing, listening to, or purposefully imagining others engaged in sexual activities.

Human sexuality is a gift from God which is debased and damaged by pornography. This damage is personal, relational, and cultural. Pornography causes a desensitizing of conscience, a perversion of sexual desire, and a decay of moral values. It often victimizes the innocent and unsuspecting. It is a rampant, degenerative force.

The church has a corporate responsibility to provide education, protection, and God's redeeming care for those susceptible to or addicted by pornography. Therefore as Christians we abstain from pornography and oppose its use and work toward removing its legitimacy and availability.

¶3215   **Sexual Intimacy**

Sexual intimacy is a gift from God for marital union. As such it creates a bond that Scripture describes as one flesh (Genesis 2:24; 1 Corinthians 6:16). When expressed within marriage, sexual intimacy is a great blessing and source of fulfillment. The sanctity of marriage between one man and one woman is to be protected against all manner of immoral conduct (Exodus 22:16-

43

**ER073**

SPU0001082

¶3215                              The Christian Journey

17; Deuteronomy 22:23-28; Leviticus 20:10-16).

Premarital intimacy robs the marital union of the exclusive bond that sexual intimacy is given to create. Fornication is listed along with other forms of immorality (Galatians 5:19-21).

Extramarital intimacy, which Scripture describes as adultery, transgresses the moral law and betrays the marriage bond. Adultery is a degrading and destructive force. It undermines trust and contaminates the exclusive bond of marriage (Exodus 20:14).

Postmarital intimacy which occurs after divorce or the loss of a spouse debases the biblical design of sexual intimacy (1 Corinthians 7:8-9).

Same-sex intimacy is regarded by the Scriptures as immoral because it is a distortion of God's created order. The Scriptures speak explicitly against same-sex intimacy (Leviticus 18:22; 20:13; Romans 1:26, 27; 1 Timothy 1:8-10).

All persons are accountable to God for their thoughts, words, and deeds (Romans 14:12; 1 Corinthians 6:9, 10). For those who have fallen, the grace of God is available and completely adequate to forgive and deliver (1 John 1:9; Hebrews 7:25; Luke 4:18; 1 Corinthians 6:9-11). Because the sexual desire is so powerful, counseling is recommended as a part of the church's pastoral care.

The church has a corporate responsibility to be God's agent of transformation to persons as they learn to live a Christian life that is wholesome and pure. We oppose cultural mores and laws that legitimize adultery, premarital, postmarital and same-sex intimacy.

¶3220    **"We commit ourselves to respect the worth of all persons as created in the image of God." (¶158)**

¶3221    **Dignity and Worth of Persons**

We are committed to the dignity and worth of all humans, including the unborn, regardless of gender, race, ethnicity, color, socio-economic status, disability, or any other distinctions (Acts 10:34-35), and will respect them as persons made in the image of God (Genesis 1:26-27) and redeemed by Christ's death and resurrection.

The Old Testament law commands such respect (Deuteronomy 5:11-21). Jesus summarized this law as love for God and neighbor (Matthew 22:36-40). He ministered to all without distinction and His death on the cross was for all (John 3:16; Romans 5:8).

We are therefore pledged to active concern whenever human beings are demeaned, abused, depersonalized, enslaved, or subjected to demonic forces in the world, whether by individuals or institutions (Galatians 3:28; Mark 2:27; 1 Timothy 1:8-10). We

44

ER074

SPU0001083

The Christian Journey                    ¶3221

are committed to give meaning and significance to every person by God's help. Remembering our tendency to be prejudicial, as Christians we must grow in awareness of the rights and needs of others.

A. **With Regard to Poverty**

Poverty represents one important way in which the dignity of persons is threatened, and the Scriptures explicitly command us to care for those in need. The Old Testament reveals God's special care and protection for the poor by establishing social obligations toward those in need in a covenant community such as the sabbatical year and the gleaning law (Exodus 21:2; 22:22-27; 23:10-11; Leviticus 19:9-10; Deuteronomy 15:1-5; Psalm 10:17-18; 12:5). The New Testament also shows God's heart for the poor in the ministries of Jesus and His disciples by preaching the gospel to the poor and obliging us to share our resources generously with those in need, treating them with fairness and equity (Luke 4:18-19; 7:21-22; Galatians 2:10; 1 Timothy 6:17-18; James 2:1-7). As we minister to the poor, destitute and those in need, we do so with basic underlying convictions:

1. We commit to the biblical principle of caring for the destitute of wealth, influence, position, and honor, as well as widows and orphans, and other marginalized groups, including the disabled, the elderly, and the sick. This care is an essential expression of Christ's love through His church (Deuteronomy 10:17-18; 24:17-18; Isaiah 59:6-10; Acts 6:1-3; James 1:27).

2. We commit to pursue economic justice, prioritizing the needs of the destitute. These needs are primarily met through their inclusion within the family of God, where caring for those in need takes precedence over personal, institutional, or societal avarice. We diligently avoid participating in any activity that oppresses or defrauds the poor (Amos 2:7; 4:1; Micah 2:2; Isaiah 10:1-2; 32:7; Ezekiel 22:6-7; Jeremiah 5:25, 28).

3. We commit to open hands to the destitute and needy, and to support policies that grant them proper access to resources, work, security, and protection (Deuteronomy 15:7, 11; 26:12).

B. **With Regard to Racism**

Racism represents a particularly egregious affront to the dignity and worth of persons and its presence is manifest in the life, history, and institutions of all nations. Slavery

45

**ER075**
SPU0001084

¶3221                          The Christian Journey

and genocide are grievous stains, warranting collective lament, repentance, and repair. Racial oppression in all its forms continues to exact harm throughout the world, distorting the dignity of persons and God's love for the great multitude of all nations (Acts 17:26, Revelation 7:9). The Free Methodist Church was itself born out of a desire to stand against the evil of slavery and we continue to recognize the sin of racism and oppose it in all its forms. We do so with the following convictions:

1. We commit to lament and repent for the ways that we have been complicit in or failed to recognize acts of racial oppression.

2. We commit to an attitude of ceaseless humility and self-examination, recognizing the ease with which our own limitations can make us blind to the experiences and interests of others (Philippians 2:3-4). We shall seek to identify, confess, and redeem thoughts, attitudes, or behaviors that manifest discrimination against a person on the basis of race, ethnicity, or any other distinction between social groups that we create or enforce.

3. Because systemic racism – the way in which human institutions or structures can both actively and passively preserve patterns of discrimination and exclusion – is less perceptible, but no less harmful than overt, individual racist acts, we commit, not just to avoid or sanction individual prejudicial attitudes and actions, but seek to redeem processes, systems, and institutions that continue to perpetuate injustice on the basis of race or ethnicity.

4. Therefore, in our own churches and denomination we commit ourselves to model the racial redemption and reconciliation we hope to see in the world, proclaiming the transformative victory of Jesus Christ into places of great brokenness, looking forward to the day when all people gather before the throne of God.

C. **With Regard to Immigrants, Refugees, and Those in Bondage**

Issues surrounding immigrants and refugees and modern slavery / human trafficking\* globally are complex. They require solutions that both serve the vulnerable and oppressed and also challenge individuals, organizations, and systems that create oppression and enslavement. These solutions include, but are not limited to: prayer, education, rescue, aftercare, proclamation, voting, protest, and an engaged discipleship that sees living justly as integral to

46

**ER076**

SPU0001085

The Christian Journey ¶3221

spiritual and community formation.

As we minister to all immigrants and refugees, we do so with basic underlying convictions:

1. We commit to the biblical principle of caring for the foreigners among us regardless of racial or ethnic background, country of origin, or legal status.

2. We commit to acting redemptively with love rather than fear, and to reach out to meet needs as we see them.

3. We commit to identifying intolerance and working to end it, as well as ending any personal inclinations to refer to individuals in less than loving terms.

4. Where there is a conflict, it is our duty to oppose all unjust and harsh laws and to seek to change them.

5. We commit to responding to this crisis in terms of the Great Commission, seeking to reach the lost whoever they may be, ministering to all, caring for all, and showing God's grace to all people.

As we minister to all who are touched by modern slavery / human trafficking, we do so with basic underlying convictions:

1. We commit to centering the work of setting captives free on Jesus our redeemer and His mission.

2. We commit to working for holistic freedom; God desires for each person to experience the joy and hope of being free from physical, mental, emotional, and spiritual captivity.

3. We commit to integrating the work of ending modern slavery/human trafficking with both the orthodoxy and orthopraxy of the church. Ending modern slavery / human trafficking is integrally related to ending other injustices. Additionally, hopeful solutions for injustices are found in the community and character formation of people and institutions pursuing holiness.

4. We commit to setting captives free within an atmosphere of worship and community, seeking partnerships with others while embracing lament, humility, prayer, and love.

5. We commit to work towards the mobilization of all influencers within Society, knowing that the church on mission with God is the greater change agent in Society.

*For both local and global context; the terms *modern slavery* and

47

ER077

SPU0001086

¶3221                              The Christian Journey

*human trafficking* are used. Globally, the term *human trafficking* is more common. In the U.S., and among leading abolitionist organizations, the term *modern slavery* is widely used. The term *human trafficking* has a specific legal context, but within a church context the two terms are somewhat interchangeable. The term *modern slavery* is stronger for this resolution because of our historical context and because of the reality of the problem.

D.   **With Respect to the Criminal Justice System**

A criminal justice system plays an important role in securing peace and order for a Society, protecting innocent people from harm, punishing wrongdoers, and delivering some semblance of justice for victims. Such systems, however, do not always perform these tasks justly. While victims of crimes ought to receive special moral attention, victimizers should receive fair treatment and the opportunity to repent and be rehabilitated.

Although Free Methodists submit to the justice systems of their time and place, we do not unwittingly affirm their understanding of or approach to justice. Such systems should be in a continual process of review and revision toward achieving justice that is equitable and seeks the common good. We especially lament the ways in which such systems incarcerate and treat particular demographics disproportionately. Free Methodists oppose any system that demeans, abuses, depersonalizes, or enslaves human beings, treating them as less than human. We are accordingly committed to justice systems that protect and defend victims of harm without violating the dignity of those punished. God is our Redeemer. It is not the job of the state to redeem those who commit crimes, but the state's criminal justice system must conscientiously preserve space, time, and humane conditions for the restoration of all to human community. The church, including the Free Methodist Church, plays a central role in this restorative aspect of justice through our chaplains, local church ministries, and similarly focused ministries. Remembering that all people are created in the image of God and for fellowship with God, Free Methodists will actively pursue criminal justice system reforms that recognize and protect the dignity of all persons.

¶3222   **Sanctity of Life**

God is sovereign: the world and all that is in it belongs to God. Though God's eternal purposes may never be thwarted by human action we are still free and responsible to make God-consistent choices in matters of life and death. Christians live in the reality that human beings are created for an eternal purpose.

48

**ER078**

SPU0001087

The Christian Journey                    ¶3222

As we attend to human suffering, we acknowledge that the ability of medical technology to end human suffering is finite. Therefore, we accept our responsibility to use this technology with wisdom and compassion, honoring God, who is ultimately supreme.

Our convictions about the inherent worth of human life form the foundation of our approach to bioethics. These complex bioethical issues involve religious and moral values, as well as medical and legal realities. Therefore, Christians may not determine their rights and privileges only by the extent of the permissiveness of the law of the state or the possibilities of safe medical procedures.

God meets us in our suffering, to comfort us, to shape a Christlike character within, and to make us instruments of His healing. Chronic disease, diminished physical capacity, or ongoing disability do not constitute the end of life and need not compromise one's trust in God.

For the Christian, death is not the end of life, but the transition into eternity. Therefore, physical death is not the ultimate enemy, but part of our journey. God's love sustains us in our suffering. He ministers to us personally and through the healing environment of Christian community. Divine wisdom in the face of suffering comes to us through Scripture, prayer, godly counsel, and the work of the Holy Spirit. As we are comforted, we are called to extend God's comfort to those who suffer.

A.   **Reproductive Technology**

Reproductive technologies generate a large number of ethical, medical, legal, and theological questions even as they offer hope. The guiding principle, that all human life must be valued, respected, and protected throughout all its stages, must be carefully and consistently applied to every new development. A Christian theology of family must also inform these decisions.

B.   **Abortion**

The intentional abortion of a person's life, from conception on, must be judged to be a violation of God's command, "You shall not commit murder," except when extreme circumstances require the termination of a pregnancy to save the life of the pregnant woman.

Induced abortion is the intentional destruction of a person after conception and before delivery by surgical or other means. Therefore, induced abortion is morally unjustifiable except when the act has been decided upon by responsible and competent persons, including Christian professional

49

**ER079**
SPU0001088

¶3222            The Christian Journey

counsel, for the purpose of saving the life of a pregnant woman. Abortion, when it serves the ends of population or birth control, personal preference or convenience, and social or economic security, must be considered as selfish and malicious.

The decision to terminate a pregnancy involves religious and moral values, as well as medical and legal realities. Christian morality demands that we consider both the biblical commandment and the human situation in which the law must be applied. As Christians, we believe that human life, whether in vitro, mature, or senile, is sacred because life exists in relation to God. Compassionate alternatives and long-term care should be offered to women considering abortion. We counsel physicians and parents to understand that the moral commandment and the law of love are transgressed when human life is destroyed for selfish or malicious ends.

C. **Euthanasia**

There is no justification for euthanasia or physician-assisted suicide. On the other hand, a terminally ill person's request that life not be sustained by heroic measures does not constitute euthanasia or physician-assisted suicide. We recognize that the use of painkillers and other medications which carry the risk of shortening life is permissible so long as the intent is to relieve or otherwise benefit the patient, rather than to cause death. We further recognize the responsibility of medical professionals to alleviate pain within these parameters. Christians, however, must discourage the assumption that some lives are not worth living. We believe that there is no such thing as a "useless" life. The value and worth in our lives rests primarily in our relationship with a God who loves us.

D. **Capital Punishment**

The Free Methodist Church is deeply grieved when any life is taken by murder. We believe that persons who commit these or other horrendous crimes should be justly punished by just laws. Nevertheless, we believe that all human life is sacred, created by God, and therefore we must see all human life as significant and valuable. When governments implement the death penalty (capital punishment), then the life of the convicted person is devalued and all possibility of change in that person's life ends. In well-documented studies innocent people have become condemned and executed, in which cases a sentence meant to bring justice becomes an additional and irreversible form of injustice. For these reasons, the Free

50

**ER080**

SPU0001089

The Christian Journey ¶3232

Methodist Church deems the death penalty as currently applied to be inconsistent with our commitments to the sanctity of life.

E.   **Other Ethical Dilemmas**

These biblical principles, which guide our approach to bioethics, will need to be applied on an ongoing basis to other ethical dilemmas rising from advances in medical technology. Such ethical dilemmas may include but not be limited to: the allocation of finite resources, organ transplantation, mental health concerns, end-of-life concerns, genetic engineering and testing, gender identity issues.

¶3230   **"We commit ourselves to strive to be just and honest in all our relationships and dealings." (¶158)**

¶3231   **Life in the Workplace**

As Christians we are called to be servants of all. This norm is equally applicable to employer and employee (Ephesians 6:5-9; Colossians 3:22-25). Our concern for justice is primarily a concern to be just and only secondarily a concern to obtain justice. We believe that all persons have the privilege to be gainfully employed irrespective of gender, race, color, national origin, or creed (Romans 10:12).

We recognize the privilege of employees to organize for their betterment. Oath-bound secret pacts or acts of violence designed to violate or defend their rights cannot be condoned. We also recognize the right of employees to remain independent of such organizations. As Christians we do not view management and labor as necessarily hostile to each other. They need not bring distrust and hostility to their place of work or the negotiating table. We resist the exploiting of people or seeing them merely as economic units. We discourage rigid confrontation and favor a problem-solving approach to disagreements.

We endeavor to make our witness effective where we work, remembering that as Christian employees we are responsible first to God and then to our employer and the organization. As Christian employers we have a responsibility to deal fairly and kindly with our employees, preserving the witness of Christian character in both word and deed (Matthew 7:12; Colossians 3:17).

¶3232   **Creation Care**

The Lord God brings salvation to earth through a series of revealed covenants, culminating in the New Covenant in the blood of Jesus Christ. The first of these covenants, God's covenant with the earth (Gen 9), is instituted following humanity's fall into

51

**ER081**

SPU0001090

¶3232                                  The Christian Journey

sin and after the flood. The rainbow is the visible sign of this covenant. God thus has an everlasting covenant with the earth (Genesis 9:8-17), as well as His saving covenant with people. As God's stewards on earth, called to "cultivate and care for it" (Genesis 2:15, NABRE), we affirm that God's covenant with the earth constitutes our stewardship commission.

Therefore:

A.   We affirm the goodness of God's creation, the value—physical, emotional, social, and spiritual—of engagement with it, and our responsibility to care for it as an integral part of our Christian discipleship and God's creation mandate (Genesis 2:15).

B.   We lament the ways in which humanity has failed to fulfill these responsibilities, polluting our environment, damaging ecosystems, and harming other species. The consequences of such failures are borne the most by the poor and marginalized.

C.   We affirm and seek to support effective ministries of creation care such as tree planting and reforestation, sustainable agriculture and energy production, drought prevention and relief, environmentally sustainable transportation, appropriate recycling, reducing our consumption, and the minimization of waste.

D.   We commit ourselves to be faithful stewards of God's creation, engaging in practices that reflect God's covenant with the earth and our commission to care for it, especially in our preaching, teaching, and spiritual practices; the sustainable stewardship of our church buildings and properties; global and local missions work and ministry; and civic efforts to care for our environment.

E.   We, along with the whole of creation, groan in anticipation of the time when "the creation itself will be liberated from its bondage to decay and brought into the freedom and glory of the children of God" (Romans 8:21). We eagerly look forward to the renewal of the whole of creation when God through the work of Jesus Christ finally "reconcile[s] to himself all things, whether things on earth or things in heaven, by making peace through his blood, shed on the cross" (Colossians 1:20).

## As Regards the Institutions of God

¶3300     **In the Membership Covenant our third set of goals relates to honoring and supporting the institutions of God. These goals can be realized only by God's grace and power. "As a people, we honor and support the God-ordained institutions**

52

**ER082**

SPU0001091

The Christian Journey                                    ¶3311

**of family, state, and church." (¶159)**

¶3310    **"We commit ourselves to honor the sanctity of marriage as the union of one male and one female in holy love, and the family they form." (¶159)**

¶3311    **The Christian and Marriage**

A.    **Principles Regarding Marriage**

Nature of Marriage: At creation God instituted marriage for the well-being of humanity (Genesis 2:20-24; Mark 10:6-9). Marriage is the joining of one man and one woman into a lifelong relationship of mutual love and service which the Scriptures call "one flesh." Such a marriage should be based on mutuality and partnership, patterned not according to prescribed hierarchies but according to the creation of the male and female both in the image of God (Genesis 1:27) and the call to mutual submission as illustrated by Christ in His relationship with the Church (Ephesians 5:21-31).

We look not to the state but to the Scriptures for our understanding of human personhood and well-being, including human sexuality and marriage. We order our life of faith and our ministries according to the Scriptures, not according to the shifting values of Society and the state.

Sexual intercourse is God's gift to humanity, for the intimate union of a man and woman within marriage. In this relationship, it is to be celebrative (Hebrews 13:4). Marriage, between one man and one woman, is therefore the only proper setting for sexual intimacy. Scripture requires purity before and faithfulness within and following marriage.

With deep compassion for persons who self-identify as lesbian, gay, bisexual and transgender, and especially those who have been mistreated and marginalized in various settings, the Free Methodist Church encourages its congregations to practice welcoming hospitality and embracing lovingkindness toward all who desire to worship among us. We will be a people who offer ourselves as agents of Jesus's grace and love to others – all others. We will trust the Holy Spirit to convict people of their sin, to enliven hope of transforming possibilities, and then to lead people to God's best for their lives.

Nevertheless, we hold that marriage can only be the union of one man and one woman who have made a public covenant and vow before God and the state (Genesis 2:20-24; Mark 10:6-9). Therefore, it would be a breach of the doctrine of our church for ministers or members of the Free Methodist Church to conduct, officiate, or assist in officiating the marriage or

53

**ER083**

SPU0001092

¶3311                                The Christian Journey

union between a same-sex or same-gender couple. In light of our beliefs, ministers and members of the Free Methodist Church shall not officiate or assist in officiating marriages or unions of same-sex or same-gender couples.

We hold that our congregations are stewards of the church property. Officiating or assisting in officiating or hosting a marriage between a same-sex or same-gender couple in any Free Methodist Church building or on any Free Methodist property would be a violation of consecrated Free Methodist property. Therefore, such marriages may not be performed or hosted at Free Methodist churches or on Free Methodist properties.

Marriage that the Free Methodist Church deems doctrinally acceptable, legal, and appropriate, should be safeguarded and supported by both the church and Society and should be formalized with public vows. It is not enough for a couple to live together in private commitment; we believe that they are to covenant before God and the state.

Further, we hold that all these provisions are applicable to and fully binding on all activities and ministries of or affiliated with the Free Methodist Church.

B.    **Nurturing Healthy Marriages**

The Free Methodist Church urges its people to enter the covenant of marriage prayerfully. In accordance with the apostle's command (2 Corinthians 6:14), we expect believers to marry only believers. Ministers are required to use diligent care when being requested to solemnize a marriage. It is contrary to the explicit teachings of the Scriptures to unite a believer with an unbeliever.

Couples considering marriage should seek the wisdom of mature Christian leaders for instruction that promotes full equality in communication, finances, family dynamics, sex, and spiritual formation. Young couples contemplating marriage should seek parental consent.

C.    **Healing Troubled Marriages**

Human sin and rebellion against God always threaten marriages. Sin in the Garden brought a change to the way marriage partners related to each other, with profound consequences for a couple's experience of God's plan for marital oneness (Genesis 3:16b). Early in the  biblical story the practice of polygamy and spousal abuse became common. Sadly, a constant feature of the story has been the hardening of heart that may lead to broken vows, marriages, and homes.

54

**ER084**

SPU0001093

The Christian Journey                    ¶3311

The prophets describe God's relationship with Israel against the backdrop of common marital brokenness. God pursues His unfaithful people as a husband who refuses to abandon His adulterous wife. Indeed, the steadfast love of Israel's God claims and wins at last a remnant of His rebellious people (Hosea 1-3; Ezekiel 16). In the fullness of time, Jesus the Messiah brings to full expression this steadfast love of the Lord. That love made flesh in Jesus and His followers becomes the prototype of marital love in the teachings of the Apostle Paul (Ephesians 5:22-33).

Therefore, the church as the Body and Bride of Christ has spiritual resources for marriages in trouble. Through the renewing power of the Holy Spirit, the Holy Scriptures, the sacraments, and the mutual support of God's people, God brings healing, reconciliation, and oneness to willing marriage partners. We encourage our members to avail themselves of these rich and powerful resources whenever a marriage relationship is strained. In some cases, pastoral and professional, Christ-centered counsel should be sought.

As in the biblical story, domestic violence, emotional assault, and physical abuse sometimes occur in the homes of our people. Such sin jeopardizes safety of spouse and children and may threaten their very lives. These family members need the special care of the church family for spiritual and emotional protection and healing.

The church recognizes all abusive behavior as sin and destructive to the home and its members. Often in these cases separation is necessary to halt abuse and allow space for the healing of persons and their relationships. Even when the marriage and home has experienced the most grievous violation, however, we insist that God's grace can bring healing. Therefore, we counsel our members to seek the fullest measure of healing and reconciliation possible in every situation.

D.    **Divorce**

Although God intends and wills that marriage vows be honored for life, some marriages fail even within the fellowship of God's people. When marriages fail and partners divorce, they have violated God's intention for marriage and often one or both have violated their vows to love and cherish the other. Such violations, whatever their reason, constitute rebellion against God's plan for their lives and result in personal brokenness. After a divorce each partner needs healing from God, with counsel towards repentance where needed and renewed faith in God for all involved. The church must stand ready to be agents of this healing work in their lives.

55

ER085

SPU0001094

¶3311                              The Christian Journey

A divorce may result from a variety of sinful acts, attitudes, and responses. Sexual infidelity, abandonment, and patterns of abusive behavior that threaten spouse and children are the most commonly identified sins destructive of marriages. Other sins, however, also sometimes lead to divorce, such as selfishness, anger, fear, obsessive preoccupation, and careless neglect. The hardness of heart that drives partners to divorce may trace back to many different manifestations of sin.

When questioned about marriage and divorce, Jesus stressed three principles. First, He cites the intent from the beginning that no marriage would fail. Second, He identifies "hardness of heart" as the ultimate marriage killer – because either it causes destructive behavior or refuses the grace that can heal and reconcile. And, third, He refuses to support the common assumption that in some cases one partner has a right (i.e., enjoys freedom) simply to walk away. Whatever the particulars, Jesus offered grace that heals and empowers people to live according to God's plan – to move from their sin to a life that pleases God.

E.    **Care after Divorce, Singleness, and Remarriage**

When a marriage fails, the church seeks to restore people from the trauma of their divorce by inviting its members into a process of restoration (see ¶¶7110-7130). Godly counsel that promotes full equality will help people understand what happened in their marriage; specifically, where they may have contributed to the failure and how they have been wounded by it. Sinful relational patterns will be exposed, forsaken, and replaced with Spirit-directed and Christ-centered patterns. The damage to children, the larger families, and their witness to Christ will also be acknowledged and where possible restitution will be made.

Persons who have suffered the trauma of divorce must exercise extreme caution when considering remarriage. Unless they have experienced healing and restoration from their failure in marriage, they will likely fail again. In some cases, wisdom will insist upon remaining single and free to live in devotion only to Christ.

One who has been divorced shall not by that fact alone be denied the privileges and responsibilities of a future marriage in the Lord. The grace that brings correction, conviction, repentance, faith, healing, and restoration can make all things new, even for a Christian whose sin may have broken a marriage. When grace restores the brother

56

**ER086**

SPU0001095

The Christian Journey ¶3321

or sister who has failed, the plan God has for human well-being reopens, even the possibility of remarriage.

F. **Refusal of Counsel**

When a member divorces a spouse or remarries without seeking the counsel or following the guidance of the pastor or the Membership Care Committee, the committee shall review the case and recommend appropriate action to the local Board of Administration. Corrective action shall include removal from leadership and may include suspension or expulsion from membership.

Exceptional cases may arise for which the pastor or the Membership Care Committee can find no explicit direction in this *Book of Discipline*. In such cases, the pastor, after consultation with the Membership Care Committee, shall confer with a superintendent.

¶3320 **"We commit ourselves to value and nurture children, guiding them to faith in Christ." (¶159)**

¶3321 **Nurture and Education of Children**

The Free Methodist Church believes that the institution of the family is a God-ordained means of protecting Society and protecting children in Society. We believe that God's intention is that family includes father, mother, and children. We further believe that parents, whether by birth or adoption, are divinely ordered to guide the education, health care, and discipline of their children.

The Free Methodist Church views the education of its children as a parental responsibility (Deuteronomy 6:5-9; Ephesians 6:4). Part of that responsibility may be delegated but not relinquished to either public or Christian institutions of education. The FMC asserts that this God-given responsibility cannot be taken from parents by principals' implementation, state educational bureaucracy, or national legislation. We further assert that all decisions concerning children, including but not limited to education, discipline, and healthcare, belong to the child's parents.

The Free Methodist Church expects to be interactively involved with parents in teaching and nurturing all children in the foundations of the Christian faith. It is the purpose of the family, both the human and family of God, to provide a setting in which adults and children can grow together in their love of God and love for each other (Deuteronomy 11:18-19; Joel 1:3).

Due to the value Jesus demonstrated toward children (Matthew 19:14), our churches make ministry to children and youth a priority. Ministries focus not only on leading young persons

57

**ER087**

SPU0001096

¶3321                              The Christian Journey

to faith in Jesus Christ but also on enfolding them into church membership and ministry.

The church wishes to support public schools and recognizes the challenge to Christian teachers, parents, and students to be as lights in the world. When parents choose to use Christian schools or homeschooling, we also support them in their decision.

¶3330    **"We commit ourselves to seek to be responsible citizens, and we pray for all who lead." (¶159)**

¶3331    **The Christian and the State**

As Christians, we are first and foremost citizens of the kingdom of God and secondarily of this world (Philippians 3:20). Such dual citizenship carries with it both privilege and responsibility. We recognize the legitimate authority of human governments, as part of God's plan to bless the world through wise governance that supports what is good and protects against what is evil (Philippians 3:20; Romans 13:1-7; 1 Peter 2:14). Although our ultimate allegiance is to God, we respectfully submit to governmental authority as an expression of obedience to the Lord Jesus and His saving plans for the world. Thus, we commit to good citizenship and good deeds as salt and light in our nation and world that will glorify God and bless our neighbors now and always (Matthew 5:16; 1 Peter 2:13-15).

A.  **Civic Participation**

As Christians we pray for "all who are in high positions" (1 Timothy 2:1-2) and live in submission "for the Lord's sake to every human authority" (1 Peter 2:13). We pursue faithfulness to Jesus Christ in all things, work for the common good of all, and actively seek to influence social, cultural, and political systems toward the example and teachings of Jesus Christ (Matthew 5:13-16). We oppose all that degrades, demeans, and dehumanizes human persons and the dignity and value with which God invests them (Romans 13:7; 1 Corinthians 13). With these commitments in mind, we exercise our responsibility to vote in ways that are informed by biblical teaching and the church's best understanding of contemporary issues.

B.  **Law Enforcement and Military Service**

God has authorized human governments to reward right and  punish evil (Romans 13:3-5; 1 Peter 2:14). Thus, those who serve in law enforcement perform worthy and honorable service for the sake of their neighbors at local, state, and national levels (Romans 13:1-7).

We hold that every nation has a responsibility to protect itself against invasion and aggression. Therefore, those who serve in the armed forces make a worthy and honorable

58

**ER088**

SPU0001097

contribution to the well-being of the nation.

At the same time, we regard aggression, as an instrument of local, state, or national policy, as indefensible. The destruction of life and property necessary to warfare are contrary to the spirit and mind of Jesus Christ (Isaiah 2:4; 9:6-7; Matthew 5:44-45). It is our duty as Christians to promote peace and goodwill, to foster understanding and trust among all people, and to work for the renunciation of war as a means to settle disputes. It is our firm conviction that the consciences of our members be respected (Acts 4:19-20; 5:29). Therefore, we claim exemption from all military service for those who register officially with the church as conscientious objectors to war.

C. **Swearing Oaths**

As Free Methodists we do not prohibit the taking of an oath when it is required by law. In every case, the Christian must speak in justice and truth (Jeremiah 4:1-2; Ephesians 4:25).

## As Regards the Church

**¶3400**      **In the Membership Covenant our fourth set of goals relates to life together as a church. These goals can be realized only by God's grace and power. "As God's people, we express the life of Christ in the world." (¶160)**

¶3401      **The Christian and the Church**

The church is part of God's eternal plan to make a people for Himself who are holy and blameless. It was instituted by Christ during His ministry when He commissioned the church to be His unique representative in the world. Therefore, the Scriptures speak of the church as the Body of Christ. The church has been empowered for its ministry by the active, ongoing work of the Holy Spirit since Pentecost. Just as New Testament letters were written to churches in particular places, made up of particular people, the church is not only universal, but also visible and local.

The church is the people of God in the world. In both Old and New Testaments this fact is amply illustrated. The Lord of the church gives gifts to His people to serve one another and to minister in the world. Christians who separate from the church deprive themselves of the spiritual resources and opportunities God has ordained. Consistent with the Scriptures, we affirm membership in the church as a biblical reality noted from the earliest days after Pentecost (Acts 2:47). When the Holy Spirit gives new life in Christ, He effects our spiritual entrance into the church (1 Corinthians 12:13). The Free Methodist Church is one denomination among the many other legitimate, visible

59

**ER089**

SPU0001098

¶3401                          The Christian Journey

churches in the world. Membership is a visible and local sign of entrance into the universal church.

¶3402    **Leadership in the Church**

Leadership in the church is an honor that has accompanying responsibilities and sacrifices. The Scriptures describe the qualities of leaders in such passages as: Exodus 18:21, Acts 6:3, 1 Timothy 3:1-13; Titus 1:5-9. Those who are chosen to lead in the church do so in a spirit of humility and dependence upon God. They must be spiritually mature individuals whose lifestyle shall be in harmony with the Scriptures, the doctrine of the Free Methodist Church (¶¶100-131), the principles of the Membership Covenant (¶¶154-160), which are the goals of our maturing life in Christ, and of the selection of leaders (¶6200.E).

¶3410    **"We commit ourselves to contribute to unity in the church, cultivating integrity, love, and understanding in all our relationships." (¶160)**

¶3411    **Life in the Church**

Growing Christians find their supportive environment in the fellowship of believers. They do not live independently from the Body of Christ. Worship requires a proper attitude toward God. It involves the believer's active participation. Mature believers prepare their minds and spirits for worship. Sincere followers of Christ reach out to God in praise, thanksgiving, dedication, confession, faith, and service. Baptism and the Lord's Supper are vital parts of the life of the church that were commanded by the Lord. God has promised to graciously meet the person who faithfully takes part in these sacraments. As a part of the Body of Christ, believers take part in corporate church worship as well as in the other ministries of the church. Small group participation is a means of grace and growth. Support, insight, inspiration, and discipline are the fruit of fellowship.

¶3412    **Love of Others**

Growth in Christ requires taking responsibility to love others, all of whom are loved by God and made in His image. The quality of Christians' relationships with others affects the quality of their lives. Growth in Christ requires readiness to mend relationships both with God and with others (James 5:16). The Ten Commandments, summarized into two commandments by Jesus (Luke 10:25-28), teach the nature of our relationships with God and with others. Christians express their love both by deeds of kindness and by personal words of witness that point to Christ as the embodiment of God's love and the Savior of the world.

¶3413    **Spiritual Gifts and Ministry**

60

**ER090**

SPU0001099

The Christian Journey                    ¶3421

Followers of Jesus are called to exercise both natural abilities and spiritual gifts in the church for the sake of the Kingdom of God.  God endows all persons with natural abilities that may be employed for service and ministry.  The believer uses these in ways that glorify God.  In addition, the Holy Spirit also distributes, as He wishes, spiritual gifts for the common good and the edification of the church (1 Corinthians 12:7-11; 1 Peter 4:1-11).  We welcome the exercise of spiritual gifts when under the Lordship of Christ and guided by His love (1 Corinthians 13).  Their usage is motivated by the Spirit, and they are to be employed in "a fitting and orderly way" (1 Corinthians 14:40).  The believer seeks the gifts not for personal aggrandizement, but to further the cause of the Kingdom of God through the power of the Holy Spirit.

¶3414      **Divine Healing**

All healing of body, mind, or spirit has its ultimate source in God. Consistent with the Scriptures (James 5:14-15), we urge our pastors to make opportunity for the sick and afflicted to come before God in the fellowship of the church, in strong faith that the God and Father of Jesus Christ is both able and willing to heal. He may heal by the mediation of surgery, medication, change of environment, counseling, corrected attitudes, or through the restorative processes of nature itself. He may heal through one or more of the above in combination with prayer, or He may heal by direct intervention in response to prayer. The Scriptures report many cases of the latter kind of healing, which centers in the life and ministry of the apostles and the church. At the same time, we recognize that although God's sovereign purposes are good and He is working toward a final redemption which assures wholeness to all believers, He may not grant physical healing for all in this life. We believe that in such cases He can glorify Himself through the resurrection to life everlasting.

¶3420      **"We commit ourselves to practice the principles of Christian stewardship, for the glory of God and the growth of the church." (¶160)**

¶3421      **Stewardship of Possessions**

Although as Christians we accumulate goods, we should not make possessions or wealth the goal of our lives (Matthew 6:19-20; Luke 12:16-21). Rather, as stewards we give generously to meet the needs of others and to support ministry (2 Corinthians 8:1-5; 9:6-13). The Scriptures allow the privilege of private ownership. Though we hold title to possessions under civil law, we regard all we have as the property of God entrusted to us as stewards.

Gambling contradicts faith in God whose covenants in the

61

**ER091**

SPU0001100

¶3421                    The Christian Journey

Old Testament promise to care for God's people and whose Son in the New Testament taught us to trust in the goodness and generosity of the Father toward all (Deuteronomy 28:1-14; Matthew 6:6-15; 25-33). Gambling lacks both the dignity of wages earned and the honor of a gift. It takes substance without yielding a fair exchange. Because it excites greed, it destroys the initiative of honest toil and often results in addiction. Government sponsorship of lotteries only enlarges the problem. We refrain from gambling in all its forms because of the evils it encourages, for conscience's sake and as a witness to the faith we have in Christ.

While customs and community standards change, there are changeless scriptural principles that govern us as Christians in our attitudes and conduct. Whatever we buy, use, or wear reflects our commitment to Christ and our witness in the world (1 Corinthians 10:31-33). We therefore avoid extravagance and live in simplicity.

¶3430   **"We commit ourselves to go into our world and make disciples." (¶160)**

Jesus said, "Make disciples of all nations, baptizing ... and teaching them to obey everything that I have commanded" (Matthew 28:19-20).

Disciple making consists in more than the transfer of knowledge. It aims at holy living. Disciples have the mind of Christ (Philippians 2:5), seek first the priorities of His kingdom (Matthew 6:33), and fulfill His mission in the world.

## Resources for Churches

¶3500   See the webiste of the Free Methodist Church USA at https://fmcusa.org/resources for additional resources. Print resources are also available via the Light + Life Bookstore online at https://freemethodistbooks.com.

In the following chapter, paragraph numbers and section letters with a plus sign + beside them indicate those items which may be changed by the Board of Administration. All others may be changed only by the General Conference.

**ER092**

SPU0001101

¶4750                           General Administration

    B.    The Board of Administration shall:

1. Be responsible for determining the process an agency must follow to become a member of AHSM. The Board will approve new members and shall also be the determining body when a member must be removed due to noncompliance or any other reason;

2. Receive and examine the annual reports of each accredited ministry. The structure and content of such reports will be determined by the Board of Administration;

3. Determine if the ministry continues to qualify for accreditation by the Free Methodist Church. If it is determined a ministry is at risk of losing accreditation, the Board of Administration shall work with the president of the AHSM to contact the organization, discuss what steps are necessary to retain membership, and clarify if an agency is able to meet the requirements;

4. Regulate the establishment of new human service ministries so as to preserve fidelity of accredited institutions.

    C.    A new human service ministry shall not be approved without an official recommendation from its annual conference.

    D.    Members of the AHSM Ministries shall be listed in the *Yearboo*k.

    E.    Pastors are encouraged to preach on the subject of practical charity, receiving offerings and providing opportunities for financial support. These offerings are to be used for the relief of the poor in that Society or sent to an accredited human service ministry.

## Educational Institutions

¶4800+    Educational institutions are responsible for promoting and helping to maintain adequate opportunity for college and graduate training in alignment with the values, beliefs, and mission of the Free Methodist Church.

The Free Methodist Church USA recognizes as educational institutions those colleges and universities whose commitments are consistent with the history, theology, mission, and character of the Free Methodist Church.

90

**ER093**

SPU0001129

General Administration ¶4810

The Free Methodist educational institutions shall have a statement of faith consistent with Free Methodist Church USA doctrine which boards of trustees and executive leaders agree shall guide the policies of the institution.

The Free Methodist educational institutions shall have a statement of lifestyle expectations for the campus community which is consistent with the principles and practices of the *Book of Discipline* of the Free Methodist Church USA.

All instruction shall be in harmony with the teachings of the Scriptures and the Free Methodist Articles of Religion.

¶4810+  **Denominational Relationship Status**

A. Leadership Commitments

1. The president shall be a member of the Free Methodist Church who actively seeks to create a Free Methodist presence in the life and leadership of the institution.

2. The chief academic officer shall be a member of the Free Methodist Church, or one who is in both conviction and spirit committed to Wesleyan theology and perspectives.

B. Mission Commitments

1. The Free Methodist educational institutions shall have articles of incorporation, bylaws, or other appropriate governance documents which:

a. Identify the college or university as a private institution of evangelical higher education affiliated with the Free Methodist Church USA;

b. Define the relationship of the institution to the churches and conferences of the Free Methodist Church USA; and

c. Specify Free Methodist Church USA representation in the governing board.

2. The Free Methodist educational institutions shall have a mission statement which includes an institutional priority to serve as an educational resource for the advancement of Christianity through the church.

C. Connectional Commitments

1. All trustees shall be committed Christians of whom no less than 25 percent shall be members of the Free Methodist Church.

91

**ER094**

SPU0001130

¶4810                      General Administration

2.  No less than 10 percent of faculty shall be members of the Free Methodist Church.

3.  The school, division, or department of religion shall have a majority of full-time faculty who are members of the Free Methodist Church or sister Wesleyan denominations with all members affirming Wesleyan theology and the Articles of Religion of the Free Methodist Church as its educational focus.

4.  The Religion Department chair shall be Free Methodist or thoroughly Wesleyan.

5.  The institutions shall offer courses in Free Methodist history, government, mission, and theology.

6.  The relationship to and presence of bishops and denominational leaders shall be defined.

7.  The institutions shall have an intentional plan for Free Methodists to speak at chapel, colloquia, and events.

8.  The institutions shall participate in the Association of Free Methodist Educational Institutions.

D.  Recognition Process Based Upon:

1.  Denominational institutions shall be recognized at each General Conference and the presidents of those institutions shall serve as voting delegates.

2.  Denominational institutions shall reapply for endorsement in the year prior to each subsequent General Conference.

3.  At least every four years, the Board of Trustees shall review and reaffirm the institution's covenant relationship with the Free Methodist Church, as recorded in its minutes.

¶4820+  **Affiliated Relationship Status**

A.  Other institutions of higher education may apply to the Board of Administration for endorsement as Affiliated Institutions. The minimal expectations for this relationship shall be that:

1.  The institution shall have Free Methodist representation on the Board of Trustees, administration, and faculty;

2.  Provision shall be made for instruction in Free Methodist curricula of concern: i.e., Free Methodist history, doctrine, polity, mission, and vision.

92

**ER095**

SPU0001131

General Administration                    ¶4840

3.  The task of nurturing a Free Methodist presence on the campus, by welcoming Free Methodist clergy, educators, leaders, and innovators to speak at chapel, colloquia, and special events shall be assigned.

B.  Based upon an application to the Free Methodist Church USA's Board of Administration, and upon recommendation by the Association of Free Methodist Educational Institutions, in the year prior to General Conference, an institution of higher education which meets these criteria may be endorsed as an Affiliated Institution. At least every four years, the Board of Trustees shall review and reaffirm the institution's covenant relationship with the Free Methodist Church, as recorded in its minutes.

¶4830+  **Associate Relationship Status**

A.  Other institutions (see *Association of Free Methodist Educational Institutions Constitution and Bylaws*) may apply to the annual meeting of the Association of Free Methodist Educational Institutions (see ¶4850) for endorsement as Associate Institutions. The minimum expectations for this relationship shall be:

1.  The institution shall have Free Methodist representation on the Board of Trustees.

2.  The institution's mission shall connect to and support the mission of the Free Methodist Church USA.

B.  At least every four years, the Board of Trustees shall review and reaffirm the institution's covenant relationship with the Free Methodist Church, as recorded in thier minutes.

**Educational Funds**

¶4840+  All educational endowment funds, including the permanent endowment fund, designated to educational institutions (including John Wesley Seminary Foundation) and such as may be raised or otherwise received for the Educational Endowment Fund, shall be held for investment as directed by the Board of Administration. The income shall be distributed annually to the Free Methodist denominational schools in the United States as directed by the Board of Administration. When funds are available for operating budgets or capital projects, the Board of Administration shall determine the appropriation for each school according to the numeric enrollment of full-time Free Methodist students in those institutions.

93

**ER096**

SPU0001132

¶4850 General Administration

**The Association of Free Methodist Educational Institutions**

¶4850+

A. The denomination sponsors an association for denominational institutions of higher education: to advance their common mission as Free Methodist schools, to explore cooperative programs, and to define and maintain the quality of their relationship with the denomination.

B. Denominational institutions shall be represented by the president and the chairperson of the Board of Trustees, each having one vote.

C. Affiliated Institutions shall be represented by the president and a Free Methodist member of the Board of Trustees. Each Affiliated Institution shall have one vote.

D. Associate Institutions shall participate as honorary members, having voice without vote.

**John Wesley Seminary Foundation**

¶4860+

A. The John Wesley Seminary Foundation offers scholarship aid for the postcollege training of persons for the pastoral ministry and other types of Christian service within the Free Methodist Church USA.

B. John Wesley Seminary Foundation shall be managed by the Center for Pastoral Formation with accountability from the Board of Bishops and Board of Administration.

C. John Wesley Seminary Foundation shall be supported by the general church budget and special project funds, as approved by the Board of Administration.

D. John Wesley Seminary Foundation-affiliated schools shall maintain support and cooperation with the Articles of Religion.

## Auxiliary Organizations

**Men's Ministries International**

¶4900+ Men's Ministries International of the Free Methodist Church is recognized as an auxiliary of the Free Methodist Church USA, and is governed by its own constitution and bylaws.

94

ER097

SPU0001133

# Chapter 6
# The Local Church

## Preamble

¶6000+

A. **Mission**

The mission of all churches is the same and is shaped by both the Great Commandment and Great Commission. God is glorified when the church loves (the Great Commandment) and participates in His plan of redemption (the Great Commission). The mission of the church is for the whole church to achieve what God clearly directed us to do.

The church's mission, simply stated, is **"To love God, love people, and make disciples."**

B. **Vision**

Vision is each church's unique contribution to the mission of loving and making disciples. The Free Methodist Church has a unique history with a unique vision of how best to love God and make disciples: to focus on full salvation (holiness), live in the fullness of the Holy Spirit, and love practically, tangibly, and profoundly as part of our Wesleyan call. Our vision calls us to love God and humanity and serve in ways that express this full salvation and activating love. The result is more than personal spiritual health. It is to realize the kingdom of God on earth.

Our vision, simply stated, is "**To bring wholeness to the world through healthy, biblical communities of holy people multiplying disciples, leaders, groups, and churches**"

God has given us, throughout our history and even now, the charge to lead people into a dynamic relationship with Jesus Christ which makes them whole people through holy living and holy loving. The results have been a kingdom movement committed to wholeness of individuals and societies. To that end we have labored and continue to labor to address poverty, eliminate slavery, affirm the dignity of all persons, restore equality to women in all places – church and world – and help all people in bondage discover freedom in Christ.

## Characteristics

¶6010    **Characteristics**

The church is the Body of Christ in the world. In worship, the church comes together to meet the holy God and to respond in obedience and love. In witness, the church makes known the good news of Christ throughout the local community and to

127

ER098

SPU0001166

¶6010                        The Local Church

the ends of the earth, calling the lost to repentance and faith. In making disciples, converts are brought into the body, baptized, trained, and equipped for service to Christ. In fellowship, redeemed people experience their oneness in Christ by sharing in one another's lives with love and concern. In service, the church corporately cares for the needs of its own and others (Acts 1:8; Matthew 28:18-20; Ephesians 4:11-13; Acts 2:42; 26:17).

¶6020    **Holiness**

Holiness is the great commandment of our community. Believers pursue holiness in its most comprehensive meaning of loving God with all their hearts, souls, minds, and strength and our neighbors as ourselves. John Wesley rightly identified happiness as the fruit of holiness; freedom as the result of surrender to God; and peace as the child of forgiveness. The church calls on God for a renewed and clear vision of holiness that brings the presence of God near to the people of our time. This call to holiness not only reaffirms our historical values but heightens our responsibility to openly confront sin, be it addiction, selfishness, evil speaking, or anything else that dishonors the name of God.

¶6030    **Disciple making**

Disciple making is the great commission of our community. The church earnestly engages in evangelization and disciple making. We are not casual about pointing out the way of life and holiness. We are concerned for the spiritual growth of all those in our charge, whether pre-Christians, new Christians, or longtime Christians.

¶6040+   **Nonnegotiable Fundamentals**

All structures, ministries, and personnel of the church shall reflect these nonnegotiable fundamentals of the Free Methodist Church:

1. We may not live in violation of the Scriptures.

2. We may not live in violation of the Articles of Religion, the Constitution, the Membership Covenant, or the mission of the Free Methodist Church.

3. Our pastors may not live in violation of their ordination vows.

4. Our leaders may not lead the church in ways which detract or divert from our mission.

¶6050+   **Core Values**

All structures, ministries, and personnel of the church shall reflect these core values known as the *Free Methodist Way*:

1. Life-Giving Holiness

128

**ER099**

SPU0001167

The Local Church                    ¶6070

2.  Love-Driven Justice

3.  Christ-Compelled Multiplication

4.  Cross-Cultural Collaboration

5.  God-Given Revelation

¶6060+    **Expected Outcomes**

All structures, ministries, and personnel of the church shall produce these expected outcomes:

1. Every Society a prayer-saturated congregation

2. Every Society a worshipping congregation

3. Every Society a discipling congregation

4. Every Society an evangelizing congregation

5. Every Society a reproducing congregation

6. Every Society a culture-engaging congregation

7. Every Society a world-mission congregation

¶6070+    **Essential Ecclesiology**

The essentials of our ecclesiology can be summed up in the following seven scriptural characteristics:

1.  Jesus is worshipped as Lord ("Christ loved the church and gave Himself for it that it should be holy and without blemish" ¶121; see 1 Corinthians 1:2; Philippians 2:9-11; Romans 10:9).

    a.  The gathered believers are united in loving, covenant fellowship around the Trinitarian presence of the One true God: the Father, the Son Jesus Christ, and the Holy Spirit (see Matthew 28:19; John 14:26).

    b.  Jesus is honored as the incarnation of God and as the Lord and foundation/cornerstone of the church (see Colossians 2:9; Colossians 1:15, 1;, Matthew 16:18; Ephesians 2:19-20).

    c.  Worship in any of its multiple forms (teaching, testimony, prayer, singing, giving, etc.) is occurring regularly (see Hebrews 13:15; Colossians 3:16-17; 1 Peter 2:5).

    d.  Jesus is honored and His presence recognized when a group (even two or three) gather in His name (see Matthew 18:20; Revelation 2:1).

    e.  The Lordship of Jesus Christ as manifest in the created order is recognized and celebrated (see Romans 1:20; Colossians 1:16; Revelation 4:11).

2.  Scripture is taught and obeyed as truth (In its requirements it seeks to honor Christ and obey the written Word of God ¶121; see Hebrews 4:12; Matthew 4:4; Acts 2:42).

129

**ER100**

SPU0001168

¶6070                               The Local Church

    a.  The Scriptures are honored as the authority in all matters of doctrine and life (see 1 Corinthians 15:3-4; 2 Timothy 3:15; 2 Peter 3:16).

    b.  The Scriptures are read and shared as the directive of the faith community (see 1 Timothy 4:13, 16).

    c.  The Scriptures provide moral authority and the standard of conduct for the community (see 2 Timothy 3:16-17).

    d.  The Scriptures define and prioritize individual and corporate holiness (see 1 Corinthians 1:2; Ephesians 2:21)

3.  Believers gather regularly for fellowship and mutual edification and equipping (The Free Methodist Church purposes to be representative of what the church of Jesus Christ should be on earth. It therefore requires specific commitment regarding the faith and life of its members ¶121; see Acts 2:42; Romans 12:4-6).

    a.  The church is a community of "believers," those who have been born again into the Body of Christ – interdependent persons (the people of God) who assemble for worship, koinonia fellowship, and witness (see John 1:12-13; 1 Corinthians 10:17; 12:13; 1 Peter 2:17; 5:9).

    b.  The assembling happens frequently enough to advance the familial, interactive realities of the church (see Hebrews 10:24-25; 1 Corinthians 14:26).

    c.  The "one anothers" of Scripture are practiced as a fulfillment of fellowship and discipleship (see Romans 12:10; Ephesians 5:21).

    d.  Active love, mutuality, generosity, and caring for the needs of one another are prioritized (see Acts 2:44-45; 4:34-35).

    e.  Unity of the faith and Spirit overcome divisions caused by race, class, status, wealth, or gender (see Galatians 3:26-28; 1 John 1:3, 7).

    f.  Prayer is a defining practice of the fellowship (see Acts 2:42; 12:5; 14:23; Colossians 4:2).

4.  Sacraments are practiced (The church is a fellowship of the redeemed and the redeeming, preaching the Word of God and administering the sacraments according to Christ's instruction. ¶121).

    a.  Baptism is practiced for initiating believers into the church (see Acts 2:38, 41; 1 Corinthians 12:13; Ephesians 4:4-5).

    b.  Communion / the Lord's Supper is practiced frequently as the ongoing, real presence of Jesus Christ and in remembrance of the reality and centrality of Christ's

130

**ER101**

SPU0001169

The Local Church                    ¶6070

convicting, converting, and sanctifying work (see Acts 2:42; 1 Corinthians 11:23-26),

5. Spiritual authority is present, credible, and active (The church is created by God. It is the people of God. Christ Jesus is its Lord and Head. ¶121; see Hebrews 13:17).

  a. Overseers and leaders are established and held accountable in a credible and biblical manner (see Acts 14:23; 15:6; 20:28; 1 Timothy 5:17; Titus 1:5).

  b. Overseers and leaders teach and equip the saints for maturity, ministry, and mission (see Ephesians 4:11-12; James 3:1).

  c. Church discipline is exercised to guard the church and assist believers growth in discipleship (see 1 Corinthians 5:4-5).

  d. Credible spiritual authority ensures accountable, equitable processes for the collection, stewardship, and distribution of financial resources (see Acts 6:3).

6. God's Mission of disciple making and servanthood is pursued (It exists to fulfill the purposes of God in Christ. It redemptively ministers to persons ¶121).

  a. The church understands itself as an expression of God's kingdom mission (see Matthew 6:9-10; 6:33).

  b. The Great Commission (going and making disciples) is prioritized and practiced (see Matthew 28:19-20; 2 Timothy 2:2).

  c. Serving the community is prioritized and practiced (see Matthew 5:16; 1 Peter 2:12; Mark 10:45).

  d. Witness in word and deed is prioritized and viewed as the first step in disciple making (see Acts 1:8; 2:47).

  e. The church pursues its mission through practicing the priesthood of all believers (see Ephesians 2:10; 1 Peter 2:9)

  f. Generosity and assistance to the poor, widows, orphans, and immigrants are prioritized (see Galatians 2:10; James 1:27)

7. The Holy Spirit is active and acknowledged in the gathering (The Holy Spirit is its life and power ¶121; see 2 Corinthians 13:14, 1 Corinthians 3:16, Ephesians 2:22)

  a. The Spirit is empowering the fruit and gifts of the Spirit (see Galatians 5:22-23; 1 Corinthians 12:7).

  b. The Spirit is teaching the gathered believers the words and acts of Jesus (see John 14:26; 1 John 2:27)

131

**ER102**

SPU0001170

¶6070                                    The Local Church

    c.   The Spirit is comforting, correcting, and empowering the church (see Acts 9:31; Ephesians 3:16; Colossians 1:9).

¶6080+   **Expressions of Church**

The guidance of Church-Planting Projects as found in ¶6810 pionts A-H are instructive for the formation of new churches. This guidance is not to be understood as prescriptive or restrictive, however. Consistent with the spirit of paragraph 6040, as long as church plants live within the framework of the nonnegotiables, (¶6040), they are free to be creative in the expression of church. Some quickly multiplying gatherings will not form into Fellowships or Societies (as defined in the *Discipline*) but may serve as new-church incubators. The sacerdotal functions fall under the authority of the overseeing body.

## Membership

¶6100    In harmony with our mission statement we invite into membership and equip for ministry all who respond in faith. We are open to all whom God has awakened and support them with the healing and equipping power of the Holy Spirit in His church. The biblical requirements of repentance, faith, and baptism make membership in the Free Methodist Church as nearly as possible synonymous with entering into the Body of Christ. We recognize that in some settings the terms *members* and *membership* are unhelpful and can create confusion. In such situations societies, with approval by the conference superintendent, are free to use alternate terms.

**Admission into Membership**

¶6110

    A.   The requirements for membership in the Free Methodist Church are described in ¶151. Persons meeting these requirements shall be admitted to the privileges of membership. Those members who rise to leadership shall also meet expectations described in ¶6200.E. (See *Pastors and Church Leaders Manual*, section V, for guidance in membership preparation.)

    B.   The ritual of membership is found in ¶8800.

    C.   Any person in good standing in an evangelical church may be received into membership upon meeting the requirements of ¶151, which includes membership instruction, approval of the local Board of Administration, and public declaration of faith.

    D.   When two or more societies vote to merge, individual membership is automatically transferred to the united Society.

    E.   Members who withdraw from the church with no complaints against them at the time may be reinstated into membership

132

**ER103**

SPU0001171

# Chapter 7
# Church Order

## Preamble

¶7000    The vision of the Free Methodist Church begins with a call and commitment to bring wholeness to the world through healthy, biblical communities of holy people multiplying disciples, leaders, groups, and churches (¶6000.B). We purpose to follow Paul's instruction to the Galatian church: "The only thing that counts is faith expressing itself through love" (Galatians 5:6). James 3:17-18 informs us, "But the wisdom that comes from heaven is first of all pure; then peace-loving, considerate, submissive, full of mercy and good fruit, impartial and sincere. Peacemakers who sow in peace reap a harvest of righteousness." Therefore we do our part to live in peace with everyone as far as it depends on us (Romans 12:18).

## Healthy Biblical Community

¶7100    As we learn together from the Word of God, encourage one another in faith and life, practice healthy accountabilities, and serve together in the cause of Christ, we contribute to the health of each person and help keep them from falling away from love for God and others. These principles and practices will support and nurture healthy order in the church. Order in the church is best realized when we "submit to one another out of reverence for Christ" (Ephesians 5:21), honor our Membership Covenant and ordination vows, and partner together in the mission of the church. The church has a responsibility to disciple each believer. This is done best in transformational communities which purpose to nurture every believer and witness to those who do not know God.

### Biblical Principles

¶7110    The Bible describes specific behaviors which guide us in creating and maintaining a healthy, biblical community. These include:

   A.    We urge all persons to live lives worthy of the calling we have received. We strive to be humble and gentle, patient, bearing with one another in love. In all our actions we make the effort to keep the unity of the Spirit in the bond of peace (Ephesians 4:1-3).

   B.    We urge all persons to maintain a prayerful and Christlike spirit at all times, earnestly seeking to discern, find, and follow the mind of Christ (Galatians 6:1-2; Philippians 2:1-5; 1 Corinthians 13:4-7).

   C.    We urge all persons to exhibit meekness of heavenly wisdom, which is first pure; then peace-loving, courteous, willing to yield to

163

**ER104**

SPU0001202

¶7110                           Church Order

reason, full of mercy, compassion, and good fruits; wholehearted and straightforward, impartial, sincere, and without hypocrisy (James 3:17).

D.  We urge all persons in the restoration of a brother or sister to pray that all actions will produce the peaceable fruit of righteousness (Hebrews 12:11), to promote holiness of heart and life (Titus 2:11-14), to preserve the unity of the Spirit in the bond of peace (Ephesians 4:3), to serve as a warning to the vulnerable and careless (1 Timothy 5:20), and rescue those who are in spiritual danger of perishing (2 Thessalonians 2:10).

E.  We urge all persons to be submissive (Ephesians 5:21). This submission is to be mutual toward both those under authority and in authority (1 Thessalonians 5:11-13). Discord, jealousy, fits of rage, selfish ambition, slander, gossip, arrogance and disorder are unworthy of healthy, biblical people (2 Corinthians 12:20).

F.  We urge all persons to avoid the adversarial patterns which characterize unredeemed societies (Matthew 5:23-25). We regard ourselves as Christ's ambassadors who strive for peace with one another as we share the ministry of reconciliation (2 Corinthians 5:16-21).

G.  We urge all persons to speak the truth in love as we all grow into Christ's likeness. This mature unity in Christ will join us together in doing our part to create healthy community life (Ephesians 4:15-16).

H.  We do not entertain an accusation against an elder unless it is substantiated by witnesses and/or evidence (1 Timothy 5:19).

I.  When a person is caught in sin, it is our responsibility to restore them gently and with all humility, aware that we also can be tempted (Galatians 6:1-3) and that we seek to counsel and guide toward healing those who have been harmed by the sin of another (1 Peter 5:10; Luke 10:33). Ideally, the perpetrators and those harmed will find healing and restoration.

**Purpose and Goals**

¶7120    If an accusation is shown to be true, all action by the church is designed to lead to repentance, forgiveness, and return to fellowship with God and the church. The church assumes the responsibility to follow the patterns of Jesus by consistently exercising grace and truth to restore a sinning member to wholesome relationships as made possible through Christ. Where there are persons who are harmed or victimized by a sinning member, the church will offer ministry to them in the protection of a transformational community and through the loving care of individuals, which may include the services of licensed, professional counselors or an advocate for the victim to be chosen

164

**ER105**

SPU0001203

Church Order ¶7130

by the victim (see *Restoration Process: A Manual for Superintendents and Ministerial Education and Guidance Boards*).

**Responding to Disorder**

¶7130 Overseers, Ministerial Education and Guidance Boards (MEG Boards), and Membership Care Committees (MCC) shall not ignore sin in the church. When it is clear that a member's relationship with Christ or with another person is compromised or damaged by sin, appropriate action shall be taken to speak the truth in love and restore health in the church and in the person(s) involved.

A. Matters requiring attention include such things as

1. When there is a pattern of behavior of speaking and acting out of selfish ambition (Philippians 2:3);

2. When there is a breakdown of communication which causes divisions (2 Corinthians 12:20);

3. When there is a lack of wisdom and/or competence that brings leadership effectiveness and/or call to ministry into question;

4. When there are unhealthy personal habits which clearly contribute to a lack of fruitfulness in life and ministry;

5. When there are teachings contrary to our Articles of Religion and/or our Membership Covenant;

6. When there is a pattern of a lack of submission to an overseer, elder, or church body or when there is a pattern by an overseer, elder or church body toward a person under their care that reveals a lack of reverence to Christ (Ephesians 5:21);

7. When there is accusation and evidence of a pattern of sin in the life of an elder/member;

8. When there is evidence of abusive or predatory behavior toward others;

9. When there is accusation and evidence of a pattern of living in breach of the nonnegotiable fundamentals of the Free Methodist Church (¶6040) or the *Code of Ethics for Ministers of the Free Methodist Church*.

B. Restoring Order: When there is a breach of order, the response of the church shall be directed toward both the offender and those harmed.

1. With respect to the offender, the response shall include one or more of the following:

a. Private Counsel: The first step in restoring order usually begins with private, confidential counsel. The overseer shall address the problem and call the person to deal

165

**ER106**

SPU0001204

¶7130                                    Church Order

truthfully with the issue(s) and follow Jesus with his/her whole heart, including sincere repentance. (See "Checklist For Processing Accusations of Breach of Church Order" in the *Review Board and Court of Appeals Procedure Manual*.)

b.  MEG Board/MCC Counsel: When a person is discovered in their sin by others, or in situations when private counsel has not been effective in stopping the sin, the MEG Board / MCC or the overseer and representative(s) from the respective Board shall address the problem and call the person to deal truthfully with the issue(s) and follow Jesus with his/her whole heart, including sincere repentance.

c.  Covenant of Restoration: If private counsel has been resisted or ineffective, or MEG Board / MCC counsel has been required due to the discovery of sin in the elder's/member's life, the MEG Board / MCC shall establish a "Covenant of Restoration" (see *Restoration Process: A Manual for Superintendents and Ministerial Education and Guidance Boards*, church order, see *Superintendents* and *MEG Manuals*).

d.  Suspension from Ministry/Membership: The MEG Board / MCC shall suspend a person from ministerial appointment / membership when he/she resists or fails to complete the Covenant of Restoration or when the breach of order threatens the well-being of the church and the mission of Jesus Christ.

e.  Immediate Suspension from Ministry: When an overseer becomes aware of the following cases, he/she shall immediately suspend an elder/member until a MEG Board / MCC can be convened:

    i.   When the elder/member is accused of sin by at least two witnesses or has confessed to sin that reveals a longstanding brokenness in his/her life and relationships of such seriousness that it dictates the necessity of a healing process for the church, all persons involved, and their families;

    ii.  When an elder/member is teaching doctrine that is contrary to our Articles of Religion;

    iii. When a Board member of a congregation has exhibited behavior in any manner described in ¶7130.A.1-9, the superintendent, in consultation with the local pastor, may remove this member from the Board;

166

ER107
SPU0001205

Church Order                                         ¶7150

   f.   Contacting State or Local Enforcement Authorities: In
        instances of abuse of a minor child, the overseer shall
        immediately contact state and/or local enforcement
        authorities in conformity with state and local laws.

   g.   Immediate Surrender of Credentials: When an elder
        is found criminally guilty of sexual misconduct, their
        credentials shall immediately be declared null and void,
        without the possibility of reinstatement. The former
        elder may enter a restoration process which could
        result in restitution to lay membership but not to the
        restoration of their credentials.

2. With respect to those harmed or victimized, the individual
   shall have the opportunity to send the overseer, MEG Board,
   or MCC a written account of the occurrence and its impact.
   The victim and his/her advocate may be given a copy of
   chapter 7 of the *Book of Discipline* so that they can be aware
   of church expectations and procedures. When the process
   is complete, the affected individual shall be notified of the
   outcome (see *Restoration Process: A Manual for Superintendents
   and Ministerial Education and Guidance Boards*).

### Processing Complaints, Accusations, and/or Admission of Sin

¶7140   Overseers, MEG Boards, and MCCs shall process all complaints,
accusations, and/or admissions of sin that are not resolved by
private counsel and victim advocacy, by following both the *Review
Board and Court of Appeals Procedure Manual* and *Restoration Process:
A Manual for Superintendents and Ministerial Education and Guidance
Boards*. When an elder's membership is suspended the suspended
elder shall have the right to appeal the suspension to a regional
Review Board.

# Review Boards

¶7150

   A.   **Conference Members** (Elders and Deacons). At each General
        Conference, a four-person regional Review Board shall be elected
        from each bishop's area. Candidates shall be nominated by the
        Nominating Committee of the General Conference. Each regional
        Review Board shall be comprised of two laypersons and two
        clergy, at least one of whom shall be a superintendent, and shall
        include at least one male and one female. Upon a MEG Board's
        action to suspend or expel an elder, the regional Review Board
        from the same bishop's area shall review the process, if review is
        requested by the suspended member:

        1.  Examine the MEG Board minutes and review the overseers
            / MEG Board log of notes and timelines in accordance with
            the "Checklist for Processing Accusations of Breach of

                                                             167

**ER108**

SPU0001206

# Exhibit B

# Porterfield Declaration

**ER109**



SEATTLE PACIFIC

Library | Visit | Apply    Give    mySPU 👤

About ⌄    Academics ⌄    Admissions ⌄    Student Life ⌄    Tuition & Aid    🔍

About SPU

**Mission, Core Themes, and Vision** ›

 Enduring Commitments ›

 Give Now

Our History ›

Statement of Faith

Diversity

Seattle & Pacific Northwest ›

The Campus ›

SPU Facts

University Leadership

Press Room ›

News ›

Events

Year in Review ›

Community Resources

🏛 Seattle Pacific University / About SPU /

# Mission, Core Themes, and Vision



"Seattle Pacific University is a Christian university fully committed to engaging the culture and changing the world by graduating people of competence and character, becoming people of wisdom, and modeling grace-filled community."

—Seattle Pacific University Mission Statement

## Core Themes

We have adopted three Core Themes to guide us as we engage the culture and help to bring about positive change in the world:

- Academic Excellence and Relevance
- Transformative and Holistic Student Experience
- Vital Christian Identity and Purpose

## University Vision

Engaging the Culture, Changing the World

Our Enduring Commitments



### Students at the Table

Students are using active-learning classrooms, complete with "smart tables," to put collaboration at the center of their learning.

**Read more**



🌲

📍 3307 3rd Ave West, Seattle WA 98119-1997

📞 206-281-2000

**RESOURCES**

Library

Campus Dining

**CONNECT WITH US**

f  𝕏  📷  ▶  in  ♪

College of Applied and Natural Sciences

Center for Career & Calling

Center for Professional Education

**PUBLICATIONS**

Response    SPU STORIES

POLICY

Privacy Policy

Accessibility Notice

This website uses cookies to improve your experience. Learn more    GOT IT

---

Document title: Mission, Core Themes, and Vision | Seattle Pacific University

Capture URL: https://spu.edu/about-spu/mission

Capture timestamp (UTC): Fri, 26 Sep 2025 18:59:06 GMT

**ER110**

Page 1 of 2

Our History

Statement of Faith

Diversity

Seattle & Pacific Northwest ›

The Campus ›

SPU Facts

University Leadership

Press Room ›

News ›

Events

Year in Review ›

Community Resources



"Seattle Pacific University is a Christian university fully committed to engaging the culture and changing the world by graduating people of competence and character, becoming people of wisdom, and modeling grace-filled community."

—Seattle Pacific University Mission Statement

## Core Themes

We have adopted three Core Themes to guide us as we engage the culture and help to bring about positive change in the world:

- Academic Excellence and Relevance
- Transformative and Holistic Student Experience
- Vital Christian Identity and Purpose

## University Vision

Engaging the Culture, Changing the World

Our Enduring Commitments



### Students at the Table

Students are using active-learning classrooms, complete with "smart tables," to put collaboration at the center of their learning.

**Read more**



📍 3307 3rd Ave West, Seattle WA 98119-1997

📞 206-281-2000

### CONNECT WITH US

   

### PUBLICATIONS

Response    SPU STORIES

### RESOURCES

Library

Campus Dining

Directory

Campus Safety

Falcon Advantage

Maps & Directions

Emergency Info

Land Acknowledgment

© 2025 Seattle Pacific University

### COLLEGES

College of Applied and Natural Sciences

College of Business and Technology

College of Humanities, Education, and the Arts

Seattle Pacific Seminary

### CENTERS

Center for Career & Calling

Center for Professional Education

Center for Applied Learning

Center for Faithful Business

Center for Worship

Center for Student Success

John Perkins Center

### POLICY

Privacy Policy

Accessibility Notice

Website Feedback

Contact SPU

Jobs at Seattle Pacific

Nondiscrimination and Title IX

This website uses cookies to improve your experience. Learn more    GOT IT

Document title: Mission, Core Themes, and Vision | Seattle Pacific University
Capture URL: https://spu.edu/about-spu/mission
Capture timestamp (UTC): Fri, 26 Sep 2025 18:59:06 GMT

ER111

# Exhibit C

# Porterfield Declaration

ER112



SEATTLE PACIFIC

Library    Visit    Apply    Give    mySPU

About ⌄    Academics ⌄    Admissions ⌄    Student Life ⌄    Tuition & Aid    🔍

### About SPU

Mission, Core Themes, and Vision ›

Our History ›

**Statement of Faith**

Diversity

Seattle & Pacific Northwest ›

The Campus ›

SPU Facts

University Leadership

Press Room ›

News ›

Events ›

Year in Review ›

Community Resources ›

Seattle Pacific University / About SPU /

# This we believe: A statement of faith



At Seattle Pacific University, we seek to ground everything we do on the transforming gospel of Jesus Christ. Such a claim is both personal, a commitment by each member of our community, and institutional, a corporate aspiration that has guided this institution from its founding. Even while we celebrate the rich diversity of the Church throughout the world, we anchor our faith on the person of Jesus Christ, the authority of Holy Scripture, and the tradition of the Christian Church throughout history.

## 1. We are historically orthodox

We affirm the historic Christian faith, as attested in the divinely inspired and authoritative Scriptures of the Old and New Testaments, and as summarized, for example, in the Apostles' and Nicene Creeds. We affirm that God is triune, and that the three divine Persons — the Father, the Son, and the Holy Spirit — are coequal, coessential, and coeternal.

We affirm that by the grace and power of God the universe was brought into being, is continually sustained and governed, and will ultimately be brought to its promised consummation. We affirm, further, that we human beings are created by God in God's own image to be stewards of creation, and that we are called to love God with all our heart, soul, mind and strength, and to love others as ourselves.

In these divinely appointed tasks we have failed, so that we are now subject to judgment and death. Yet we rejoice that God's grace is available to us through the life, death, and resurrection of Jesus Christ; and that through faith in Christ we are delivered from sin and death and empowered by the Holy Spirit for lives of joyful obedience to the Father. Finally, we respond to the Spirit's call to participate in Christ's body, the church; to embrace Christ's mission to the world; and to live in the hope and assurance that Christ's return will bring to completion God's saving work.

## 2. We are clearly evangelical

We stand within the broad evangelical tradition of Christianity and, as such, we joyfully accept the task of proclaiming the evangel — God's good news — to the world. We understand this to mean that Jesus Christ is the Lord



### Campus Ministries

As campus pastors, we work hard to offer students a wide range of opportunities for worship, discipleship, and reconciliation at Seattle Pacific.

*"Unite the pair so long disjoined, Knowledge and vital piety, Learning and holiness combined."*

**Charles Wesley**



### Lectio: Guided Bible Reading

Gain a deeper understanding of the Scriptures with your own personal School of Theology guide. Learn more.

Gain a deeper understanding of the Scriptures with your own personal School of Theology guide. Learn more.

## 2. We are clearly evangelical

We stand within the broad evangelical tradition of Christianity and, as such, we joyfully accept the task of proclaiming the evangel — God's good news — to the world. We understand this to mean that Jesus Christ is the Lord and Savior of the world and that he alone can liberate broken and fallen human beings from sin and death.

We lift high the authority of holy scripture as divinely inspired, embraced by the church as central to our understanding and witness. We affirm that the Holy Spirit works in human hearts to kindle faith in Jesus Christ, to restore people to a right relationship with God and each other, and to begin transforming people into the likeness of Christ.

And we believe the gospel promise that light, health, wholeness, and peace are abundantly available to everyone who asks. Yet we also believe that we are called to practice what we preach: first, by cultivating vital Christian piety; and second, by engaging the surrounding culture through public testimony and loving service.

## 3. We are distinctively Wesleyan

Standing within the Wesleyan holiness branch of historic and evangelical Christianity, and recognizing the Free Methodist Church as our founding denomination, Seattle Pacific University is informed by the theological legacy of John and Charles Wesley.

We share their conviction that God's saving purpose is the renewal of human hearts and lives in true holiness through the transforming work of the Holy Spirit. We are shaped by their emphasis on the importance of the human response to the Spirit's renewing work, including the vital role of the spiritual disciplines and practices — such as prayer, meditation, worship, Scripture study, charitable giving, public witness to Christ's saving love, and service to those in need — all of which serve as means of God's grace.

Above all, we embrace the Wesleys' hope that God's transforming love is offered to all persons, addresses all areas of life, and will not rest content until it has redeemed the whole creation.

## 4. We are genuinely ecumenical

As heirs of John Wesley's catholic-spirited Christianity, we seek to gather persons from many theological and ecclesial traditions who have experienced the transforming power of Jesus Christ. We believe that theological diversity, when grounded in historic orthodoxy and a common and vital faith in Christ, enriches learning and bears witness to our Lord's call for unity within the church.

We are also well aware of other dividing walls that separate people from one another, walls that Christ desires to break down — walls of gender, race, ethnicity, nationality, language, and class. We believe that Christ calls us to value diversity and to seek ways for all persons in our university community to grow in their individual giftedness and to contribute in meaningful ways to our common life and work. Thus, in all of our diversity, we are centered in Christ, and called by him to shape, model, and participate together in grace-filled community.

**Therefore**, we commit ourselves to this faith, and to these shaping influences that define our community of faith, and we pledge ourselves, with humility and conviction, to live as best we know how in loving relationship with Jesus Christ and in faithful service to others. This we believe to be the defining center of our lives and the guiding aspiration of our life in community at Seattle Pacific University.

Case 26-604, 04/09/2026, DktEntry: 16.2, Page 100 of 293

Above all, we embrace the Wesleys' hope that God's transforming love is offered to all persons, addresses all areas of life, and will not rest content until it has redeemed the whole creation.

## 4. We are genuinely ecumenical

As heirs of John Wesley's catholic-spirited Christianity, we seek to gather persons from many theological and ecclesial traditions who have experienced the transforming power of Jesus Christ. We believe that theological diversity, when grounded in historic orthodoxy and a common and vital faith in Christ, enriches learning and bears witness to our Lord's call for unity within the church.

We are also well aware of other dividing walls that separate people from one another, walls that Christ desires to break down — walls of gender, race, ethnicity, nationality, language, and class. We believe that Christ calls us to value diversity and to seek ways for all persons in our university community to grow in their individual giftedness and to contribute in meaningful ways to our common life and work. Thus, in all of our diversity, we are centered in Christ, and called by him to shape, model, and participate together in grace-filled community.

**Therefore**, we commit ourselves to this faith, and to these shaping influences that define our community of faith, and we pledge ourselves, with humility and conviction, to live as best we know how in loving relationship with Jesus Christ and in faithful service to others. This we believe to be the defining center of our lives and the guiding aspiration of our life in community at Seattle Pacific University.

— SPU's Faith Statement was ratified by the Board of Trustees on May 21, 2004.



📍 3307 3rd Ave West, Seattle WA 98119-1997

📞 206-281-2000

**CONNECT WITH US**

f  X  📷  ▶  in  ♪

**PUBLICATIONS**



Response  SPU STORIES

**RESOURCES**

Library

Campus Dining

Directory

Campus Safety

Falcon Advantage

Maps & Directions

Emergency Info

Land Acknowledgment

Higher Ed Emergency Relief Fund Reporting

**SCHOOLS**

College of Arts & Sciences

School of Business, Government & Economics

School of Health Sciences

School of Education

School of Psychology, Family & Community

School of Theology

Seattle Pacific Seminary

**CENTERS**

Center for Career & Calling

Center for Biblical & Theological Education

Center for Professional Education

Center for Relationship Development

Center for Applied Learning

Center for Faithful Business

Center for Worship

Center for Student Success

John Perkins Center

**POLICY**

Privacy Policy

Accessibility Notice

Website Feedback

Contact SPU

Jobs at Seattle Pacific

Nondiscrimination and Title IX

© 2024 Seattle Pacific University

Document title: Statement of Faith | Seattle Pacific University
Capture URL: https://spu.edu/about-spu/statement-of-faith
Capture timestamp (UTC): Mon, 07 Oct 2024 17:43:17 GMT

SPU006116

# Exhibit D

# Porterfield Declaration

**ER116**

# Employee Lifestyle Expectations

Employees of Seattle Pacific University are members of a community. All communities expect their members to uphold certain standards of behavior and contribute to the welfare of the group in specific ways. The community expectations of SPU are standards of behavior which reflect the University's commitment to providing higher education in the context of an evangelical Christian and Wesleyan heritage. Employees serve as both ambassadors of SPU to the external community and role models for students.

Therefore, as members of this academic and faith community, SPU employees are asked to make behavioral and lifestyles choices consistent with moral integrity, social consciousness, and effective Christian witness. In keeping with these expectations and to ensure a spirit of Christian community, University employees are expected to refrain from:

- Committing or advocating illegal or unethical acts of any kind.
- Sexual behavior that is inconsistent with the University's understanding of Biblical standards, including cohabitation, extramarital sexual activity, and same-sex sexual activity. (See the University's Statement on Human Sexuality).
- Use of any alcohol and/or tobacco products on campus or at any University sponsored activity. (See the University's policy on Alcohol, Tobacco, and Drug Use).
- Conduct that is contrary to SPU's Anti-Bullying Policy, or Employee and Volunteer Sexual Misconduct Policy.
- Conduct that constitutes discrimination or harassment (including sexual harassment) as defined in SPU's Discrimination and Harassment Grievance Procedure or in SPU's Title IX Sexual Harassment and Related Conduct Policy.

Employees who engage in any of these activities may face disciplinary action up to and including termination of employment with the University.

SPU00600113

# Exhibit E

# Porterfield Declaration

**ER118**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY | NO. 3:22-cv-05540-BJR |
| *Plaintiff*, | |
| v. | **PLAINTIFF'S FIRST AMENDED RE-SPONSES TO DEFENDANT'S SEC-OND SET OF INTERROGATORIES** |
| ROBERT FERGUSON, in his official capacity as Attorney General of Washington | |
| *Defendant*. | |

Plaintiff, Seattle Pacific University, by and through its attorneys, Ellis, Li & McKinstry PLLC and the Becket Fund for Religious Liberty, submits the following First Amended Responses to Defendant's Second Set of Interrogatories.

Plaintiff makes these responses without conceding the relevance or materiality of any discovery request and without prejudice to its right to object to admissibility at trial with respect to the subject matter of any discovery request. The word usage and sentence structure are that of the attorneys who drafted these responses.

Plaintiff makes certain general objections, which are incorporated by reference as described below, as well as specific objections that are made on an individual basis to each request below.

PLAINTIFF'S RESPONSES TO
DEFENDANT'S SECOND SET OF
INTERROGATORIES – 1

ELLIS, LI & MCKINSTRY PLLC
1700 SEVENTH AVENUE, SUITE 1810
SEATTLE, WA 98101
TELEPHONE (206) 682-0565

**ER119**

ministerial employees. The objection described in this paragraph is hereinafter referred to as the "First Amendment Objection."

## INTERROGATORIES

**INTERROGATORY NO. 9:** For the relevant period, identify any non-ministerial individuals whom SPU did not hire following a Mission Fit Interview because of their sexual orientation, status of being in a same-sex marriage and/or intimate relationship or the possibility they may enter into such a relationship in the future, or status as being in an intimate relationship with a person to whom the individual was not married or the possibility they may enter into such a relationship in the future.

**ANSWER:** Plaintiff objects to this interrogatory on the grounds that the information sought is not relevant to any party's claim or defense. Plaintiff objects to this interrogatory on the grounds that it is overly broad and unduly burdensome and not proportional to the needs of this case, including because (i) Plaintiff regularly makes hiring decisions across all departments at SPU; (ii) there is no centralized repository recounting every instance of each hiring decision, let alone the reasons for each such decision; (iii) decisions about hiring are often made via a process that involves multiple employees (who may in some cases no longer work for Plaintiff); and (iv) certain hiring decisions are made by numerous departments across campus, which do not have a centralized repository of information. Accordingly, this interrogatory would require Plaintiff to speak with potentially dozens of persons across numerous departments from over several years to determine the universe of hiring decisions covered by this interrogatory, as well as the reason for each such decision, which may not be available to Plaintiff based on existing business records and the memories of applicable decisionmakers.

Plaintiff further objects on the grounds that this interrogatory is compound. Plaintiff further objects on the grounds that the terms "because of," "intimate relationship," and "status as being in

PLAINTIFF'S RESPONSES TO
DEFENDANT'S SECOND SET OF
INTERROGATORIES – 5

ELLIS, LI & MCKINSTRY PLLC
1700 SEVENTH AVENUE, SUITE 1810
SEATTLE, WA 98101
TELEPHONE (206) 682-0565

**ER120**

an intimate relationship" are vague, ambiguous, and without reasonable particularity. Plaintiff incorporates here the General Objections.

Consistent with the General Objections, Plaintiff limits its response to events on or after March 4, 2021, and to employees or applicants for permanent, non-student positions.

Without waiving any objections, including any objections based upon the ministerial exception, Plaintiff responds that, in the course of its earlier investigation, it construed Interrogatory No. 1 to include the situations described in this interrogatory and therefore has no additional information to provide.

**SUPPLEMENTAL ANSWER**: Subject to, and without waiving, the foregoing objections, Plaintiff further answers that it has expanded its search to cover responsive information dating back to June 1, 2017, and discloses the following individuals: REDACTED and REDACTED.

**INTERROGATORY NO. 10:** For each of the individuals identified in response to Interrogatory No. 9, identify the position sought by the individual, the dates of application for the position, date of the individual's Mission Fit Interview, and name and title of the SPU staff member who conducted the Mission Fit Interview of the individual, and the name and title of the department head for the position sought.

**ANSWER:** Plaintiff incorporates the objections it made to Interrogatory No. 9. Plaintiff objects on the grounds that this interrogatory is compound. Plaintiff incorporates here the General Objections, including without limitation the First Amendment Objection.

Without waiving any objections, Plaintiff responds that it has not identified any additional responsive instances in response to Interrogatory No. 9.

**SUPPLEMENTAL ANSWER**: Subject to, and without waiving, the foregoing objections, Plaintiff further answers:

REDACTED applied for the Facilities Project Planner, Project Manager & CAD Designer role on or about March 25, 2019. REDACTED mission-fit interview was on or about

PLAINTIFF'S RESPONSES TO
DEFENDANT'S SECOND SET OF
INTERROGATORIES – 6

ELLIS, LI & MCKINSTRY PLLC
1700 SEVENTH AVENUE, SUITE 1810
SEATTLE, WA 98101
TELEPHONE (206) 682-0565

**ER121**

**CONFIDENTIAL**

April 8, 2019. The name and title of the department head for the position REDACTED sought was Dave Church, Asst. VP for Facility Mgmt.

REDACTED applied for the Administrative Assistant – Biology, Chemistry, and Pre-Professional Health Sciences role on or about June 22, 2018. REDACTED mission-fit interview was on or about July 16, 2018. The name and title of the department head for the position REDACTED sought was Bruce Congdon, Dean, College of Arts & Sciences.

The mission-fit interviews for both REDACTED and REDACTED were conducted by Rebecca Tindall, whose current title is Associate Director of Human Resources.

**INTERROGATORY NO. 11:** For the relevant time period, identify all persons on the hiring committees and/or involved in the hiring process for all positions that report to, or are within the chain of command of, the Assistant Director Facility Services, Maintenance Manager, Site Manager ("Casey Conf Ctr"), and the Director of Safety and Security, as identified in SPU000003. To the extent there are individuals who have been primarily responsible for, or who have led, the hiring process for those positions, specifically identify those individuals, as well.

**ANSWER:** Plaintiff objects to this interrogatory on the grounds that the information sought is not relevant to any party's claim or defense. Plaintiff objects on the grounds that this interrogatory is compound. Plaintiff further objects on the grounds that this interrogatory is overly broad and unduly burdensome and not proportional to the needs of this case. Plaintiff further objects on the grounds that the terms and/or phrases "involved in the hiring process," "primarily responsible," and "led," are vague, ambiguous, and without reasonable particularity. Plaintiff incorporates here the General Objections, including without limitation number 14, which discusses providing documents and information that predate the *Woods* decision).

Without waiving any objections, Plaintiff responds as follows:

Hiring for positions under the Assistant Director of Facility Services, Maintenance Manager, Site Manager for Casey Conference Center, and the Director of Safety and Security all occurs with

PLAINTIFF'S RESPONSES TO
DEFENDANT'S SECOND SET OF
INTERROGATORIES – 7

ELLIS, LI & MCKINSTRY PLLC
1700 SEVENTH AVENUE, SUITE 1810
SEATTLE, WA 98101
TELEPHONE (206) 682-0565

**ER122**

**CONFIDENTIAL**

## VERIFICATION

I, _Rebecca Tindall_, declare that:

1. I am duly authorized to sign this Verification on behalf of Plaintiff Seattle Pacific University as to Interrogatories 9-11.

2. I have read Defendant's Second Set of Interrogatories to Plaintiff Seattle Pacific University and the foregoing Plaintiff's responses. I believe, based on reasonable inquiry, that the foregoing responses to Interrogatories 9-11 are true and correct to the best of my knowledge, information, and belief.

3. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 12th day of March, 2025.

Signature: _Rebecca A Tindall_

Name: _Rebecca Tindall_

Title/Position: _Associate Director, HR_

PLAINTIFF'S RESPONSES TO
DEFENDANT'S SECOND SET OF
INTERROGATORIES – 13

ELLIS, LI & MCKINSTRY PLLC
1700 SEVENTH AVENUE, SUITE 1810
SEATTLE, WA 98101
TELEPHONE (206) 682-0565

**ER123**

# Exhibit F
# Porterfield Declaration

# Statement on Human Sexuality

wiki.spu.edu/display/HR/Statement+on+Human+Sexuality

As a community of men and women committed to following Christ, Seattle Pacific University recognizes the centrality of biblical teaching in all matters of life including human sexuality. We recognize, as well, the diversity of opinions within our community when it comes to the interpretation of Scripture regarding this subject and many others. Recognizing our commonalities as well as our diversity, therefore, we affirm the following:

Human beings are created in the image of God, male and female, and are of inestimable worth. Because we are created in God's image, people must be treated with respect and dignity by all institutions in society whether male or female, young or old, rich or poor, believer or unbeliever, homosexual or heterosexual. This priceless value constitutes the theological and anthropological foundation of our discussions regarding human sexuality. We, therefore, affirm the fundamental worth of all human persons, including those with whom we disagree.

Human beings are created in the image of God, male and female. The explicit relational dimension of human beings and the inherent differentiation of gender are foundational to our understanding of creation itself. Our discussions and considerations of human sexuality, therefore, take place within the context of these assumptions. Human sexuality is both a relational truth and it is gender differentiated.

Human sexuality is intended by God to include more than the contemporary cultural emphasis upon physical, sexual experience. Our sexuality is intended by God to reflect the whole of our sensual and relational createdness. We, therefore, renounce the equation of sexuality with genital sex alone and the false representation of sexuality found in pornography. We believe that such an emphasis results in the dehumanization of all people, especially women and children.

We recognize the need to affirm the Christian virtues of holiness and godliness in this very significant dimension of being human. We assert that holiness and godliness as they relate to human sexuality require more than the avoidance of evil. These dimensions of spirit-filled character involve the positive celebration of who we are as created beings. Therefore, we are to interact with one another with great responsibility, respect, and with unselfish love.

The delight we experience through our sexual experience requires of us a sense of stewardship, a trust that extends not only to ourselves but also to others. Therefore, we remind ourselves, as well as those beyond our community, of the responsibility not to engage in the sexual exploitation or the sexual harassment of others. This stewardship is particularly important in the human institutions of church, work, friendship, marriage, and family.

**ER125**

In particular, we affirm the institutions of marriage and family as central to the purposes of God. We believe it is in the context of the covenant of marriage between a man and a woman that the full expression of sexuality is to be experienced and celebrated and that such a commitment is part of God's plan for human flourishing. Within the teaching of our religious tradition, we affirm that sexual experience is intended between a man and a woman.

We believe this is the ancient and historic teaching of Christian scriptures and tradition, including the teaching of Seattle Pacific's founding denomination, the Free Methodist Church. We believe this continues to be the teaching of the Christian Church around the world and remains the guiding light for our practice. We are also aware that this teaching is found in most other religious traditions as well. While we affirm the institution of marriage, we also recognize and affirm the call of some to singleness and celibacy.

Because the issues surrounding human sexuality are controversial, as a community of learning we recognize that our discussions and considerations regarding sexuality, whether in writing or in the classroom, must be treated with personal and spiritual sensitivity and with scholarly care. Therefore, we agree to evaluate our teaching and our pronouncements regarding sexuality in the light of the historic understanding of the Christian Church and the authority of the biblical witness. In this spirit we agree to submit our teachings and pronouncements to one another as followers of Christ.

Finally, recognizing the sinfulness and fallenness of our human nature, we acknowledge our need for God's grace and mercy in our actions, discussions, and considerations of human sexuality. We seek God's grace that we might rise above our human weaknesses and God's mercy that we might live in unity with one another in the midst of our brokenness and in response to the call of God upon our lives to love one another and thus fulfill the law of Christ.

**ER126**

# Exhibit G
# Porterfield Declaration

**ER127**



**ER128**

SPU0002147

# STATEMENT OF FAITH

At Seattle Pacific University, we seek to ground everything we do on the transforming gospel of Jesus Christ.

Such a claim is both personal, a commitment by each member of our community, and institutional, a corporate aspiration that has guided this institution from its founding. Even while we celebrate the rich diversity of the Church throughout the world, we anchor our faith on the person of Jesus Christ, the authority of Holy Scripture, and the tradition of the Christian Church throughout history.

 

2

ER129

SPU0002148



ER130

SPU0002149



ER131

SPU0002150



ER132

SPU0002151

 

"Blessed are those who trust in the Lord,
whose trust is the Lord.
They shall be like a tree planted by water,
sending out its roots by the stream.
It shall not fear when heat comes,
and its leaves shall stay green;
in the year of drought it is not anxious,
and it does not cease to bear fruit."

6

**ER133**

SPU0002152



7

ER134

SPU0002153

# Exhibit H

# Porterfield Declaration

ER135

**SEATTLE PACIFIC UNIVERSITY**

# Who We Are



ER136



# Who We Are

## TABLE OF CONTENTS

Letter from
President Porterfield ................... 1

Mission and Vision ..................... 2

Relationship to the
Free Methodist Church ............... 3

The Statement of Faith ............... 4

Academic Freedom .................... 7

Diversity Statement ................... 8

Community Lifestyle
Expectations ............................. 9

Enduring Commitments ............ 10

# LETTER FROM PRESIDENT PORTERFIELD

At Seattle Pacific University, our mission is both deeply rooted and continually relevant: to engage the culture and help bring positive change to the world through the good news of Jesus Christ. Living into this calling means being thoughtful about who we are, what we believe, and how we work together in community.

This small volume, *SPU: Who We Are,* gathers key documents that articulate the identity and guiding principles of Seattle Pacific — our statement of faith, our enduring commitments, and our expectations for life together in a diverse, academic community. These statements are more than policies; they form the shared framework within which we pursue our mission as educators, scholars, staff, and colleagues.

In the heart of a city known for its creativity and diversity, Seattle Pacific offers something distinct — a vibrant Christian community where faith and learning come together, where knowing who we are propels us into the complicated spaces of the world. These core documents anchor our commitment to the transforming hope of Christ and provide a framework for uniting our faith with the rigorous scholarship that develops our students' intellectual capacity and prepares them to serve with courage and compassion.

I invite you into this beautiful work as we seek to be faithful to Christ while engaging with the world around us.

With Prayer and Optimism,

Deana L. Porterfield
President
Seattle Pacific University

ER137



# MISSION AND VISION

### Mission Statement
Seattle Pacific University is a Christian university fully committed to engaging the culture and changing the world by graduating people of competence and character, becoming people of wisdom, and modeling grace-filled community.

### University Vision
Engaging the Culture, Changing the World

# RELATIONSHIP TO THE FREE METHODIST CHURCH

Since its founding in 1891, Seattle Pacific University has been in a covenant relationship with the Free Methodist Church.

In 1860, just before the Civil War, the Free Methodist Church was established by Benjamin Titus and Ellen Roberts in New York and Illinois. Early Free Methodists were passionately against slavery, working in the underground railroad and forbidding members from slaveholding. They established churches where pews were not rented, and the poor were embraced. They advocated for disenfranchised farmers and were committed prohibitionists because of the way in which alcohol abuse was destroying their communities. Its founders championed the ordination of women and the suffragist movement. These convictions fortified the church's founding mission "to maintain the biblical standard of Christianity and to preach the gospel to the poor." Today the Free Methodist Church is a global movement with churches in over 100 countries.

Seattle Pacific University was founded by the Oregon and Washington Conference of the Free Methodist Church in 1891. The key leaders were Hiram H. Pease, Nils B. Peterson, John C. Norton, Adelaide L. (Newton) Beers, and Alexander Beers. Each of them was profoundly influenced by B.T. Roberts and his teachings.

As a Methodist movement in the Wesleyan-Holiness tradition, the Free Methodists established their schools and colleges with a desire to "unite the pair so long disjoined, knowledge and vital piety." This deeply Christian and Wesleyan vision of joining learning and holiness captured early Free Methodists in the founding of its colleges and universities and continues to guide SPU's mission and vision today.

As a Free Methodist university and a member of the Association of Free Methodist Educational Institutions, SPU remains committed to the history, theology, mission, and character of the Free Methodist Church as articulated in the church's Book of Discipline.

**Thus, as a University in covenant relationship with the Free Methodist Church, we commit to:**

- Living by a statement of faith consistent with the Free Methodist Church, USA

- Living by lifestyle expectations that are consistent with the principles of the *Book of Discipline* of the Free Methodist Church, USA

- Undertaking our academic endeavors in ways that are in harmony with the Scriptures and the Free Methodist Church's teachings, as presented in the Articles of Religion

# STATEMENT OF FAITH

At Seattle Pacific University, we seek to ground everything we do on the transforming gospel of Jesus Christ. Such a claim is both personal, a commitment by each member of our community, and institutional, a corporate aspiration that has guided this institution from its founding. Even while we celebrate the rich diversity of the Church throughout the world, we anchor our faith on the person of Jesus Christ, the authority of Holy Scripture, and the tradition of the Christian Church throughout history.

## 1. We Are Historically Orthodox

We affirm the historic Christian faith, as attested in the divinely inspired and authoritative Scriptures of the Old and New Testaments, and as summarized, for example, in the Apostles' and Nicene Creeds. We affirm that God is triune, and that the three divine Persons — the Father, the Son, and the Holy Spirit — are coequal, coessential, and coeternal.

We affirm that by the grace and power of God the universe was brought into being, is continually sustained and governed, and will ultimately be brought to its promised consummation. We affirm, further, that we human beings are created by God in God's own image to be stewards of creation, and that we are called to love God with all our heart, soul, mind and strength, and to love others as ourselves.

In these divinely appointed tasks we have failed, so that we are now subject to judgment and death. Yet we rejoice that God's grace is available to us through the life, death, and resurrection of Jesus Christ; and that through faith in Christ we are delivered from sin and death and empowered by the Holy Spirit for lives of joyful obedience to the Father. Finally, we respond to the Spirit's call to participate in Christ's body, the church; to embrace Christ's mission to the world; and to live in the hope and assurance that Christ's return will bring to completion God's saving work.

## 2. We Are Clearly Evangelical

We stand within the broad evangelical tradition of Christianity and, as such, we joyfully accept the task of proclaiming the evangel — God's good news — to the world. We understand this to mean that Jesus Christ is the Lord and Savior of the world and that he alone can liberate broken and fallen human beings from sin and death.

We lift high the authority of holy Scripture as divinely inspired, embraced by the church as central to our understanding and witness. We affirm that the Holy Spirit works in human hearts to kindle faith in Jesus Christ, to restore people to a right relationship with God and each other, and to begin transforming people into the likeness of Christ.

And we believe the gospel promise that light, health, wholeness, and peace are abundantly available to everyone who asks. Yet we also believe that we are called to practice what we preach: first, by cultivating vital Christian piety; and second, by engaging the surrounding culture through public testimony and loving service.



ER139

### 3. We Are Distinctively Wesleyan

Standing within the Wesleyan holiness branch of historic and evangelical Christianity, and recognizing the Free Methodist Church as our founding denomination, Seattle Pacific University is informed by the theological legacy of John and Charles Wesley.

We share their conviction that God's saving purpose is the renewal of human hearts and lives in true holiness through the transforming work of the Holy Spirit. We are shaped by their emphasis on the importance of the human response to the Spirit's renewing work, including the vital role of the spiritual disciplines and practices — such as prayer, meditation, worship, Scripture study, charitable giving, public witness to Christ's saving love, and service to those in need — all of which serve as means of God's grace.

Above all, we embrace the Wesleys' hope that God's transforming love is offered to all persons, addresses all areas of life, and will not rest content until it has redeemed the whole creation.

### 4. We Are Genuinely Ecumenical

As heirs of John Wesley's catholic-spirited Christianity, we seek to gather persons from many theological and ecclesial traditions who have experienced the transforming power of Jesus Christ. We believe that theological diversity, when grounded in historic orthodoxy and a common and vital faith in Christ, enriches learning and bears witness to our Lord's call for unity within the church.

We are also well aware of other dividing walls that separate people from one another, walls that Christ desires to break down — walls of gender, race, ethnicity, nationality, language, and class. We believe that Christ calls us to value diversity and to seek ways for all persons in our University community to grow in their individual giftedness and to contribute in meaningful ways to our common life and work. Thus, in all of our diversity, we are centered in Christ, and called by him to shape, model, and participate together in grace-filled community.

Therefore, we commit ourselves to this faith, and to these shaping influences that define our community of faith, and we pledge ourselves, with humility and conviction, to live as best we know how in loving relationship with Jesus Christ and in faithful service to others. This we believe to be the defining center of our lives and the guiding aspiration of our life in community at Seattle Pacific University.

— SPU's Faith Statement was ratified by the Board of Trustees on May 21, 2004.

6

# ACADEMIC FREEDOM

Seattle Pacific University, as an institution of higher learning within the evangelical Christian tradition, respects the commitment of the academy to the free search for truth and its free expression.

This pursuit of truth is an obligation of Christian teacher-scholars and accords with SPU's acceptance of the Christian Scriptures, and the life and teachings of Jesus Christ, as authoritative in matters of faith, morality, practice, and learning.

The Free Methodist Church has, since its inception, maintained that biblical authority is crucial. In keeping with the teachings of John Wesley, founder of Methodism, SPU holds that this central authoritative text is best interpreted through full exercise of the rational capacity that God has granted to humans, the collective experience of the Christian church as reflected in its traditions, and individual experience. The Christian Scriptures teach the importance of speaking the truth in love. Therefore, Seattle Pacific University fully supports its faculty in the free search for and expression of truth, always in the context of the University's mission and Christian love.

All members of the SPU community are to review and develop their own scholarship, teaching, and service in the light of the Christian Scriptures. Christian tradition, as presented in the ancient ecumenical creeds (e.g., the Apostles' and Nicene creeds), and in current formulations such as the Articles of Religion in the *Book of Discipline* of the Free Methodist Church of North America will also serve as guides for scholarly work.

Additional resources on academic freedom policies can be found at spu.edu/faculty-handbook (section 7.1.1–7.1.3).



ER140

# DIVERSITY STATEMENT

**We ground the work of diversity in the gospel of Jesus Christ, pursuing diversity as an aspect of our calling to be a reconciled community.** Our understanding of the gospel is that the foundation of all hostility has been defeated because of God's redemptive work on the cross through the life, death, and resurrection of Jesus (Ephesians 2:11–22). As ambassadors of this reconciliation, we are to speak truth and peace into division, inviting people to relationship that has been made right with God and with one another, as the Holy Spirit brings new life through repentance, forgiveness, and transformation (2 Corinthians 5:16–21).

**We understand that God creates diversity with intentionality and that we are unified in Christ in such a way that human categories of division do not have the last word about worth or place in the community.** Through repentance, which reveals God's mercy and grace, we desire to embody the outcome of Christ's reconciling work on the cross and to participate in God's divine intent for unity in difference.

**We believe that the gospel promise and hope of restorative unity and wholeness are foundational to the ongoing work of diversity at Seattle Pacific University.** From a posture of humility, we engage the complexities and tensions of diversity and we invite God's presence as we pursue greater understanding and empathy across differences. Living into our Wesleyan tradition, we draw on the accumulated wisdom that comes from studying our theological heritage, discerning the truth of Scripture through reason, and experiencing God in community.

**We confess our shortcomings and collectively seek wisdom for healing, restoration, and justice.** While rooted in the Free Methodist tradition — a Christian denomination whose historic commitment aspired toward the abolition of slavery, equal rights for women, and dignity for the poor — at different times SPU's story has been marked by human failings to act redemptively in response to relational and systemic injustice.

**We challenge ourselves to consciously examine the impact of our curricula, policies, and practices and to continue to create a learning environment where all students can flourish.** Our commitment, then, is fourfold and communicated through the broad goal areas of the SPU Strategic Diversity Framework found at spu.edu/diversity.

# COMMUNITY LIFESTYLE EXPECTATIONS

Employees of Seattle Pacific University are members of a community. All communities expect their members to uphold certain standards of behavior and contribute to the welfare of the group in specific ways. The community expectations of SPU are standards of behavior that reflect the University's commitment to providing higher education in the context of an evangelical Christian and Wesleyan heritage. Employees serve as both ambassadors of SPU to the external community and role models for students.

Therefore, as members of this academic and faith community, SPU employees are asked to make behavioral and lifestyles choices consistent with moral integrity, social consciousness, and effective Christian witness. In keeping with these expectations and to ensure a spirit of Christian community, University employees are expected to refrain from:

- Committing or advocating illegal or unethical acts of any kind.

- Sexual behavior that is inconsistent with the University's understanding of biblical standards, including cohabitation, extramarital sexual activity, and same-sex sexual activity. (See the University's Statement on Human Sexuality).

- Use of any alcohol and/or tobacco products on campus or at any University sponsored activity. (See the University's policy on Alcohol, Tobacco, and Drug Use).

- Conduct that is contrary to SPU's Anti-Bullying Policy, or Employee and Volunteer Sexual Misconduct Policy.

- Conduct that constitutes discrimination or harassment (including sexual harassment) as defined in SPU's Discrimination and Harassment Grievance Procedure or in SPU's Title IX Sexual Harassment and Related Conduct Policy.

Employees who engage in any of these activities may face disciplinary action up to and including termination of employment with the University.

Policies pertaining to lifestyle expectations can be accessed at HR Wiki Employee Handbook 1.13.

 

9                                                    **ER141**



# ENDURING COMMITMENTS

The following document compiled, written, and ratified by the Board of Trustees is an acknowledgment that this educational dream does not live only in the past, but that it must be lived out in today's context, helping to further nurture the future of the University and its educational mission while also maintaining its partnership with the Free Methodist church. Read more about the process to articulate our Enduring Commitments at spu.edu/enduring-commitments.

Since its founding in 1891 as Seattle Seminary, transition to Seattle Pacific College in 1915, and rebranding as Seattle Pacific University (SPU) in 1977, throughout its 131-year history, SPU has remained committed to delivering world-class Christ-centered education grounded in the liberal arts to prepare its graduates for a life of service.

With recent debates that have affected SPU collectively and its students, staff, faculty, alumni, and extended community members, SPU's Board has worked to articulate a vision meeting the University's contemporary needs and aspirations while honoring its history, mission, and legacy.

As the University's foundational robust Christ-centered educational identity endures in the next chapter of its history, the Board has identified seven interrelated enduring commitments that will intentionally, strategically, and sustainably shape decisions and actions and determine resource allocations. After reviewing existing documents, completing previous work on strategic planning, collecting input from the Senior Leadership Team, the Academic Leadership Team, and numerous staff and faculty, and engaging in dialogue among these key audiences, the Board believes the combination of the commitments listed below uniquely reflects SPU's strengths and provides meaningful guidance for its future.

## 1. Commitment to Christian Faith

Seattle Pacific University is a Christian university grounded in the transforming gospel of Jesus Christ, committed to the evangelical proclamation of God's good news to the world, anchored to historic Christian orthodoxy, guided by its Wesleyan heritage, and honoring its ecumenical diversity for the spiritual formation of all who make up its community, whatever their background or faith tradition.

SPU's Christian faith commitments are not just its historical foundation. They continue to shape its current work and future planning. The University's faith statement eloquently states its orthodox creedal beliefs, its evangelical joy in sharing the good news of the gospel of Jesus Christ, and its commitment to the global Church. Aligned with its Wesleyan tradition, the Statement of Faith is meant to secure both SPU's commitment to and freedom in Christ. To that end, SPU honors the reflection of God's Church in its ecumenical diversity, welcoming faculty and staff from a wide range of Christian traditions.

SPU will continue to be a vibrant Christian university where faith in a living God permeates and animates desires, decisions, and daily activities. The SPU community, in all its diversity, is rooted in respect for the institution's Christian, Wesleyan, and Free Methodist faith commitments, which are communicated clearly to numerous staff and faculty past, present, and future community members. Students who come to SPU without a Christian faith or tradition are respected, introduced to, and engaged with the Christian faith and leave with a deeper understanding of Christianity. Campus leadership invests in the spiritual formation of faculty, staff, and students with the hope that all students welcome and embrace the Christian faith as a result of their participation in the SPU campus community.



ER142

## 2. Commitment to Educational Breadth and Scholarly Depth

Seattle Pacific University is committed to rigor and equity in every aspect of learning, teaching, scholarship, and student development, and the importance of its liberal arts core to support these goals. The University's Christian faith commitments permeate the curriculum and classroom and animate scholarship as an act of vocation.

SPU continues to affirm its robust educational commitments, which have made it a vibrant intellectual community. Prospective graduate and undergraduate students are drawn to SPU for its academic reputation, diversity of thought, nuance, and rigorous learning. Recognizing the *imago Dei* in each person, SPU emphasizes its priority to work with every student to achieve their intellectual potential and educational aspirations. SPU recruits Christian faculty who are attracted to the University's academic reputation, its support for its faculty, and its Christian convictions. Faculty are at the forefront of educational innovation. The University prioritizes educational breadth, and the faculty and students have a shared meaning of the liberal arts and their importance to a holistic and transformative education.

Each department consciously works through its curriculum to communicate points of connection with the Christian faith so that students are able to articulate how their education has deepened their spiritual commitments; non-Christian students are exposed to the Christian faith through direct instruction and interaction with faculty who model and embody the truths, virtues, and life of Jesus.

Faculty and student scholarship are supported and celebrated. Faculty are thought leaders in discussions related to faith within their fields and are sought out for their expertise. As an institution of higher learning within the evangelical Christian tradition, SPU respects the academy's dedication to the free search for truth and its free expression. This pursuit is an obligation of Christian teacher-scholars and accords with SPU's acceptance of the Christian Scriptures and the life and teachings of Jesus Christ, as authoritative in matters of faith, morality, practice, and learning.



## 3. Commitment to Character Formation

Believing that God's redemptive purpose encompasses all of humanity in the created world and in historic continuity with the Wesleyan belief that knowledge is crucial to vital piety, Seattle Pacific University is committed to holistic and transformative education that shapes character and initiates students on a lifelong journey to wisdom.

The goals of a holistic and transformative education are meant to guide students toward the ability to judge truths, warrant beliefs, and understand differences of opinion with compassionate and winsome conviction. Faculty development programming incorporates critical thinking, character shaping, virtue, and wisdom. Departmental curricula are designed with "character" milestones and appropriate learning outcomes throughout general education and major coursework. Students are taught and mentored with the centrality of character formation in mind so that graduates can make wise decisions and act courageously from a place of vulnerability to meet the world's needs. This is foundational to the Seattle Pacific University mission to graduate "people of competence and character."

## 4. Commitment to Vocational Preparation

Through intentional vocational discernment, Seattle Pacific University is committed to preparing students for meaningful and purposeful lives of service and leadership in the work of God's kingdom in the church, home, employment, neighborhood, and other communities in which its members serve.

SPU recognizes that God's call is a lifelong journey of discernment for students and employees and, to quote Eugene Peterson '54, "a long obedience in the same direction." Vocation is more than career preparation; it is an integrated curricular and co-curricular whole-person approach to a transformative and holistic education embedded in "Falcon Formation."

Students can articulate the theological meanings of vocation, shalom, and justice aligned with a sense of calling. They engage in learning opportunities that prepare them for lifelong service. Christian students are prepared to live out their faith in all life realms.

Graduates are recognized and visible in local communities as God-honoring leaders and compassionate servants. All students are prepared to live lives of integrity. They are highly regarded potential employees given their opportunities on and off campus to develop as servant leaders.

The University also intentionally invests in developing a sense of calling for its employees, providing opportunities for robust organizational socialization, spiritual formation, and individual professional development.

**ER143**



## 5. Commitment to a Christ-Centered Caring Community

Seattle Pacific University is committed to a Christ-centered and caring community that seeks God's shalom, reconciliation, and justice for all its members and for those with whom they interact and serve. It is committed to fostering a diverse and culturally responsive campus where all feel a sense of belonging. As a unique expression of the Body of Christ, SPU strives to be a community willing to listen to one another other, engage differences, tolerate disagreement, and speak truth in love.

SPU is an intentionally diverse, urban, Christian university that reflects the demographics of the city, region, and the Pacific Rim. The University intentionally recruits and welcomes students from a wide range of Christian faith traditions, students with little or no faith, and students of other faiths. From a posture of humility, SPU engages the complexities and tensions of its cultural and theological diversity and welcoming enrollment philosophy.

The University is committed to the academic success of all its students, both undergraduate and graduate, and creates curricular and co-curricular programs that develop all students to their fullest potential. Academic programs are designed with its diverse students in mind while anticipating the needs of students in the future. The University is intentional about recruiting, equipping, and retaining a diverse faculty, staff, and administration to teach and serve its diverse students.

SPU is committed to diversity, racial justice, and the work of reconciliation grounded in the gospel of Jesus Christ and as an expression of its Free Methodist values and practices. The University affirms the dignity of, and demonstrates the love of God for, all people. SPU is called by God and empowered by the Holy Spirit to be a just, equitable, and reconciled community that works toward right relationships between God and humanity, and between communities (2 Corinthians 5:16–21).

## 6. Commitment to the World Beyond SPU

Located in the vibrant and global city of Seattle, Seattle Pacific University is committed to investing in its urban setting and international perspectives, fostering learning, innovation, and service beyond its classroom walls, including the global Church.

Seattle is a robust and diverse global city that offers students, faculty, and staff opportunities to contribute to its economic, social, cultural, artistic, and spiritual vitality. As a Christian university, we are inspired by the call for God's people to care for the welfare of the city (Jeremiah 29:7) and the interconnectedness of people, which transcends nation-states. SPU continues its commitment to the greater Seattle area. It is a model for neighborhood and community partnership, addressing issues of poverty, wellness, education, family health, and the unhoused. The University communicates how its Christian faith commitments motivate its community involvement.

SPU engages with community and business leaders, building and strengthening relationships to create mutually beneficial partnerships. The University attracts top thought leaders to campus, including those who bring a Christian perspective to important and timely topics. SPU convenes community, religious, and business leaders in the Seattle community and globally to generate discussion, innovation, and mutual learning about complex societal issues. It raises funds for faculty, staff, and students to ethically and reciprocally partner with businesses, nonprofits, public agencies, and churches committed to the welfare of the greater Seattle area.

Moreover, as a theologically diverse university rooted in the Wesleyan tradition, SPU believes that God is the God of nations (Acts 17:24–28). As part of the global church, we are called to humble and reciprocal learning about the experiences of different cultures, nations, and regions of the world. Thus, the University can serve as a witness to God's Kingdom in the region and across the globe.

14

15

ER144



## 7. Commitment to Institutional Integrity

Seattle Pacific University is committed to institutional integrity, aligning significant decisions, actions, and budgetary commitments to the University's Christian mission and vision. SPU clearly articulates its identity to those in and outside the campus community. Working through shared governance, the University follows through on its major commitments, explaining rationales for its undertaking.

SPU is known and respected for its institutional integrity. Leadership is transparent and committed to organizational sustainability, and its budget is carefully stewarded. It invests in faculty, staff, and facilities, ensuring reasonable employee workload and extra-role expectations. SPU is committed to just pay (e.g., equitable and livable wages) for its employees. SPU is committed to institutional assessment and data-informed decision-making to ensure equitable treatment and outcomes.

Sustainability efforts are highlighted throughout the campus. Creation care is incorporated into the curriculum, co-curricular activities, and facilities management. University budgeting takes into consideration sustainability initiatives.

— SPU's Enduring Commitments were approved by the Board of Trustees on October 21, 2022.



SEATTLE PACIFIC

UNIVERSITY

**ER146**

2025.09.18

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY<br><br>*Plaintiff*,<br><br>v.<br><br>NICHOLAS W. BROWN, in his official capacity as Attorney General of Washington<br><br>*Defendant*. | NO. 3:22-cv-05540-BJR<br><br><br>**DECLARATION OF RICHARD OSBORNE** |

I, Richard Osborne, declare and state as follows:

1.     My name is Richard Osborne. I am one of the attorneys representing Plaintiff in this action. I am submitting this declaration in support of Plaintiff's Motion for Summary Judgment. I have personal knowledge of all the contents of this declaration.

2.     Exhibit A to this declaration is a true and correct copy of excerpts from the transcript of Rebecca Tindall's deposition, taken on December 17, 2024.

3.     Exhibit B to this declaration is a true and correct copy of excerpts from the transcript of the deposition of Kristen Brown, the designated representative of Seattle Pacific University under Fed. R. Civ. P. 30(b)(6), taken on April 17, 2025.

**ER147**

4.    Exhibit C to this declaration is a true and correct copy of excerpts from the transcript of Patrick Keating's deposition, taken on April 4, 2025.

5.    Exhibit D to this declaration is a true and correct copy of excerpts from the transcript of Cheryl Michael's deposition, taken on April 3, 2025.

6.    Exhibit E to this declaration is a true and correct copy of excerpts from the transcript of the deposition of Colleen Melody, the designated representative of Attorney General Brown under Fed. R. Civ. P. 30(b)(6), taken on April 15, 2025.

7.    Exhibit F to this declaration is a true and correct copy of excerpts from the transcript of Douglas Kusumi's deposition, taken on March 25, 2025.

8.    Exhibit G to this declaration is a true and correct copy of excerpts from the transcript of J. J.'s deposition, taken on April 2, 2025. The name of the witness has been partially redacted pursuant to the earlier agreement of the parties regarding information designated as confidential from this witness.

9.    Exhibit H to this declaration is a true and correct copy of excerpts from SPU's Faculty Handbook for the 2024-2025 academic year.

10.    Exhibit I to this declaration is a true and correct copy of excerpts from SPU's Employee Handbook.

11.    Exhibit J to this declaration is a true and correct copy of SPU's Employee Application Form.

12.    Exhibit K to this declaration is a true and correct copy of an employment-statistics spreadsheet published by the State of Washington's Employment Security Department.

13.    Exhibit L to this declaration is a true and correct copy of select email complaints about SPU, which were sent to the AGO in May of 2022. These email complaints are a sample of the

**ER148**

entire body of email complaints from that timeframe produced to SPU by the AGO, and the selected emails are a fair representation of the body of produced email complaints.

14.     Exhibit M to this declaration is a true and correct copy of the AGO's June 8, 2022, demand letter.

15.     Exhibit N to this declaration is a true and correct copy of the AGO's July 25, 2022, response to SPU's July 22, 2022, request for clarification about the scope of the AGO's investigation.

16.     Exhibit O to this declaration is a true and correct copy of the AG's July 29, 2022, press release.

17.     Exhibit P to this declaration is a true and correct copy of excerpts from the AGO's responses to SPU's interrogatories.

18.     Exhibit Q to this declaration is a true and correct copy of excerpts from SPU's responses to the AGO's interrogatories. The responses include redactions consistent with the stipulated protective order in this case, as well as the additional redaction of names of employee supervisors or hiring managers who were not called as witnesses in this case.

Executed on October 1, 2025.

/s/*Richard Osborne*

Richard Osborne

**ER149**

# Exhibit A
# Osborne Declaration

**ER150**

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

SEATTLE PACIFIC UNIVERSITY,    )
                               )
            Plaintiff,         )
                               )
vs.                            ) No. 3:22-cv-05540-BJR
                               )
ROBERT FERGUSON, in his        )
official capacity as Attorney  )
General of Washington,         )
                               )
            Defendant.         )
                               )
                               )
                               )
                               )
_____

DEPOSITION UPON ORAL EXAMINATION
OF
REBECCA TINDALL

* PORTIONS OF TESTIMONY ARE DESIGNATED CONFIDENTIAL
AND ARE SEALED UNDER SEPARATE COVER. *

_____

Taken at 800 Fifth Avenue, Suite 2000

Seattle, Washington

DATE TAKEN:   DECEMBER 17, 2024

REPORTED BY:  ANITA W. SELF, RPR, CCR #3032

**ER151**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 36

Q.    And do you supervise anyone?

A.    No.

Q.    Do you have hiring authority?

A.    No.

Q.    Do you have firing authority?

A.    No.

Q.    Do you have authority regarding discipline?

A.    No.

Q.    What about demotions?

A.    No.

Q.    Or promotions?

A.    No.

Q.    Do you -- are you otherwise involved in these type of employment actions, even if you don't have specific authority?

A.    I may be consulted.  For hiring, there is a hiring stage for staff that HR has to sign off on.

Q.    What is that stage?

A.    It's called the Mission Fit Interview.

Q.    Can you describe that?

A.    Finalists for a staff position, or could be more than one finalist sometimes, is sent to HR to have this Mission Fit conversation where we talk about alignment with SPU's Faith Statement and other policies in the community.  Applicants share about

**ER152**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                Rebecca Tindall

Page 37

their faith story, I share about the community of SPU to -- to determine fit for a position.

Q.   Are applicants required to share about their faith?

A.   They could say no if they wanted to, but it's part of the interview process.

Q.   Would -- if they said no to sharing their faith story, would that make them a bad fit?

A.   Probably.  I've never had anybody refuse to do that.

Q.   Do you know who would decide that, whether they --

A.   Who would decide if they weren't a fit?

Q.   Correct.

A.   If somebody were to refuse to share that piece about themselves, I would have a conversation with my supervisor.  We would have a discussion about it.  The decision wouldn't be up to me in the end.

Q.   And what are other factors to consider during this Mission Fit Interview with respect to whether they would be a good fit?

A.   We talk about the University's Faith Statement, and employees need to agree with and support the Faith Statement for the University.  We talk about Employee Standards of Conduct and more

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

**ER153**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 38

specifically, the Employee Lifestyle Expectations that employees agree to to be employees at the University, and we talk about SPU's Mission Statement and -- and employees should also be supportive of SPU's mission and have a willingness to work in that towards that mission.

Q.   How long is this interview typically?

A.   About 45 to 50 minutes.

Q.   And who conducts this interview?

A.   Most of the time, it's me.

Q.   Who else might conduct this interview?

A.   If I am not available, Terry Winn, my supervisor, would conduct it.

Q.   And is there a certain -- is there a certain point in the application process where this Mission Fit Interview is conducted?

A.   It typically happens for a finalist for a position.

Q.   So would that be like the final round?

A.   It could be.  There could also be an additional interview after the Mission Fit, but sometimes, it could be the last -- the last one.

Q.   What type of interview might happen after the Mission Fit Interview?

A.   Departments have the freedom to kind of do

**ER154**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 39

interview processes, what -- how it works best for them.  Most commonly, it might -- may be interview with a higher level director or a VP of the area as a last interview.  Usually, most of the departmental interviews are done be- -- in order to select a finalist, so...

Q.    In terms of the Mission Fit Interview, you indicated that they have to agree with the Statement of Faith, SPU's Statement of Faith?

A.    Yes.

Q.    When you say agree, what do you mean by that?

A.    Since we're a Christian university, our Statement of Faith is kind of a foundational document of the University's religious beliefs, and working for SPU, then we require employees to also have the same religious beliefs.

Q.    So are employees required to be Free Methodists?

A.    No.

Q.    When you say that you require employees to have the same religious beliefs, same religious beliefs as SPU?

A.    The same religious beliefs as would be outlined in the SPU Faith Statement.

Q.    Do they have to agree with everything

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER155**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 40

contained in the Faith Statement?

A.    We have lots of Christian faith traditions represented at SPU in the community for faculty and staff, and sometimes, there are disagreements with interpretation about scripture or things like that that people might have some differences on, but employees should be aligned with the SPU Faith Statement.

Q.    So employees should be aligned with Christian faith?

A.    Yes.

Q.    And -- but they can be -- can they be different denominations?

A.    Yes.

Q.    And -- okay.  We'll move on for now.

And you mentioned that you might be involved in terms of being asked to consult in -- in terms of different employment actions.  Would that be for -- in terms of hiring?

A.    Possibly.

Q.    And when might you be asked to consult with regard to hiring?

A.    Maybe a supervisor has a question they're trying to decide between two candidates, so something like that.

**ER156**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 72

they have their Mission Fit conversation with me.

Q.    A written copy?

A.    What would -- the same thing that you have received as a snapshot.

Q.    What I mean is are they asked to go online to review it or are they handed a physical copy?

A.    They go online with a special permission to access it for a certain amount of time.

Q.    So they're not handed a hard copy of the Employee Handbook?

A.    Correct.

Q.    And then other than at that time when they are finalists before the Mission Fitness interview --

A.    Um-hmm.

Q.    -- are there other times that they might be given the Employee Handbook?

A.    As soon as they have an SPU credential, they have their SPU user name and password set up as an employee.  They always have access to the Employee Handbook.

Q.    And is that always online?

A.    Yes.

Q.    No physical copies are given to employees currently?

A.    No.

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

**ER157**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 73

Q.   Okay.

And is there any time spent with employees regarding this handbook going over the policies of this handbook?

A.   For the -- as a part of the application process, the employees are given access to the employee Standards of Conduct piece of the Employee Handbook, so they -- and they're asked to review that, and they have opportunity to ask questions about that or the Employee Handbook in my Mission Fit conversation with them, and then outside of that, there's not a sit-down time with an employee to go over all the different pieces of the Employee Handbook.

Q.   You mentioned that they're given the Employee Lifestyle Expectations Policy.  Is that separate from the Employee Hand- --

A.   It's part of the Employee Handbook.  They're given -- in the application, SPU application, they are asked to review the employee Standards of Conduct. The Employee Lifestyle Expectations are a part of that employee Standards of Conduct.  So they review that during the time they apply, and then again at the Mission Fit conversation, yeah.

Q.   And that's online that they review the

**ER158**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 74

Employee Lifestyle Expectations Policy?

A.    Yes.

Q.    Other than at the Mission Fit -- Fitness --

A.    Fit.  Fit.  It's Fit.

Q.    -- Mission Fit Interview, are there -- if the employee or applicant has any questions regarding the policies, are they given an opportunity to ask anybody about that?

A.    Yes, they -- they're invited to ask questions in our Mission Fit conversation.  If an employee receives an offer, they have an offer letter.  They also sign an Employee Handbook acknowledgment, which they, again, receive access to the Employee Handbook and, again, encouraged to have ques- -- if they have any questions, that they're welcome to ask.

Q.    And if they did have questions, who would they ask?

A.    We don't designate a specific person, but the communication about the Mission Fit is from me, so I assume they would contact me, and staff offer letters would either have myself as the signer or Terry Winn, so they would -- I'm guessing they would come to either of -- of us.

Q.    Are there other times that an employee might be reminded of this Employee Handbook or asked to

**ER159**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 75

review it?

A.   I'm -- I can't think of a specific routine we have to remind them.

Q.   And does the policies contained in the Employee Handbook apply to all employees?

A.   Yes, all faculty and staff employees.

Q.   Are there other categories that are not?

A.   Students would have their own Student Employee Handbook.

Q.   Other than students, this Employee Handbook applies to everyone else?

A.   Yes.

Q.   That includes temporary staff?

A.   Yes.

Q.   Adjunct faculty?

A.   Yes.

Q.   So only student employees have a separate set of policies?

A.   Yes.

Q.   And then if I'm going -- if I can turn your attention to the Faith Statement, which is at page 22 of the document, but it's Bates-stamped SPU 39 -- and when I say "Bates stamp," Ms. Tindall, I'm referring to -- if you see the bottom right-hand corner --

A.   Um-hmm.

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

**ER160**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 80

A.   Not students.

Q.   Okay.

Anybody besides students that it does not apply to?

A.   No.

Q.   Are -- this is one of the policies that you go over during your Mission Fit Interview?

A.   Yes.

Q.   And during that Mission Fit Interview, are they required to agree to this Employee Lifestyle Expectations Policy?

A.   No.

Q.   Do they have to -- how -- how is this Employee Lifestyle Expectations Policy applied then?

A.   During the Mission Fit Interview, we make sure that they understand what the policies are.  If they are given an offer, they receive an offer letter with the terms of the position.  They also receive a handbook acknowledgment form that says that when they are employees of the University, that they'll follow the University policies for employees, and the Employee Lifestyle Expectations is included in those policies, and so they sign the handbook acknowledgment agreeing to that.

Q.   So, by signing the Employee Handbook

**ER161**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 81

acknowledgment agreeing to it, they're, in essence, agreeing to this policy?

A.    Yes.

Q.    Do they have to make any sort of specific confirmation with respect to following this policy?

A.    I don't understand what you mean.  Outside of the --

Q.    Signing the --

A.    -- Employee Handbook acknowledgment, no.

Q.    Are they asked about whether they can follow this policy during the Mission Fit Interview?

A.    During the application process, they are also given access to the Employee Standards of Conduct, which include the Lifestyle Expectations.  They are asked in the application if they have reviewed those Employee Standards of Conduct and if they agree to follow them as an employee, so they are asked there to acknowledge that.

And then the Mission Fit, I do not ask everybody, "Are you willing to follow these," but I do let them know that, should they choose to be an employee, they would be signing an Employee Handbook acknowledgment form where they would acknow- -- by signing, would acknowledge to follow the Employee Lifestyle Expectations.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER162**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                Rebecca Tindall

Page 82

Q.   So, during your Mission Fit Interview, do you make it a point to -- to let them know that by virtue of signing the Employee Handbook acknowledgment that they are agreeing that they'll follow this Employee Lifestyle Expectations Policy?

A.   Yes.

Q.   And other than signing the Employee Handbook acknowledgment, is there any other time that employees are asked whether they can follow this policy?

A.   Not that I know about.

Q.   Or whether they are following the policy?

A.   After they're an employee, no.

Q.   Is there any mechanism for SPU to determine whether employees are in compliance with this policy?

A.   No.

            MS. CHE:  We'll mark this as Exhibit 7.

                  (Exhibit Number 7 was marked.)

BY MS. CHE:

Q.   The Employee Handbook at Exhibit 4 references -- or actually, the Employee Lifestyle Policy references the University's Statement on Human Sexuality.

      Is this the state- -- what I've handed you as Exhibit 7, is that the University's Statement on Human Sexuality?

**ER163**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 85

Q.   And is this Statement on Human Sexuality something that's given to them during the application process?

A.   They have access to -- to it when they get access to the Employee Standards of Conduct through the links that we've talked about, Employee Lifestyle Expectations and then Statement on Human Sexuality.

Q.   Are they asked -- similar to the Employee Lifestyle Expectations Policy, are they asked to review it during their initial application?

A.   They're asked to review the Employee Standards of Conduct during their initial application.  The Lifestyle Expectations and the Statement on Human Sexuality would be found in the Employee Standards of Conduct.

Q.   As links?

A.   Yes.

Q.   And then, again, would they be asked to review it for their Mission Fit Interview?

A.   For their Mission Fit Interview, I link the Employee Standards of Conduct, and a direct link to the Employee Lifestyle Expectations, as well as the Statement of Faith and the SPU Mission Statement.

Q.   Not the Statement on Human Sexuality?

A.   No.

**ER164**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 86

Q.   Okay.

Is the Statement on Human Sexuality or the substance of its contents discussed during the Mission Fit Interview?

A.   Sometimes.

Q.   Are -- are employees expected to agree with this Statement on Human Sexuality?

A.   No.

Q.   By signing the Employee Acknowledgment Handbook (sic), are they agreeing to this Statement on Human Sexuality?

A.   No, we don't require all employees to agree with everything that's in the Statement on Human Sexuality, what we require is we have a behavioral expectation to follow the Employee Lifestyle Expectations, so they don't have to personally agree with everything that's in the Statement on Human Sexuality, but they do have to agree to behaviorally follow the Lifestyle Expectations.

Q.   So as long as they're able to follow the Employee Lifestyle Expectations Policy, does it matter what their beliefs are regarding human sexuality?

A.   They can disagree with the University's view on human sexuality as it is stated here, so no.

Q.   Would that factor into the determination of

**ER165**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 87

their -- whether they're Mission Fit?

   A.   Possibly.

   Q.   What circumstances would that factor in as an equation?

   A.   If the person -- we would have a longer conversation if they disagreed with pieces of the Statement on Human Sexuality to talk about what specifically, and if while they were an employee they would still be able to support the Univ- -- that the University has different beliefs than them and support their employer as having different beliefs than them, so not to be actively speaking out against the University or things like that like any employer would, so it is possible and I have hired people that have personal disagreements with the Statement on Human Sexuality, but still follow the Lifestyle Expectations.

   Q.   And when you've hired people who have had disagreements with the Statement on Human Sexuality, but were able to follow the Employee Lifestyle Expectations Policy --

   A.   Um-hmm.

   Q.   -- were those for -- did it depend on what type of position they were seeking?

   A.   Not that I can recall.

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

**ER166**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson

Rebecca Tindall

Page 108

impermissible between celibacy and genital sex?

A.    There is not a list of things and a line drawn.  There's just mas you see here, sexual behavior in a same-sex relationship or cohabitation.

Q.    And you mentioned that the only policy that an employee expect -- is expected to adhere by in terms of conduct is the Employee Lifestyle Expectations Policy, and that's only related to their conduct, correct?

A.    Can you say that again?

Q.    So the expectation is with respect to -- I'm sorry, bad question.

The -- the requirements are only related to an employee's conduct, sexual conduct --

A.    Correct.

Q.    -- not to their sexual orientation or their beliefs on human sexuality; is that right?

A.    That is correct.  All the Lifestyle Expectations are about behavior, not just that one, but you are correct that it's not about somebody's orientation, but it is only about behavior.

Q.    And in terms of their beliefs, an employee doesn't have to ascribe to a particular religion; is that right?

A.    They're required to be -- staff and faculty

ER167

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 109

are required to be Christian.

Q.    To be Christian?

A.    Yes.

Q.    And to be Christian and agree with the Statement of Faith?

A.    Yes.

Q.    But they don't have to necessarily agree with the Human Sexuality Policy?

A.    That is correct.

Q.    Okay.

And in terms of having to be Christian, is that all faculty and staff except for student employees?

A.    Yes.

Q.    Are employees required to discuss their faith with each other?

A.    No.

Q.    Is there a church on SPU campus?

A.    There is a church across the street from the SPU campus.

Q.    And you indicated that staff are not required to attend any particular church; is that right?

A.    They are not required to attend a particular church.  To be a part of a church or a faith community, but not a particular church.

**ER168**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                     Rebecca Tindall

Page 110

Q.   And they're not required to attend church together?

A.   No.

Q.   Has anyone ever been fired or disciplined for not being actively engaged in a local church or faith community?

A.   Not that I recall.

Q.   Do you know anyone who would know that?

A.   On the faculty side, perhaps someone in that, the VPAA office, Vice President for Academic Affairs office, or persons who have dealt with faculty separations.  I would go to Terry to ask, but I've been at -- in HR longer than Terry, so I don't think he'd know the answer to that question.  I can't think of another person off the top of my head who might know.

Q.   Would particular department heads know for employees within their department?

A.   It's possible if they've been around for a long time.

Q.   What about regarding discipline?

A.   What about discipline?

Q.   Has anybody ever been disciplined -- who would know if anybody's been disciplined for not actively participating in a local church or faith

**ER169**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 114

Fit conversation.

Q.    And then, similarly with respect to the Statement on Human Sexuality, have you ever had an employee, either in -- during the Mission Fit or outside the Mission Fit context, express to you that they disagree with the Human Sexuality Statement?

A.    I have had applicants in a Mission Fit conversation disagree with certain aspects of the Statement on Human Sexuality.  I'm trying to think about current employees.  I don't recall any conversation that -- where people, other employees, at the University told me where they personally disagreed with the Statement on Human Sexuality.

Q.    In the context of applicants during the Mission Fit Interview, when they've expressed disagreement with the Human Sexuality Statement, were they disqualified?

A.    No, just thinking differently about the Statement on Human Sexuality isn't a disqualification, but we would have had a discussion about pieces they disagreed with, things that they had questions about, and talked about the -- what they -- what was required of them, but it's not a disqualification to think differently.

Q.    Were any of those individuals rejected for

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER170**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 131

Q.   And then, what happens after HR, for example, creates the position posting?

A.   If they want to hire for the position and budget has been approved, then they would do the hiring requisition.

Q.   How are -- for example, how are applicants' initial application materials reviewed?  Who reviews those?

A.   When I post a position, I designate reviewers for that position, which is generally the hiring manager, which is usually the person who's going to be supervising that hire, sometimes also department heads, sometimes also hiring committee.  It depends.

Q.   Is there any sort of initial vetting process to see whether or not their resumé passes the first step?

A.   The -- not in HR, it would be in the department, so they would look at applications to determine -- resumés and applications to determine if qualifications are met for a position.

Q.   And then how is it decided what that application process is going to be, whether it's a hiring committee or the head who reviews the resumés?

A.   It's usually decided inside the department. Some departments like to have a hiring committee with

ER171

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 132

every single position.  Some departments are small enough and only a few people.  It might just be a hiring manager.

Q.    And then is there, like, any sort of regular process once the initial resumé has been reviewed?

A.    Again, happens in the department, so they would review and then determine who they would like to interview based on the person's qualifications and how they best fit for the position.

Q.    Is there any routine process for the -- for the interview process, like in terms of how many interviews or who interviews, things like that?

A.    We don't have a requirement set for that.  A lot of times, it would start with a phone screen interview perhaps, and then a -- one interview or multiple interviews in the department or with members of a hiring team, and then a finalist would come to HR for the Mission Fit Interview.

Q.    And the -- if there was a phone screening, would that be somebody within the department?

A.    Yes.

Q.    And depending on the specific position or the specific department is how many interviews the applicant might have to go through --

A.    Yes.

**ER172**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 144

[ *CONFIDENTIAL TESTIMONY*

*CONFIDENTIAL TESTIMONY*]

A.    If any supervisor discovers that somebody's
not meeting the Lifestyle Expectation, then HR should
be notified.  But again, we don't have -- we wouldn't
have a reason to pry into somebody's personal life.
It would just be like asking every heterosexual person
if they were, you know, dating anybody and if they
were cohabitating with anybody, you know.  We -- we
trust employees to honor what their -- what they
signed when they got hired.

Q.    Other than not having any affirmative
reason --

A.    Yeah.

Q.    -- under SPU's policies or practices to do
so, if a department head or a supervisor chose to
follow up to make this inquiry as to whether they can
abide by the Lifestyle -- Employee Lifestyle
Expectations, and did not come to any determination

ER173

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 145

that they could not, would that be something that you would expect that HR would hear about?

A.    So they had a follow-up conversation, and there wasn't any -- any violation of anything discovered, would HR know about that or should they know about that, is that your question?

Q.    Correct.

A.    Okay.

There wouldn't be any reason to notify HR because there's no violation of anything.

Q.    Okay.

And then if they did find a violation, then HR would be told?

A.    A supervisor should tell HR anytime there's a violation of any policy that, you know, affects the employee's ability to be employed.

Q.    I just want to make sure that --

(Unreportable crosstalk.)

BY MS. CHE:

[ *CONFIDENTIAL TESTIMONY*

*CONFIDENTIAL TESTIMONY*]

But you mentioned that you -- you've known of

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

**ER174**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 207

Q.  But it always goes through the DHGP first before it gets --

A.  The --

Q.  -- sent over to --

A.  The complaint is lodged, and then there's a determination as to which route it would go.  So one or the other.

Q.  Okay.

It's -- but it's always lodged initially in the same place?

A.  It could be lodged with, again, HR, the AVP for HR.  It could be that a complaint first comes in through the Report a Concern online form.  It could come into the Title IX coordinator for the University for -- if it's something involving a student, then it could go to Jeff Jordan, who's mentioned here in the Discrimination Title IX Policy.

Q.  So with all these different methods for the complaint to come in, who is vetting it to decide which route -- which way to route it?

A.  I don't know.

Q.  Who would know that?

A.  Terry Winn or Cheryl Michaels or Jeff Jordan.

Q.  Just to clarify, during the time that you've been at HR, or in HR, you've never received any

**ER175**

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                Rebecca Tindall

Page 208

complaints about sexual orientation discrimination?

A.    Not that I know of, no, or that I was able to find in research.

Q.    And during the time that you've been HR, doing the Mission Fit Interviews, have there ever been any instances where you've found somebody unfit based upon sexual orientation or sexual conduct in comport with their sexual orientation?

A.    So they wouldn't be found unfit because of sexual orientation, it would be something that would be based on behavior in a same-sex sexual relationship if they were found unfit in that according to that Lifestyle Expectation, and -- no.

Q.    You've never found somebody unfit based upon sexual conduct?

A.    Sexual conduct -- same-sex sexual conduct, no. Sexual conduct between males and females outside of marriage, yes.

Q.    And have you told me about those instances today?

A.    Yes.

          MS. CHE:  I have nothing further.

          THE WITNESS:  Okay.

          MS. WINDHAM:  I have a few brief questions.

ER176

2e9e5e48-6494-49bc-b097-9258a630a389

Seattle Pacific University v. Ferguson                    Rebecca Tindall

Page 215

C E R T I F I C A T E

STATE OF WASHINGTON        )
                           ) ss.
COUNTY OF PIERCE           )


        I, ANITA W. SELF, a Certified Shorthand

Reporter in and for the State of Washington, do

hereby certify that the foregoing transcript is true

and accurate to the best of my knowledge, skill, and

ability.

        IN WITNESS WHEREOF, I have hereunto set my hand

and seal this 9th day of July 2025.

_____

ANITA W. SELF, RPR, CCR #3032

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

**ER177**

2e9e5e48-6494-49bc-b097-9258a630a389

# Exhibit B
# Osborne Declaration

**ER178**

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

SEATTLE PACIFIC UNIVERSITY,        )
                                   )
                    Plaintiff,     )
                                   )
            v.                     ) 3:22-CV-05540-BJR
                                   )
NICHOLAS W. BROWN, in his official )
capacity as Attorney General of    )
Washington,                        )
                                   )
                    Defendant.     )

_____

DEPOSITION UPON ORAL EXAMINATION OF 30(b)(6)

SEATTLE PACIFIC UNIVERSITY OF

KRISTEN M. BROWN
* PORTIONS OF TESTIMONY ARE DESIGNATED CONFIDENTIAL

AND ARE SEALED UNDER SEPARATE COVER. *

_____

Taken at 800 Fifth Avenue, Suite 2000

Seattle, Washington

DATE TAKEN:  APRIL 17, 2025
REPORTED BY: BARBARA CASTROW, RMR, CRR, CCR
             WA CCR #2395 | OR CSR #22-0010

ER179

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 58

are there any positions at SPU that the Standards of Conduct does not apply to?

A.  I do not see anything listed here.

Q.  And I'm going to have you look at Exhibit 6, which is the Employee Lifestyle Expectations policy.

Is this one of the Employee Standards of Conduct posted on SPU's Office of Human Resources webpage that's referenced in the Standards of Conduct?

A.  Yes.

Q.  And does this Employee Lifestyle Expectations apply to all employees?

A.  That is what is stated.

Q.  Are there any exceptions noted?

A.  I do not see any.

Q.  Do employees have to affirm that they can abide by this policy?

A.  Yes.

Q.  And how do they do that?

A.  It is on the application.  They are asked, if they are hired, if they would be able to abide by the Lifestyle Expectations.  It's also in the Mission Fit Interview.

Q.  And how do they affirm?

A.  They say -- or on the application, there's a checkbox.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER180**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 59

Q.  And then how about during the Mission Fit Interview?

A.  They are able to say if they are not able to abide by the Lifestyle Expectations.

Q.  Any other opportunity or place where they would be affirming?

A.  No.

MS. WINDHAM:  Objection; vague.

Q.  (By Ms. Che)  What does it mean when they are affirming?

A.  That they can -- they agree to live by the Lifestyle Expectations.

Q.  And how frequently are they expected to affirm?

A.  When they are hired.

Q.  Any other time?

A.  No.

Q.  How does SPU assess whether an employee is engaged in prohibited sexual conduct at any time?

MS. WINDHAM:  Objection; vague.

A.  If a violation of the policy comes to our attention, it would be addressed.

Q.  (By Ms. Che)  Is there any processes for SPU to validate this on their own?

MS. WINDHAM:  Objection; vague.

A.  I don't know what that would be.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER181**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 60

Q.   (By Ms. Che)  Is there any processes in place for SPU to check on whether employees are abiding by the Employee Lifestyle Expectations policy other than the affirmation at the new hire?

A.   If we received a complaint.

Q.   If you received a complaint, then SPU has processes for checking on whether the employee is abiding by the Employee Lifestyle Expectations policy?

MS. WINDHAM:  Objection; misstates testimony.

A.   For example, if we received a complaint that someone was -- that someone was harassing someone else, we would have a process for adjudicating that complaint.

Q.   (By Ms. Che)  And my question is regarding the policy on prohibited sexual conduct.

A.   Well, I would consider sexual harassment to be prohibited sexual conduct.

Q.   With respect to -- let me just find it.  I'm sorry.

Referring to the second bullet point on sexual behavior, do you see that?

A.   Yes.

Q.   How does SPU assess whether an employee is engaged in prohibited sexual behavior with respect to that second requirement, the second bullet point?

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

**ER182**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 61

A.  Every employee is given the opportunity to say whether or not they can abide by the lifestyle expectation on sexual behavior that is consistent with the University's understanding of biblical standards.

We would follow up on any information that we received of someone not abiding by those standards.  But we would not have any reason to believe that a person is not abiding by them if they've said they would.

Q.  And how would you receive information about someone not abiding by those standards?

A.  I think it totally depends.  Someone may come and say that they are not.  Someone may -- a supervisor may say, "I have someone in my area that's not."  I don't know.

Q.  Has that happened?

A.  I am not aware of anything, I don't think.

Q.  Does SPU take any affirmative steps to confirm that employees are complying by the sexual behavior policy in Bullet Point 2?

A.  We ask everyone to affirm that they will.

Q.  Other than at the new onboarding hiring process, does SPU take any steps to assess whether employees are complying?

A.  No.

Q.  Is this policy discussed as part of performance

**ER183**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown          30(b)(6) Kristen M. Brown

Page 95

MS. WINDHAM:  And I will just object it refers to ministerial employees, which is outside the noticed topics.

A.  I don't believe so.

Q.  (By Ms. Che)  Does SPU provide a Statement on Human Sexuality to any staff?

A.  Any staff who had a question about the Statement on Human Sexuality, where it came from, questions about its content, would be able to get answers to those questions.

Q.  Are any persons involved in hiring trained on what it means with respect to eligibility for hire as the Statement on Human Sexuality -- how the Statement on Human Sexuality applies to eligibility for hire?

A.  Hiring -- anyone who is involved in hiring would know that expectations for the position that they are hiring for including the application where an applicant for employment would say whether or not they can live according to our lifestyle expectations.

The -- we ask the employment -- the person applying for employment whether or not they can abide by lifestyle expectations.  The hiring manager would know that abiding by our standards of conduct is a part of being qualified to be hired at SPU.

Q.  Does SPU provide any training for individuals

ER184

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 96

involved in hiring on the application of the statement

of human sexuality as it applies to eligibility for

hire?

          MS. WINDHAM:  Objection; asked and answered.

     Q.  (By Ms. Che)  The specific Statement on Human

Sexuality.

     A.  How -- I mean, as it is embedded in the

Lifestyle Expectations and the hiring -- people who are

involved in hiring understand that the Lifestyle

Expectations are a part of the qualification for hiring,

yes.

     Q.  And are they provided training on that?

     A.  In the sense of training for hiring, yes.  They

understand the expectations of abiding by our conduct

policy for our employees and that we will be asking that

of our applicants for employment.

     Q.  Other than that, is there any type of training

provided?

          MS. WINDHAM:  Objection; vague.

     A.  Not that I'm aware of.

     Q.  (By Ms. Che)  Referring to the section on the

human -- Statement on Human Sexuality where it says,

"While we affirm the institution of marriage, we also

recognize and affirm the call of some to singleness and

celibacy," do you see that?

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER185**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 100

Q.   What about non-married heterosexual candidates?
Are they asked about whether they are cohabitating?

A.   No.

Q.   Are they asked about whether they are involved
in any intimate relationships?

A.   No.

Q.   I'm going to refer you back to Exhibit 13, the
Employee Handbook.

A.   Yes.

Q.   And if you could turn to Page 22, the faith
statement.

A.   Yes.

Q.   Sorry for the tiny writing again.  Do you see
at the end where it says that all regular faculty and
staff members are expected to affirm the University's
Statement of Faith?

A.   Yes.

Q.   And I'm going to have you turn to Exhibit 5.

A.   Yes.

Q.   Is Exhibit 5 the University's Statement of
Faith that is referenced in the Faith Statement in the
Employee Handbook?

A.   It is.

Q.   So the Faith Statement in Exhibit 13 stated
that all regular faculty and staff are -- staff members

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER186**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 101

are expected to affirm the University's Statement of
Faith, correct?

     A.   Yes.

     Q.   And are there any staff who are not required to
affirm SPU's Statement of Faith?

     A.   Our students and our temporary employees.

     Q.   How are employees expected to affirm the
University's Statement of Faith?

     A.   They are asked to review it as a part of the
application process and check a box that says that they
affirm the Statement of Faith.  They also are asked
about it in the Mission Fit Interview.

     Q.   And is that enforced in any way during the --
during their employment?

     A.   What do you mean, "enforced"?

     Q.   In terms of affirming the affirmation of the
SPU's Statement of Faith, other than what you described
in terms of on the application and during the Mission
Fit Interview?

     A.   They are asked as a part of -- on the staff
side, they are asked as a part of their review whether
or not they still affirm the Statement of Faith.  And on
the faculty side, as a part of their promotion and
tenure process, in order to move through that process,
they have a series of things they do as they create

ER187

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 105

instruction on how this faith statement should be considered in the interview process?

A.  Hiring managers are -- understand that affirmation of a Statement of Faith by the applicant for employment is one of our requirements for being hired.

Q.  And other than affirmation, understanding that affirmation is required, are they provided any other instruction with respect to the Statement of Faith in terms of during the hiring process?

A.  Not that I'm aware of.

Q.  Should hiring managers determine whether prospective employees agree with the faith statement?

A.  Should hiring managers what?

Q.  Determine whether prospective employees agree with the faith statement.

A.  No.  Hiring managers are -- have the application where the person who is applying determines whether or not they can affirm the Statement of Faith.

Q.  Should hiring managers determine whether a prospective employee agrees with the Employee Lifestyle Expectations policy?

A.  Agrees with?  No.

Q.  Or whether they are able to comply with the Employee Lifestyle Expectations policy?

A.  Hiring managers would receive the application

ER188

106cdf92-de2f-4cda-bc31-10126773f995

Page 106

where the person who has applied has said whether or not they can abide by the lifestyle expectations.

Q.   Do hiring managers determine whether prospective employees agree with the Statement on Human Sexuality?

A.   No.

Q.   Are there situations where candidates might be screened out during the application process without having been reviewed by a hiring manager?

A.   I can imagine an application that is not complete would not go forward to a hiring manager or an application that does not meet basic criteria or qualifications may not move forward to a hiring manager.

Q.   Would that include if they state that they can't abide by the Employee Lifestyle Expectations policy?

A.   I would think so.  But to be honest, I'm not sure if we move those forward or not.  I would imagine that we do not.

Q.   And then similarly, if they don't check the box that says that they can comply with the faith statement -- with the faith statement, would those also not -- would those also be screened out prior to getting to a hiring manager?

A.   That would be my expectation, as those would be

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 107

sort of minimal qualifications for being hired.

Q.   How is it determined whether a particular position is a temporary position versus anticipated that it might be longer?

A.   I imagine it is an expectation of the duties. Do we think that this is a position that we will have -- we need in the long term or is this a position that we only need for a short period to do a very set task?

Q.   And is that something that's stated on the job description for that position?

A.   I would anticipate that any position description would state if it is anticipated to be temporary.

Q.   Are there positions that can be full-time positions but only temporarily filled?

A.   Yes.  I believe -- I think what you are asking is, if we have a regular position, and it's vacant, and we do an interim appointment of a temporary person for that role, that would be something that could happen.

Q.   Would they receive a job -- a job application that included -- or that excluded those questions about whether they can abide by the Employee Lifestyle Expectations policy?

A.   I think we say -- I would have to refresh my memory.  I believe we say in our supervisor manual,

**ER190**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 141

A.  No, not necessarily.

Q.  What do you mean by "not necessarily"?

A.  If they check and say that they could abide by our lifestyle expectations, then no.

Q.  On the application, you mean?

A.  Correct.

Q.  Would a disclosure that they don't agree with SPU's Statement on Human Sexuality disqualify them?

A.  No.

Q.  If they express concerns about SPU's Statement on Human Sexuality, would that disqualify them?

MS. WINDHAM:  Objection; asked and answered.

A.  No.

Q.  (By Ms. Che)  And then directing your attention to the page marked 216 -- SPU 2167, it's near the bottom, three-quarters of the way down, where it says temporary employees, do you see that?

A.  Yes.

Q.  And then it talks about temporary employees, SPU definition, assigned to positions needed to fulfill short-term needs of the university, not more than six months.  Correct?

A.  Yes.

Q.  And then continuing on the next page, where it's marked 21 -- sorry -- SPU 2168 where it says

ER191

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 142

Mission Fit screening?

A. Yes.

Q. It states, "Personal alignment with SPU's mission is required of all employees, including those hired for temporary positions. Hiring managers should assess all candidates with consideration to their fit to the mission of the University, and all applicants will be required to complete an employment application that includes affirmation of their agreement with and support of SPU's Statement of Faith and their commitment to comply with the University's conduct expectations.

Is that the checkmarks that you were talking about?

A. Yes.

Q. With regard to checking that they can comply with or they can support SPU's Statement of Faith?

A. Yes.

Q. And then another part where they are able -- that they commit that they can comply with the University's conduct expectations?

A. Yes.

Q. Temporary employees hired for longer-term roles (more than 3 months) must be screened by "mission fit" by HR. Should a temporary employee be considered for a regular position, they must be screened for mission fit

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER192**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 143

by HR before they are offered a position and must be able to meet all contingencies of employment.

Do you see that?

A.  Yes.

Q.  So does that mean that all temporary employees are required to comply with SPU's sexual conduct policy but only those that are hired for more than three months must undergo the mission fit interview?

A.  That is how I read this.

Q.  What is SPU's policy when it comes to hiring individuals who are gay?

A.  We hire individuals who are gay.

Q.  Does SPU provide any training on that?

A.  We provide sort of -- I've already talked about the hiring process.  We do training for those who are in the hiring process.  We don't specifically talk about that, other than what's included in our supervisor manual.

Q.  Is there any training component that specifically states we hire individuals who are gay?

A.  Not that I'm aware of.

Q.  Does SPU provide any instruction to those involved in hiring on what to do if they come across an applicant who is gay?

A.  Not that I'm aware of.

**ER193**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 147

abide by our lifestyle expectations, whether in the

application or in the lifestyle expectations

conversation in the Mission Fit Interview, there

would -- there is nothing outside of that, that would be

required of a hiring manager.

Q.  Is someone's sexual orientation a reason to

believe that someone wouldn't be able to abide by the

sexual behavior policy?

A.  No.

Q.  If an applicant disclosed that they are gay, is

human resources supposed to be made aware of that?

A.  Not necessarily.

Q.  What do you mean by "not necessarily"?

A.  If a hiring manager has a question that would

relate to whether or not this person could abide by the

lifestyle expectations, and they've disclosed they were

gay, they may have a conversation with HR about that.

Q.  What would SPU do if it found out that a

current employee is gay?

A.  If there's no reason to believe that the person

is not abiding by the lifestyle expectations, nothing.

Q.  Is there any difference when it's regarding

temp workers versus regular staff or faculty --

A.  No.

Q.  -- or adjunct faculty?

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

ER194

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 160

[ *CONFIDENTIAL TESTIMONY*


  *CONFIDENTIAL TESTIMONY* ]

        The expectation of SPU is that a person's
status as being gay is not a disqualifier from
employment.  But if someone says that they can't abide
by the standards of conduct in our lifestyle
expectations, that would be.

        Q.  (By Ms. Che)  That would be...?

        A.  They would not qualify to be employed.

[ *CONFIDENTIAL TESTIMONY*


  *CONFIDENTIAL TESTIMONY* ]

            MS. CHE:  I'm going to have this marked as
Exhibit 38.

            (Exhibit No. 38 marked.)

        Q.  (By Ms. Che)  Do you recognize this document?

        A.  I do.

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

**ER195**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 186

A. We continue to maintain our hiring practices and policies, though I do think there is more concern as we go through an investigation related to those policies.

Q. What do you mean, an "investigation"?

A. Or as we have been served with a notice of investigation, I guess I would say.

Q. My question was whether or not SPU has changed anything in terms of application of its Employee Lifestyle Expectations' policy since the AGO sent the inquiry letter of June 2022?

MS. WINDHAM: Objection; asked and answered.

A. We have continued to apply our lifestyle expectations policy consistently.

Q. (By Ms. Che) Has SPU changed anything in terms of its application of the Employee Lifestyle Expectations policy since the decision by the Washington Supreme Court in Woods versus Union Gospel Mission in March 2021?

A. Well, there were a lot of conversations going on at the time on the SPU campus in 2021 related to this policy specifically and the board deciding to retain our lifestyle expectations for our community.

That was happening about the same time as the Woods decision. So I think all of it was taken into

**ER196**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 187

account in determining how to move forward with things, like putting this on our application more clearly.

Q. Any other changes besides putting the question on the application with respect to changes to SPU's application of the Employee Lifestyle Expectations policy?

MS. WINDHAM: Objection; vague. And objection; asked and answered.

A. Again, I would say, with all the things that were going on at the time, I don't know all of the changes or conversations or sort of training, if you will, in HR about how we're doing this. I do know that that was a change that was made around that time.

Q. (By Ms. Che) The question put on the application?

A. Yeah.

Q. Any other changes in practices with respect to application of the employee lifestyle expectation policy, other than on putting it on the application?

A. I think there was a greater clarity in the community as a whole, based on the conversations we were having internally about our lifestyle expectations, how they relate to our affiliation with the Free Methodist Church, and then, you know, the implication of that is how we do our hiring.

**ER197**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 189

A.   Okay.  What's the question?

MS. CHE:  Can you repeat that for me?

THE COURT REPORTER:  "Question:  And was that considered by SPU leadership?"

A.   A change to the lifestyle expectations, was that considered by SPU leadership?

Q.   (By Ms. Che)  Correct.

A.   Yes.

Q.   Did that deliberation risk disaffiliation from the Free Methodist Church?

A.   The deliberation itself?  No.  The -- if there was a change to our lifestyle expectations so that we no longer had lifestyle expectations for our community that aligned with the Book of Discipline and the Articles of Religion of the Free Methodist Church, that would be grounds for disaffiliation.

Q.   So the fact that the University leadership was contemplating change, it did not risk any disaffiliation, in and of itself?

A.   Not that I'm aware of.

Q.   Did SPU change anything in terms of its application of its Statement on Human Sexuality after the attorney general's inquiry letter of June 2022?

A.   The application of the Statement on Human Sexuality.  I think that would be the same answer I gave

ER198

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 215

Q.   And the Statement on Human Sexuality?

A.   Yes.

Q.   There was a lot of discussion today about what would happen if a candidate for employment disclosed their sexual orientation in the hiring process.  If that were to happen today, what is your understanding of the process that would be followed?

A.   The applicant for employment, like any applicant for employment, would be asked if they could abide by our lifestyle expectations.  If the answer to that question is yes, whether they say that they are gay or not, they would move forward in the hiring process.

Q.   And what is your basis for that understanding?

A.   It is what I know that we would do.  I have talked to our president.  I have talked to the director of -- or the associate vice president for human resources and confirmed that that is what we would do.

[ *CONFIDENTIAL TESTIMONY*

   *CONFIDENTIAL TESTIMONY*]

ER199

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                 30(b)(6) Kristen M. Brown

Page 217

[ *CONFIDENTIAL TESTIMONY*

*CONFIDENTIAL TESTIMONY* ]

A.  Correct.

Q.  And so these were six and eight years ago?

A.  Yes.

Q.  Has SPU clarified its process regarding Employee Lifestyle Expectations since that time?

A.  Yes.

Q.  And what process would be followed if one of these situations were to occur today?

A.  In a situation where an employee disclosed -- or an applicant for employment discloses during the process that they are gay, they would be asked if they could abide by the Employee Lifestyle Expectations and

ER200

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 218

given an opportunity to say whether or not they could.

If they could -- if they could comply with our Employee Lifestyle Expectations, they could be moved forward in the hiring process.

Q.   And is it your understanding that Becky Tindall is aware of that process today?

A.   It is my understanding.

Q.   And what is the basis of that understanding?

A.   I talked to Becky Tindall.

Q.   And is it your understanding that Terry Winn is aware of that process today?

A.   Yes.

Q.   And what is the basis of that understanding?

A.   I talked to Terry Winn.

Q.   And were both of those conversations part of your preparation for this deposition?

A.   Yes.

Q.   And Terry Winn was not the associate vice president of HR in 2017 or 2019, correct?

A.   Correct.

Q.   You testified -- regarding the hours spent and the time spent by SPU on this litigation, you mentioned several people who were involved, I believe including people in human resources, the university president, deans, people in IT, and yourself --

**ER201**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 221

A.    Often, yes.

Q.    Does SPU want them to do those things?

A.    Yes.

Q.    Why?

A.    A part of our community and sort of the ethos that we create, that environment we invite student into, is a developmental community where people choose us because they want to be a part of an education that's helping them to grow and develop in their faith.

Part of the way we do that is by creating a community of employees who live that out and sort of act as models and ambassadors to students about what it looks like to live a faithful Christian life in your workplace.  Right?

We're training people to go out into the workplace, and showing up every day and saying, this is what it looks like to be a faithful Christian person in our work as a part of the education we provide at SPU.

Q.    When SPU is hiring adjunct faculty, does it look for people who share SPU's faith commitments?

A.    Yes.

Q.    Why is the Statement of Faith part of SPU's hiring process?

A.    I think primarily because it brings us together in our shared mission.  So we ask people, are you

**ER202**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 222

committed to the mission we're a part of?  And it helps
to identify who we are as a Christian institution when
they are signing on to say, yes, I want to be a part of
the mission of this Christian institution.

Q.  And why are the lifestyle expectations
important to SPU?

A.  Part of that is related to our affiliation with
the Free Methodist Church.  It's a way of living out
that affiliation.  They have an expectation that the
educational institutions that are affiliated with the
Free Methodist Church have lifestyle expectations that
are in accordance with the Book of Religion and the
Articles of Incorporation of the Free Methodist Church.

Q.  What would it mean for SPU if they had to
disaffiliate with the Free Methodist Church?

A.  It would be leaving our religious home.  This
is who founded us.  We were founded in 1881 by the Free
Methodist Church USA and has been continuously
affiliated with this denomination since our founding.

So to disaffiliate is to lose our historic
religious tradition from which we come.

Q.  And being affiliated with the Free Methodist
Church, does that also mean unaffiliated with other Free
Methodist schools?

A.  We are.  We have a group of schools, the

**ER203**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                    30(b)(6) Kristen M. Brown

Page 223

Association of Free Methodist Educational Institutions. There's five schools within it that we stay connected to through the Free Methodist Church.

Q. How does the Statement of Faith and Employee Lifestyle Expectations help SPU form a community of faith?

A. It gives us the grounding and sort of the space of conversation that says this is who we are. We recognize the Christian tradition is broader than we are, that there are other faith traditions that are broader than we are.

But it brings us together around this is who we are as an institution. So when you are signing up and saying, yes, I want to be a part of this institution, there's clarity on who we are.

Q. How does it help SPU -- strike that.

How do the Statement of Faith and Employee Lifestyle Expectations help SPU to express its faith to others?

A. Again, I would say we're very clear about who we are, who we are in relation to the Free Methodist Church, that this is the tradition that we are continuing to live out every day.

We have enduring commitments that are sort of the expression today of what it looks like to live out

ER204

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

Page 224

this Free Methodist faith tradition that is a tradition we are a part of.

And we are inviting students into this community and saying, this is what it looks like, and the value proposition that you are signing into, part of that is our Free Methodist tradition.  There's a lot of Christian colleges.  This is the tradition that we're in.

Q.  And how do the -- does the faith statement and Employee Lifestyle Expectations help you to share your faith with students?

A.  The same.  I think it sort of generates questions and conversations related to our faith tradition, what is Free Methodist, why Free Methodist. But it also places us -- our faith statement places us in a broader church context.

We recognize and we help our students to recognize that there are -- that the Christian tradition is bigger than we are, but we do have a place in it, and we're very clear about what that place is, where we come from, and how we live that out.

MS. WINDHAM:  No further questions.

MS. CHE:  I have nothing further.

THE WITNESS:  Okay.

(Deposition concluded at 2:43 p.m.)

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

**ER205**

106cdf92-de2f-4cda-bc31-10126773f995

Seattle Pacific University v. Brown                30(b)(6) Kristen M. Brown

                                                              Page 226

                    C E R T I F I C A T E


STATE OF WASHINGTON

COUNTY OF KING


        I, Barbara K. Castrow, a Certified Court Reporter

in and for the State of Washington, do hereby certify

that the foregoing transcript of the deposition of

Kristen M. Brown, having been duly sworn, on

April 17, 2025, is true and accurate to the best of my

knowledge, skill and ability.

        IN WITNESS WHEREOF, I have hereunto set my hand

and seal this 2nd day of July, 2025.




                    _____

                    Barbara K. Castrow, CCR, RMR, CRR

                    Certified Court Reporter #2395


My certification expires:

November 24, 2025

**ER206**

106cdf92-de2f-4cda-bc31-10126773f995

# Exhibit C
# Osborne Declaration

**ER207**

Case: 26-604, 04/09/2026, DktEntry: 16.2, Page 193 of 293
Case 3:22-cv-05540-BJR    Document 80-3    Filed 10/01/25    Page 2 of 13

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE PACIFIC UNIVERSITY,    )
                               )
              Plaintiff,       )
                               )
        vs.                    ) NO. 3:22-cv-05540-BJR
                               )
NICHOLAS W. BROWN, in his      )
official capacity as           )
Attorney General of            )
Washington,                    )
                               )
              Defendant.       )
_____

DEPOSITION UPON ORAL EXAMINATION OF

PATRICK D. KEATING

* PORTIONS OF TESTIMONY ARE DESIGNATED CONFIDENTIAL

AND ARE SEALED UNDER SEPARATE COVER. *

_____

800 Fifth Avenue

Seattle, Washington

TAKEN ON:      April 4, 2025

REPORTED BY:   Patricia A. Blevins, CCR #2484

ER208

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 38

you to interact with students?

A.  Yes.

Q.  Which students?

A.  When I was on patrol, we would provide linens and medical -- provide medical assistance to students that needed help.  And then I'd oversee a couple students in our department.

Q.  The student workers?

A.  Yes.

Q.  And then what about in your prior position?  I know that you said you oversaw student workers in that position as well?

A.  Yes.

Q.  And then what about with students who weren't student workers?

A.  Same thing, responding to their emergencies, whether or not it's letting them in a door or their car, or if they were hurt, all that kind of stuff.

Q.  Other than -- And in your current or your previous position, other than responding to students for requests for assistance, did you have any other interactions -- regular interactions with them?

A.  No.

Q.  Are you expected to provide any type of guidance to students?

**ER209**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 39

MR. VARBERG:  Objection; vague and ambiguous.  Objection; calls for speculation.

A.  Just my student workers.

Q.  And what kind of guidance are you expected to provide to them?

A.  I have meetings with them every now and then -- they haven't been regular as of recent, because of our staffing levels -- where we discuss their -- what they're doing on the job and things that I expect from them on the job.

Q.  So the guidance that you're expected to provide to students are in regards to your student workers and job expectations?

A.  And there is room in there for them to tell me about their school and how school is going.

It's a structured meeting.  It's called an "03," which is ten minutes for them to just talk to me about their life and things that are going on.  And the next ten minutes is for them to talk about work, and then the next ten minutes is my work expectations for them, or things that they can improve on.

Q.  So it's a 30-minute meeting?

A.  Yes.

Q.  And how often are those meetings?

A.  They're supposed to happen every week, but they

**ER210**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 40

are definitely not happening every week.  Maybe once a

month, at most, and sometimes not even at all.

Q.  And when you do have those meetings or have had

those meetings -- Well, how many meetings have you had,

approximately?

MR. VARBERG:  Objection; calls for

speculation.

A.  I do not recall.

Q.  Less than five?

A.  More than five.

Q.  More than ten?

A.  I'm not sure.

Q.  And is that during the time that you've been

holding your current position, or including your prior

position?

A.  Current position, less; previous position,

more.

Q.  So when you --

A.  I had more time then.

Q.  When you said that you believe, altogether,

you've had more than five of these meetings, and you're

not sure if you had more than ten, is that for current

and prior positions?

A.  Just current.

Q.  Just current.  And then for your prior

**ER211**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 41

position, which you said those meetings -- you had the opportunity to have more of those meetings; is that correct?

A. Yes.

Q. About how many meetings did you have?

MR. VARBERG: Objection; calls for speculation.

A. Maybe 30.

Q. And that was over the one-year period?

A. Yes.

Q. And when -- during those meetings, when you had the ten minutes to talk about life and goings on, what would you talk about?

A. It was pretty much always about school. Occasionally other things came up.

Q. What about school?

A. Just about how their classes are going, meeting, wanting to know if they're getting the support they need, and that kind of thing.

Q. When you talked to them about school and how classes were going, did that include discussion regarding the subject matter of the classes?

A. No. It was just about, like, are you doing well in the class, or not, essentially.

Q. And then you said occasionally about other

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

**ER212**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 42

topics outside of school?

    A.  Yeah.

    Q.  What other types of topics?

    A.  Personal activities that they like to do, like going camping or spending time with family. Occasionally they would ask me to pray for them.

    Q.  And how often did that occur?

    A.  Very rarely.  It was always -- It was typically always about school and how their classes are going and if they're struggling or that kind of thing with their classes.

    Q.  Does SPU require you to receive any religious training as part of your job?

        MR. VARBERG:  Objection; vague and ambiguous.

    A.  No.

    Q.  Does SPU require any sort of religious examinations as part of your job?

        MR. VARBERG:  Same objection.

    A.  No.

    Q.  Are you required to attend any prayer sessions as part of your job?

    A.  No.

    Q.  Are you expected to explain the tenets of the Christian faith to staff or students as part of your job

**ER213**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 43

duties?

MR. VARBERG:  Objection; vague and ambiguous.

A.  No.

Q.  Are you expected to educate staff about the Christian faith as part of your job duties?

A.  Well, you know, it comes up naturally, but I'm not expected to teach anyone about religion.

Q.  As part of your job duties?

A.  Huh-uh.

Q.  What about the students?

A.  No.

Q.  To your knowledge, has SPU ever held you out to be a minister?

MR. VARBERG:  Objection; calls for a legal conclusion, speculation.

A.  No.

Q.  And in terms of your direct, Fernando, who reports to you, you mentioned that his job duties include being in charge of dispatch; is that correct?

A.  Yes.

Q.  Any other job duties?

A.  He oversees a couple student dispatchers that direct report to him.

Q.  Are there any religious training requirements

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER214**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 52

Q.  And are you expected to answer staff questions about this policy?

A.  No.

Q.  To your knowledge, does this Employee Lifestyle Expectations policy apply to you?

A.  Yes.  I work there.

Q.  So to your knowledge, does this Employee Lifestyle Expectations policy apply to all employees?

MR. VARBERG:  Objection; vague and ambiguous as to all employees.

A.  It's a policy produced by the university.  So yes.

Q.  And does that apply to all nine employees in your department?

A.  Yes.

Q.  What about student workers?

A.  No.

Q.  So all full-time staff employees are expected to follow this policy?

A.  Yes.

Q.  Are you expected to affirm that you will comply with this policy?

MR. VARBERG:  Objection; vague and ambiguous.

A.  Yes.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

**ER215**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 53

Q.  Did you affirm that you would comply by this policy?

A.  Ten years ago, when I started at SPU, yes.

Q.  And to your knowledge, do the employees in your department have to affirm that they will comply with this policy?

A.  Yes.

Q.  Are there any employees in your department that are exempt from this policy?

MR. VARBERG:  Objection; calls for speculation.

A.  Student employees.

Q.  Any other employees that are exempt, other than student employees?

MR. VARBERG:  Same objection.

A.  No.

Q.  Is this policy discussed during the hiring process which you are involved in?

A.  No.

Q.  Was this policy discussed as part of any other performance evaluations that you had?

A.  No.

Q.  Are you otherwise expected to discuss this policy with your staff or other staff members outside of your department?

**ER216**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 66

Washington law against discrimination?

A.  I'm not entirely sure.

Q.  Have you received any training on the laws against -- any laws against discrimination?

A.  No.

Q.  Have you had any training on what's known as the "ministerial exception"?

MR. VARBERG:  Objection; calls for a legal conclusion.

A.  No.

Q.  Have you, yourself, ever given anyone else training on the laws against discrimination?

A.  No.

MS. CHE:  If we could take a short break, I might be done.

MR. VARBERG:  Sure.

(Break in the proceedings.)

MS. CHE:  I have no other questions.

MR. VARBERG:  Okay.  We'll have just a few.


EXAMINATION

BY MR. VARBERG:

Q.  Mr. Keating, is faith a part of the working environment at SPU?

A.  Yes.

**ER217**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 67

Q.   And how so?

A.   It comes up organically.  People that are there just want to participate in it, praying and being involved in prayer together.

Q.   And did you pull up Exhibit 6, what was previously marked as Exhibit 6?

A.   Yes.

Q.   Is that the Employee Lifestyle Expectations?

A.   Yes.

Q.   Could you please take a look at that second bullet point, and if you could please read that whole bullet point into the record.

A.   "Sexual behavior that is inconsistent with the university's understanding of Biblical standards, including cohabitation, extramarital sex, sexual activity, and same-sex sexual activity.  (See the university statement on human sexuality.)"

Q.   Could you now look at what's been previously marked as Exhibit 7?

        MS. CHE:  Was there a question for that?

        MR. VARBERG:  No question, just to read it into the record.

Q.   And what is that document?

A.   Statement on Human Sexuality.

Q.   And is that document the one that was referred

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

**ER218**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

Seattle Pacific University v. Brown                    Patrick D. Keating

Page 70

C E R T I F I C A T E

STATE OF WASHINGTON )
                     ) ss.
COUNTY OF KING       )


        I, the undersigned Washington Certified Court Reporter, hereby certify that the foregoing deposition upon oral examination of the witness named herein was taken stenographically before me and transcribed under my direction;

        That pursuant to RCW 5.28.10, the witness, before examination, was first duly sworn by me to testify truthfully; that the transcript of the deposition is a full, true, and correct transcript, to the best of my ability; that I am neither attorney for nor a relative or employee of any of the parties to the action or any attorney or counsel employed by the parties hereto nor financially interested in its outcome.

        IN WITNESS WHEREOF, I have hereunto set my hand

this 1st day of July 2025.



_____
Patricia A. Blevins
Certified Court Reporter No. 2484
in and for the State of Washington,
residing at Seattle, Washington.
My CCR certification expires 6/8/25.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER219**

ba04e170-86dc-4627-86b4-1f1d7a3942e9

# Exhibit D
# Osborne Declaration

ER220

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

SEATTLE PACIFIC UNIVERSITY,    )
                               )
            Plaintiff,         )
                               )
vs.                            ) No. 3:22-CV-05540-BJR
                               )
NICHOLAS W. BROWN, in his      )
official capacity as Attorney  )
General of Washington,         )
                               )
            Defendant.         )
_____


DEPOSITION UPON ORAL EXAMINATION OF

CHERYL A. MICHAELS
 * PORTIONS OF TESTIMONY ARE DESIGNATED CONFIDENTIAL
   AND ARE SEALED UNDER SEPARATE COVER. *


_____


9:31 A.M.

THURSDAY, APRIL 3, 2025

800 FIFTH AVENUE, SUITE 2000

SEATTLE, WASHINGTON


Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR
WA CCR #2157; OR CSR #20-0477; CA CSR #14435
Job Number 87561

ER221

3ee4152f-0c52-4960-96b6-e1b15b88b6fa

Seattle Pacific University v. Brown                Cheryl A. Michaels

Page 53

non-faith-based institution.

Q.   Anything else?

A.   I'll explain to them that if they move forward in the process we will want them to have another interview with our human resources department to discuss in greater detail the statement of faith, behavioral expectations.  And then try to answer the questions about what that might look like.

Q.   During the hiring process when you're speaking with applicants regarding their faith journey, are you required to speak about your faith?

A.   No.

Q.   Are you required to explain the statement of faith to applicants?

A.   No.

Q.   Are you required to explain the -- any sort of -- provide any instruction or explanation regarding the tenets of the Christian faith during the application or hiring process?

A.   No.

Q.   Are there any other situations where you discuss faith outside of the hiring process with the employees or staff?

A.   Yes.

Q.   What situations?

ER222

3ee4152f-0c52-4960-96b6-e1b15b88b6fa

Seattle Pacific University v. Brown                    Cheryl A. Michaels

Page 54

A.    In the day-to-day job, we will -- meetings might often start or end with prayer.  In conversations, it's integrated just into our conversation.  Someone might mention that they're going to church or they are struggling with some aspect, and I might offer to pray for them.

The director of security, when I was reporting to him, he and I would have long conversations about our faith, how to integrate that into the workplace to glorify God.  Might become theological conversations about Young Earth versus Old Earth.  Conversations with other employees about books they're reading or a sermon that they heard that they found inspiring or want to share.

Someone might share that they're struggling with a situation, again, or need prayer and books that we're reading that might be of interest to integrate -- you know, just faithful conversation into our daily work.

Q.    Are these faithful conversations that you have required as part of your job duties?

A.    No.

Q.    You mentioned that at meetings you might start or end with prayer.

Are those required?

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER223**

3ee4152f-0c52-4960-96b6-e1b15b88b6fa

Seattle Pacific University v. Brown                    Cheryl A. Michaels

Page 86

REPORTER'S CERTIFICATE

I, TAMI LYNN VONDRAN, CCR, CSR, RMR, CRR, the undersigned Certified Court Reporter authorized to administer oaths and affirmations in and for the states of Washington (2157), Oregon (20-0477), and California (14435) do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision.  That the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIG[NATURE] this 1st day of July, 2025.

_____
TAMI LYNN VONDRAN, CRR, RMR
Washington CCR #2157, Expires 10/6/2025
Oregon CSR #20-0477, Expires 9/30/2027
California CSR #14435, Expires 10/31/2025

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER224**

3ee4152f-0c52-4960-96b6-e1b15b88b6fa

# Exhibit E
# Osborne Declaration

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

_____
                                        )
SEATTLE PACIFIC UNIVERSITY,             )
                                        )
            Plaintiff,                  )
                                        )
      vs.                               ) No. 3:22-cv-05540-BJR
                                        )
NICK BROWN,as Attorney General of )
Washington,                             )
                                        )
            Defendant.                  )
_____)
      AND ALL RELATED CROSS-ACTIONS.

_____

      VIDEOCONFERENCE DEPOSITION UPON ORAL EXAMINATION
                          OF
   RULE 30(b)(6) DESIGNATED REPRESENTATIVE OF NICK BROWN
                    COLLEEN MELODY

_____

                      04/15/2025
                    9:00 a.m. PDT
            Via Remote Audio-Visual Conference
      Taken at the Instance and Request of Plaintiff

Job No. PA 7304849
Remotely Reported by:
Belle Angellotti, Certified Court Reporter
WA Certified Court Reporter, No. 23019609

ER226

Page 75

communication.

MS. MELODY:  Whether the person has a ministerial title, sort of any kind of religious title or affiliation, as part of their job duties is certainly one of the factors that the U.S. Supreme Court has directed we consider.

BY MR. DAVIS:

Q.  Okay.  Does the civil rights division defer to the religious organizations' understanding of which employees are ministers, or does it make its own determination?

MS. CHE:  Objection.  Vague.  Which religious employee?

MS. MELODY:  Are you talking about the Union Gospel Mission case or the Seattle Pacific University case?

BY MR. DAVIS:

Q.  No.  Thank you.  I'm talking about, in general, as the civil rights division is enforcing the WLAD and it is having to make the ministerial exception determination that the case law calls for.  Does it defer to religious organizations' understanding of which employees are ministers, or does it use its own judgment?

A.  We have never enforced the WLAD against a religious employer.

ER227

Page 76

Q.   Okay.   So you have never had to make this determination ever?

A.   The only time that this has come up is in the Seattle Pacific University case, in response to the inquiry letter, in which we were trying -- that is what we were trying to do was make this determination.  And then, since then, we have been sued twice by two religious employers, your client and the Union Gospel Mission, and that is the whole universe of these cases.

There's just been no case in which any of the lawyers in my team have proposed enforcement action ever, including against your client.  We never got to that place because Seattle Pacific University brought federal litigation as its method for responding to the inquiry letter.  And then, with Union Gospel Mission, we were sued out of the blue.

Q.   Thank you.  I'm done with Exhibit No. 23, and I want to mark our next exhibit.  So this will be Exhibit No. 24.

(Exhibit No. 24 was remotely marked for identification.)

MR. DAVIS:  Let me know when you have it.

MS. MELODY:  Okay.

BY MR. DAVIS:

Q.   Are you familiar with this document?

Page 77

A.   Yes.

Q.   Okay.  Is this the inquiry letter that the AG's Office sent to SPU, that we've been discussing in today's testimony?

A.   Yes.

Q.   Okay.  Were you involved in preparing this document?

MS. CHE:  Objection to the extent that it calls for privileged information.

MS. MELODY:  I reviewed this document before it went out, yes.

BY MR. DAVIS:

Q.   Okay.  And so I think you just testified that the AG's Office has never investigated a religious organization for employment discrimination.  Has the AG's Office ever sent an inquiry letter like this to any other religious organization for employment discrimination?

MS. CHE:  I'm going to object to the extent that it misstates testimony.

MS. MELODY:  Besides SPU is your question?

BY MR. DAVIS:

Q.   Besides SPU.

A.   The answer is no.

Q.   Okay.  I want to look at the letter.  And do you see where it says, there in the second paragraph, "We have

Page 87

for their members and more accessible by developing a template.  We see that a lot.

Q.   Do you know who developed this template?

A.   I do not know.

Q.   Okay.  This -- does either one of these complaints that you just viewed allege that the sender was personally discriminated against by SPU?

MS. CHE:  Objection.  Document speaks for itself.  And object as to calling for speculation.

MS. MELODY:  Not for Exhibit No. 25 and not for Exhibit No. 26.

BY MR. DAVIS:

Q.   Okay.  Does either of them allege employment discrimination against any other particular SPU employee?

MS. CHE:  Objection.  The document speaks for itself.

MS. MELODY:  Not by name.

BY MR. DAVIS:

Q.   Okay.  Does either of them mention the WLAD?

MS. CHE:  Objection.  Document speaks for itself.  And objection to the extent -- vague as to reference to the WLAD.

MS. MELODY:  Not for No. 25.  And you're asking whether they have specific WLAD references, right?

MR. DAVIS:  Correct.

ER230

Page 88

MS. MELODY:  No, I don't see any specific statutory references at all.

BY MR. DAVIS:

Q.  Okay.  If you look at the subject line, do both of these complaints say that there has been a breach of fiduciary duty and request legal action on that basis?

MS. CHE:  Objection.  The document speaks for itself.

MS. MELODY:  Yes, both of them have that in the subject line.

BY MR. DAVIS:

Q.  Okay.  Is breach of fiduciary duty the basis for the civil rights division's investigation of SPU?

MS. CHE:  Objection.  Calls for speculation, work product, legal conclusion, deliberative process, attorney-client privilege, incomplete hypothetical.

MS. MELODY:  No, it was not the basis for our inquiry.  And you asked about investigation.  We were never able to get to the investigation stage because of the procedural path that this matter took.

BY MR. DAVIS:

Q.  Okay.  But breach of fiduciary duty was also not the basis for the inquiry, right?

A.  It was not.

Q.  Okay.  Do you know about how many of the

Page 127

MR. DAVIS:  Yes.

MS. MELODY:  I don't think so, but I don't know. I doubt it.  The complaints that we received about other religious entities, including -- we have received other complaints about SPU, not related to this matter -- some religious hospitals, religious housing providers, but I don't think any of those would've been in response to this press release.

MR. DAVIS:  Okay.  I'm going to mark our next exhibit.  This be Exhibit No. 30.

                  (Exhibit No. 30 was remotely
                  marked for identification.)

MR. DAVIS:  Just let me know when you get it.

MS. MELODY:  Okay.  I have it.

BY MR. DAVIS:

    Q.   Okay.  Have you -- do you recognize this document?

    A.   No.

    Q.   Okay.  Do you want to take a minute to review it?

    A.   Please.  All right.  A shorter one.

    Q.   Great.  Is this document about a hiring policy at a school called Whitworth University?

         MS. CHE:  Objection to the extent that it is beyond the scope of this noticed deposition.  Relevance.

Page 128

MS. MELODY:  It is a link to a New Yorker -- it appears to be a link to a New Yorker article about Whitworth University's hiring policy.

BY MR. DAVIS:

Q.    Okay.  And the subject line says, "Whitworth University and the controversy at Seattle Pacific," right?

A.    It does.

Q.    Okay.  And so, in that context connecting Whitworth University and the controversy at Seattle Pacific, this message passes on a link about Whitworth's hiring policy; is that an accurate summary of this e-mail?

A.    Yes.

MS. CHE:  Objection.  The document speaks for itself.

MS. MELODY:  It appears to pass on a link to a New Yorker article about Whitworth's hiring policy.  That is what the message says, yes.

BY MR. DAVIS:

Q.    Okay.  Did the Attorney General's Office and civil rights division follow up on this message at all?  Did it read the New Yorker article?  Reach out to this complainant?

MS. CHE:  Objection.  Beyond the scope of the noticed deposition.  Calls for speculation.  Calls for work product.

Page 129

MS. MELODY:  I don't know.  I did not ask about that in preparation for today.

BY MR. DAVIS:

Q.   Okay.  And you're not aware of any ongoing inquiry into Whitworth University, are you?

A.   There is no ongoing inquiry into any -- I'm not familiar with Whitworth University, but to the extent it is a religious employer, there is no ongoing inquiry into any religious employer besides the one that SPU has initiated here.

Q.   Okay.  And whether it is a religious employer or not, you are not aware of any inquiry into an entity called Whitworth University, are you?

A.   There is not one by the civil rights division. I can tell you that.

MS. CHE:  And object to the extent, again, that is beyond the scope of this noticed deposition, beyond the scope of the WLAD, to the extent that this is in Maryland.

MS. MELODY:  Can I take just a moment off the record?  Well, I don't really care.

Can you look at the computer, because the computer is about to die?  Thank you.

BY MR. DAVIS:

Q.   I'm sorry.  What are we doing, Ms. Melody?

A.   The computer that he is using to show me your

Page 139

BY MR. DAVIS:

Q.    All right.  Great.  Aside from SPU, any there any other religious employers in Washington that the AG's Office understands to restrict the hiring of nonministerial employees based on sexual orientation or same-sex relationships?

MS. CHE:  Object as to the -- it is beyond the scope of this noticed deposition.

MS. MELODY:  The only one I'm aware of is a matter that is in litigation involving an employer called World Vision, and I think the parties in that case have stipulated that -- I would need to look at the docket, but I think the parties in that case have stipulated that World Vision may restrict nonministerial employment based on sexual orientation.

BY MR. DAVIS:

Q.    For same-sex sexual relationships?

A.    I don't know what the stipulation of the parties is there.

Q.    Okay.  Has the civil rights division opened an investigation into that employer?

A.    No.

Q.    What about an inquiry?

A.    No.

Q.    Why not?

**ER235**

Page 140

A.   The matter is already in litigation.  And, you know, typically, people who already have counsel representing them -- that is often not a good use of the civil rights division's resources to duplicate inquiry or investigation that is already happening.  So because there is one private plaintiff -- I understand it is one person, and we talked about kind of number of affected employees as an issue.  I understand there is one employee, and that person has private counsel, and those would be important considerations for when the civil rights division would open something that, in that case, may be, you know, duplicative.

Q.   Aside from that employer, which we're talking earlier about an employer called Union Gospel Mission of Yakima -- would Union Gospel Mission of Yakima also fall under this category?

MS. CHE:  Objection.  Vague, "this category."

MR. DAVIS:  Sure.  And I think the category we established at the outset of this questioning was employers -- Washington employers who, to the Attorney General's knowledge or awareness, restrict the hiring of nonministerial employees on the basis of sexual orientation or being in a same-sex relationship.

MS. CHE:  And, again, I would object to it being beyond the scope of this noticed deposition and relevance.

Page 152

Q.   Okay.   What about sexual orientation?

MS. CHE:   Same objection.

A.   No publicly stated position, and I'm not aware of a court holding about that.

Q.   Okay.   What about race?

MS. CHE:   Same objection.

A.   The civil rights division has no publicly stated position about that.  I believe our client, the Human Rights Commission, has given a regulatory example of a BFOQ involving race, yes.

Q.   Okay.   What about gender identity?

MS. CHE:   Same objection.

A.   I'm not aware of -- the civil rights division has no publicly stated positions about that.

Q.   What about national origin?

MS. CHE:   Same objection.

A.   No publicly stated positions from the civil rights division.

Q.   Marital status?

MS. CHE:   Same objection.

A.   No publicly stated positions.

Q.   Okay.   If, in the course of an investigation or an inquiry, the Attorney General's Office and the civil rights division, in particular, determines that the alleged discrimination was based on the employer

Page 153

maintaining a BFOQ, would that end the inquiry or investigation?

MS. CHE:  Objection.  Beyond the scope of this noticed deposition.  Calls for speculation.  Calls for legal conclusions.  Incomplete hypothetical.

MS. MELODY:  In the hypothetical, there is an investigation, and the hiring decision is based on a BFOQ?

MR. DAVIS:  Yes.

MS. MELODY:  Then it's not unlawful discrimination under the WLAD.

BY MR. DAVIS:

Q.  Okay.  So the employer could fail to hire on the basis of a protected characteristic, but if that protected characteristic was a BFOQ, in this particular situation, that would not be a violation of the WLAD?

MS. CHE:  Same objection.

A.  That is right.  If it meets the qualifications for a BFOQ, it is not unlawful discrimination under the WLAD.

Q.  Okay.  And when we went through that litany of gender identity, marital status, et cetera, you were testifying about the civil rights division's publicly stated positions.  What about policies, which are also within topic 6?  Does the civil rights division have policies on whether these various characteristics can

Page 154

constitute BFOQs?

A.   No.  My answer there is going to be the same, that we are guided by the statutes and the case law.  We don't have automated assessments or tools that help us do the analysis.  We have to do it ourselves based on, you know, the facts before us and the case law that applies.

Q.   Thank you.  Does the Attorney General's Office also enforce the WLAD's public accommodations provision?

MS. CHE:  Object to the extent that is -- to the extent of relevance.  It's not related to the claims or defenses in this case.

MR. DAVIS:  You can answer.

MS. CHE:  And to the extent that it's regarding -- the scope of the deposition is regarding the civil rights division.

MS. MELODY:  Yes.

BY MR. DAVIS:

Q.   Does the civil rights division enforce the public accommodations provision of the WLAD?

MS. CHE:  Same objection as to relevance.

A.   We do.

Q.   Okay.  Has the civil rights division ever investigated any religious educational institution for public accommodations discrimination?

MS. CHE:  Same objection.

Page 177

government's action?

A.   Yes.

Q.   Do you understand this sentence as being there to support a compelling interest, the fact that practices of discrimination against Washingtonians are a matter of state concern?

MS. CHE:   Object to the extent that this calls for a legal conclusion and is beyond the scope of this noticed of deposition as the question is presented.

MS. MELODY:   If the question is whether the legislature has found that eradicating unlawful discrimination is a matter of state concern, my answer is yes.

BY MR. DAVIS:

Q.   Okay.  Is that interest undermined by the fact that sexual orientation might be a BFOQ, theoretically, or an employer with fewer than eight employees is allowed to discriminate based on sexual orientation?

MS. CHE:   Objection.  Calls for speculation. Calls for a legal conclusion.  Outside the scope of this noticed deposition.

MS. MELODY:   No.  Because those are not forms of unlawful discrimination.

BY MR. DAVIS:

Q.   And they are not unlawful because the statute

**ER240**

Page 181

Washington's inhabitants"; do you see that language in the interrogatory?

A.   Yes.

Q.   Okay.  And if you look at the paragraph beginning "subject to and without waiving these objections, Defendant responds that," do you see the rest of that language there?

A.   Yes.  "As found by the legislature and held by the Washington Supreme Court"; is that what you're talking about?

Q.   Correct.

A.   I see that.

Q.   Okay.  Is that -- given the question in the interrogatory, is it fair to read that as the Attorney General's Office explaining the ways in which SPU's employee lifestyle expectations threatens the rights and proper privileges of Washington's inhabitants?

MS. CHE:  Object to the extent that it's beyond the scope of this noticed deposition.

MS. MELODY:  No.  It just answers the question, which is about how discrimination -- right -- threatens the rights and proper privileges of Washington's inhabitants.  And the answer says this "to the extent" part that you are not reading, and that is the whole point, right?  Is that we don't know whether SPU's policy

Page 182

applies to nonministerial employees to result in adverse employment action against Washingtonians based on their sexual orientation or marital status or, as we were talking about before, if there are other categories -- race, disability -- but I'm not aware that SPU is claiming those.

BY MR. DAVIS:

Q.   Yes.   And I'm not asking you to overlook "to the extent," that language.   That is, in fact, my question. So my question is:   To the extent that the lifestyle expectations are applied to nonministerial employees or prospective nonministerial employees and resulted in adverse employment action against Washingtonians based on their sexual orientation or marital status, it is the AG's Office's position that that conduct threatens the rights and proper privileges of Washington's inhabitants, correct?

A.   No.   That is the legislature's position.   That is in Washington Revised Code 49.60.010 that is cited here.   So we are just a law enforcement entity.   We are a civil law enforcement work group, and so it's not our position; it is the legislature's position.

Q.   Yes.   So because it is the legislature's position, it is not necessarily about SPU in particular; is that right?

ER242

Page 197

C E R T I F I C A T E

I, BELLE ANGELLOTTI, Certified Court Reporter in and for the State of Washington, remotely reported the foregoing deposition and do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me first duly sworn; that said proceedings were taken before me via remote audio-visual conference on the date herein set forth; that said examination was taken by me by voice writing and thereafter, under my direction and supervision, transcribed to the best of my ability; and that said transcript is a complete and accurate record of the testimony of said witness, including all questions, answers, and objections, if any, of counsel.

I further certify that I am neither employee of or counsel for, nor related to, any of the parties to said action, nor financially or otherwise interested in the outcome of this cause thereof.

IN WITNESS WHEREOF I have set my hand this 24th day of April, 2025.

*Belle Nelson*

_____

Belle Angellotti, CVR No. 8288

WA CCR No. 23019609

OR CSR No. 230119

ER243

# Exhibit F
# Osborne Declaration

ER244

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

SEATTLE PACIFIC UNIVERSITY,       )
                                  )
              Plaintiff,          )
                                  )
              vs.                 )   No. 3:22-cv-05540-BJR
                                  )
NICHOLAS W. BROWN, in his         )
official capacity as              )
Attorney General of               )
Washington,                       )
                                  )
              Defendants.         )

_____

DEPOSITION UPON ORAL EXAMINATION

OF

DOUGLAS KUSUMI

* PORTIONS OF TESTIMONY ARE DESIGNATED CONFIDENTIAL

AND ARE SEALED UNDER SEPARATE COVER. *

_____

Taken at 800 Fifth Avenue

Seattle, Washington

DATE TAKEN:   MARCH 25, 2025

REPORTED BY:  SHERRILYN SMITH, CCR# 2097

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

**ER245**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown

Douglas Kusumi

Page 30

about 30 minutes, and is meant to be conversation that has nothing to do with work.  I perceive those meetings to be a way for the supervisor and the staff member to build camaraderie and general friendship.

Q    Is that -- is that weekly?

A    We try to.

Q    What are the sorts of things that you guys talk about?

A    Topics are widely varied.  Could be about
[ *CONFIDENTIAL TESTIMONY*                      ]
anything like that.

Q    Do you guys -- do you guys talk about your faith during that meeting, or have you?

A    We have.

Q    How often would you say that happens?

A    Once a month.

Q    Switching gears a little bit.  I want to talk a little bit about your experience being hired by SPU. And so how did you apply?

A    The application is filled out online.

Q    Do you remember, was it through like the SPU website?

A    I think so.

Q    And then -- so you filled out this application and then what happened?

**ER246**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                Douglas Kusumi

Page 33

assistant director, that's after your interview with Clint?

A    Yes.

Q    And then you are not sure whether that interview came before or after the interview with HR?

A    Correct.

Q    Okay.  So let's talk about the director, assistant director one first.  What are their names?

A    At the time the director was Mark Reid.  He has since retired.  The assistant director is now the current director, Cheryl Michaels.

Q    What was that interview like?

A    There was more questions about specific examples which could demonstrate concretely my decision-making skills and prior experience responding to emergencies or crisis, and also gave example -- hypothetical situations and asked how I might respond to them.

Q    Anything else?

A    I remember in this interview some conversation was had about the role.  If I'm accepted for the position, how -- how our department works with the SPU community, and the impact the role can have in outreach with students, and being a role model to students.

ER247

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                                    Douglas Kusumi

Page 34

Q   Sorry, was there -- did they ask you your thoughts on that or was that just sort of them explaining?

A   More of them explaining.

Q   And what -- what did they tell you?

A   They told me the importance of the department in its -- and its goals and how -- how the department's goals help the University achieve its own, I think, mission statement.

Q   Do you remember like what they told you about how the department does that?

A   Not specifics.

Q   And then do you remember, like what was the like SPU mission overall that they were talking about?

A   I believe it's the slogan or mission of engage the culture, change the world.  Something like that.

Q   Anything else from that interview?

A   I was reminded of Maslow's Hierarchy of Needs and how the department's duties enable students to have their base needs met in order for them to succeed in their academics.

Q   What were the types of needs that they highlighted?

A   Shelter, safety, and security of belongings.

Q   And then I think you mentioned that the

**ER248**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 35

role -- like the role that the department has in doing outreach. Do you do outreach with the students?

MS. WINDHAM: Objection. Vague.

BY MR. JEON:

Q   You can answer if you can.

A   I did more before.

Q   What do you mean by that?

A   When I was working swing shift, I overlapped more with student workers and also students that were still awake, of course, and so I had more opportunity to talk to students and converse with them at that time.

Q   Do you do that much now?

A   There's not much opportunity now.

Q   Then what's the type of -- when you say "outreach," what do you mean?

A   Largely discussions regarding their class work.

Q   Like particular classes or...

A   Yes.

Q   Like what types of classes would you talk about?

A   At SPU, for students to graduate with a degree there are -- I'm not sure how many, but there are requirements for religion or Christianity-based

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER249**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 36

classes, and some students don't have any prior
Christian education or exposure.

Q    So what would you talk to them about with
respect to those classes?

A    We would discuss some theological concepts.
Also some themes that are present in like books of the
Bible.

Q    Did you get any training to do that sort of
discussion?

A    No.

Q    And then how often would those discussions
happen when you, you know, more regularly had swing
shift?

A    Sometimes as often as once per day, otherwise,
once, maybe twice a week.

Q    Were all of these discussions about the like
religion classes at SPU?

A    Mostly.

Q    How did those discussions happen?  Did they
ask you?  Did you reach out?

A    They are -- student workers are allowed some
leeway in reading textbooks or working on homework in
our office and so I would inquire what they were
working on or reading.

Q    So it's just the students who like happened to

ER250

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 37

be working in like your guys's office?

    A    Primarily.

    Q    And you said almost all of those discussions were about the religion classes?

    A    Yes.

    Q    What other classes did you talk about?

    A    There was one about oceanography.  One about history.  Probably others, but I don't remember.

    Q    During the interview process, did they ask about how comfortable you were doing that type of -- having that type of conversation?

    A    I don't remember.

    Q    I guess pulling back to the sort of interviews that you had.  Then you had an interview with HR, or maybe not after, but you had an interview with HR?

    A    Yes, I believe I had two.

    Q    You had two?

    A    I believe so.

    Q    Do you remember when those happened as related to the other two interviews?

    A    One might have been the same day as the interview with the supervisor, and then the second one was definitely after the -- after the director's interview.

    Q    When you say "supervisor," you mean the Clint

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

**ER251**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 38

one?

A    Yes.

Q    What was the first interview with HR like?

A    I believe it mentioned the faith statement, and might have touched on the employee conduct expectations.

Q    What was -- you say "touched on," but like what does that -- what did they talk about?

A    The conversation or interview laid out how SPU is a religious organization and has potentially legally binding agreements with the First Free Methodist Church, and there's an SPU faith statement, and there was, I believe, two parts for employee conduct, one is the more general conduct policies and the other was the statement on human sexuality.

Q    And then they told you these -- they gave you this background.  Did they ask you to sign anything or agree to anything during that interview?

A    Not during the first.

Q    Okay.  So it was more just -- is it fair to say it was more just to let you know?

A    Yes.  And answer any questions.

Q    Got it.  Okay.

Did you have any questions?

A    I don't remember any specific ones for the

**ER252**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 39

first interview.

Q    And then for the second interview, what was that like?

A    I remember being asked if I agreed to abide by the conduct policies and if I had any questions remaining from the previous meeting.

Q    And this was after the director/associate director interview?

A    Yes.

Q    And then you say -- you said they asked if you agreed to abide by the conduct policies?

A    Yes.

Q    And then you mentioned like there's a more general one and then another one?

A    Yes.  I -- there might have been a place to sign for the faith statement as well.

Q    Okay.

A    I don't remember the specific wording for the signature, if it was support or abide or agree, et cetera.

Q    What are the more general conduct policies that you mentioned?

A    There'd be things like consumption of alcohol or tobacco, probably also cannabis policies, and ethical or moral policy on romantic relationships with

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

**ER253**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 40

students.  There might have been like technology usage guidelines.  Things like that.

Q    And then what are the other conduct policies that you mentioned?

A    There was the statement on human sexuality, I believe it's called.  And then there was that one that isn't technically a conduct policy, but maybe.  The faith statement.

Q    And then -- sorry, I forgot what you said. During this second interview they asked you whether you -- did they require you to sign them or --

A    I believe so.

Q    Do you remember what you signed to?

A    I believe I signed to either abide by conduct or support for the faith statement.

Q    Did you have -- and I think you mentioned you might have had questions for this one?

A    Yes, but it was a general question with the faith statement, which was a clarifying question, that HR said they weren't in a position to give a definite answer on behalf of the University for.

Q    What was the clarifying question?

A    I believe it had something to do with either faith or grace as doctrinal concepts and how the Methodist -- First Free Methodist Church or SPU laid

**ER254**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 41

it out.  It was the particular wording, I think it
was.

Q   Did you like have disagreements with it or
were you just --

A   No.

Q   Okay.  You just wanted a better under- -- what
were -- what were you asking?

A   I don't remember the specifics.

Q   What else happened in that second interview
with HR?

A   I remember asking if I was required to attend
chapel, or like church/worship, which I believe occurs
once per month.  Yeah.

Q   Did they require you to?

A   No.

Q   I'm sorry, I should have asked.  Who were you
talking to for the second one?

A   Becky Tindall.

Q   Was she the same person you talked to for the
first one?

A   I believe so.

Q   You asked a clarifying question, you asked if
you needed to attend the monthly worship.  Are there
any -- what else did you talk about during that
meeting?

**ER255**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 42

A   We briefly went over the conduct sort of policies like one more time just to make sure there were no new or remaining questions.

Q   Anything else?

A   I don't believe so.

MR. JEON:  Let's take ten.  Come back at 10:40.

(A break was taken from 10:33 a.m. to 10:50 a.m.)

MR. JEON:  We're back on.

BY MR. JEON:

Q   Just going back -- before we broke we were talking about that last interview with HR.

A   Yeah.

Q   And then after that interview process -- did you sign the documents there or how did that work?

A   I believe so.

Q   Okay.  And then what happened after that?

A   After that, I believe I went home to await either a phone call or an email to alert me if I received the position or not.

Q   It seems like you did.

A   Yes.

Q   Okay.  Did you get a job offer or anything?

A   I don't remember.

**ER256**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 43

Q   And then during these interviews with HR, we talked about a few different policies.  Well, actually, let me step back.  I think you -- are you familiar with SPU's mission?

A   The engaging the culture one?

Q   I'm just asking you.

A   That's the one I'm most familiar with.

Q   Okay.  Are there others?

A   I'm not sure.

Q   And then are you familiar with the employee handbook?

A   Yes.

Q   How?

A   I was asked to look through it, review it. I'm not sure if it was HR that presented me with a copy to review or if it was just made available to me as an online resource via email.

Q   And then are you familiar with the lifestyle expectations?

A   Yes.

Q   How?

A   I believe I was asked if I agreed to abide by them after reviewing their content.

Q   And then what was the content?

A   For the employee lifestyle --

**ER257**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 44

Q   Yes.

A   I believe there was content about sexual activity outside of marriage, alcohol use.  Some other things that I don't remember the specifics of.

Q   And then are you familiar with the statement on human sexuality?

A   Yes.

Q   How?

A   I was also asked to review that document.

Q   And then what did that say?

A   If I remember correctly, that document explained, I think, the connection between the faith statement and some parts of the employee conduct expectations.

Q   What was the connection?

A   From my interpretation, the connection is that there are behavior or conduct expectations within Christianity and as -- as an extension were laid out in, I guess, plain language or explained how that applies to potential employees.

Q   What was the plain language or what did it say?

A   The statement on human sexuality I believe explained a biblical understanding or Christian understanding of what marriage is, and sexual acts, as

**ER258**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 45

being in the Christian tradition, preferred to remain within the confines of marriage.

Q   Did the statement say anything else?

A   It stated what I interpreted as being the University's stance on -- on the Christian idea of marriage as being between a man and a woman.

Q   And then when you were hired, were you required to sign this statement of human sexuality?

A   I don't know.

Q   Do you remember if you were asked to agree to it?

A   I -- could you repeat the question?

Q   When you were hired, were you required to agree to the policy or the statement on human sexuality?

A   No.

Q   How do you remember that?

A   I remember being asked if I would agree to abide by its conduct expectations.  I would -- I don't -- I don't remember being asked if I personally agreed with it as a matter of opinion.

Q   And the conduct expectations were the lifestyle expectations?

A   I believe so.

Q   Mr. Kusumi, I've handed you what's been

**ER259**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 51

A    Yes.

Q    And about how often do you work swing shift right now?

A    I don't expect to work swing shift again until potentially June, which is like graduation time. Things get busy then.

Q    And you mentioned that when you are working the night shift you interact with students who were experiencing crisis?

A    Yes.

Q    About how often does that happen?

A    It happens more often during midterms and final exams. Those could be twice a week during those time periods, but lately it's been less frequent, thankfully.

Q    And when you're interacting with students in crisis, do you have religious discussions -- do you ever have religious discussions with those students?

A    Sometimes.

Q    I know we had questions about the employee lifestyle expectations. When you were interviewed, did you agree to abide by those expectations?

A    Yes.

Q    And is it your understanding that SPU -- do SPU employees have to agree that they like those

**ER260**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 52

expectations or that they agree with them on a theological level?

A    No.

Q    And just to be clear, because I know you answered this question right at the end, and there was a negative in the question, so I want to make sure that that is -- you know, that is your testimony.  The way the question was phrased was -- well, I'll try and say it without the negative.  Could SPU hire someone who is gay?

A    Yes.

MS. WINDHAM:  That was all I had.

MR. JEON:  Nothing from me.

(Reading and signing was requested. pursuant to FRCP Rule 30(e).)

(Deposition concluded 11:15 a.m.)

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER261**

c9963046-bd4e-4c44-9251-6967522c16a8

Seattle Pacific University v. Brown                    Douglas Kusumi

Page 53

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF KING


          I, Sherrilyn Smith, a Certified

Shorthand Reporter in and for the State of Washington,

do hereby certify that the foregoing transcript is

true and accurate to the best of my knowledge, skill

and ability.


_____

SHERRILYN SMITH, CCR# 2097

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

**ER262**

c9963046-bd4e-4c44-9251-6967522c16a8

# Exhibit G
# Osborne Declaration

**ER263**

Seattle Pacific University v. Brown

REDACTED

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE PACIFIC UNIVERSITY,)
                           )
            Plaintiff,     )
                           )
    vs.                    ) NO. 3:22-cv-05540-BJR
                           )
NICHOLAS W. BROWN, in his  )
official capacity as       )
Attorney General of        )
Washington,                )
                           )
            Defendant.     )
_____

DEPOSITION UPON ORAL EXAMINATION OF

J REDACTED  J REDACTED

 * PORTIONS OF TESTIMONY ARE DESIGNATED CONFIDENTIAL

   AND ARE SEALED UNDER SEPARATE COVER. *

_____

800 Fifth Avenue

Seattle, Washington

DATE TAKEN:  April 2, 2025

REPORTED BY:  Patricia A. Blevins, CCR #2484

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

**ER264**

a8284eb0-72d2-4458-8035-f5de8278d003

Seattle Pacific University v. Brown

REDACTED

Page 31

it was all departments across campus?

A.  Yes.

Q.  Switching gears a little bit, are you familiar with the employee handbook?

A.  Yes.

Q.  How?

A.  Just from having to reference it from time to time over the years.

Q.  Did you refer to it in your role as employment manager?

A.  Yes.

Q.  For what purpose?

A.  I don't remember specifically.

Q.  But you would refer -- would you refer to it often?

A.  I guess it depends on what you mean by "often." I don't remember how often I would refer to it.

Q.  Weekly?

A.  Possibly.

Q.  Would you say that you know the contents of the employee handbook well?

A.  No.

Q.  Would you say you knew it well when you were employment manager?

A.  I would say that if I needed to find something

a8284eb0-72d2-4458-8035-f5de8278d003

Seattle Pacific University v. Brown

REDACTED

Page 32

in the employment handbook, I knew where to look.

Q.   Did it include a Statement on Human Sexuality?

A.   Yes.

Q.   Did it require employees to follow lifestyle expectations?

A.   Yes.

Q.   Were you expected to know the employee handbook?

MS. WINDHAM:   Objection; vague.

A.   I wasn't required to have it memorized, no.  I was required to be familiar with it.

Q.   Did employees ask you about it?

A.   Yes.

Q.   And then when we talked about the hiring training you did, did you do any training about the employee handbook?

A.   No.

Q.   Did the training reference the employee handbook?

A.   I don't recall.

MS. WINDHAM:   Same objection as earlier regarding timeframe.

Q.   And then are you familiar with the lifestyle expectations?

A.   Yes.

Seattle Pacific University v. Brown



Page 33

Q.   How?

A.   They're part of being an employee at SPU.

Q.   Did you refer to them in your role as employment manager?

A.   Yes.

Q.   For what purpose?

A.   When I would conduct mission fit interviews with applicants, we would go over it during those interviews.

Q.   Did you go over it with each person in each mission fit interview?

A.   Yes.

Q.   Did you do any training on the lifestyle expectations?

A.   Yes.

Q.   What trainings?

A.   I had a two-week overlap with the prior employment manager.  And so we went over it and talked about it and made sure I understood it.

Q.   And who was the prior employment manager?

A.   Kathleen Abbott.

Q.   So that's you receiving the training?

A.   Yes.  That's how I got trained on it, yes.

Q.   Did you give any trainings on the lifestyle expectations?

ER267

a8284eb0-72d2-4458-8035-f5de8278d003

Seattle Pacific University v. Brown



Page 34

A.  No.

Q.  Did you talk about them in the trainings that you did for the hiring managers?

A.  Not specifically, no.

Q.  Has the lifestyle expectations policy remained the same since -- in your time as employment manager?

A.  As far as I know, yes.

Q.  And then are you familiar with the Statement on Human Sexuality?

A.  Yes.

Q.  How?

A.  As with the lifestyle expectations, it was something that I would go over with -- I would go over that with applicants during the mission fit interview.

Q.  With each mission fit interview?

A.  Correct.

Q.  Did you refer to it in any other way?

A.  Not that I recall.

Q.  Did you do any training about the Statement on Human Sexuality?

A.  Just the same training that I did with the lifestyle expectations, yeah.

Q.  Did you talk about it at all during the trainings that you gave?

A.  No.

a8284eb0-72d2-4458-8035-f5de8278d003

Seattle Pacific University v. Brown

 REDACTED

Page 44

week or so.

Q.  And then for the -- setting aside that, you know, week of overlap, when it was you or Gary doing the mission fit interviews, how did you determine who did it?

A.  I was primary.

Q.  And does that mean that if -- does that mean he would only sometimes step in?

A.  Yes.

Q.  When would he step in?

A.  If I was on vacation.

Q.  And then you mentioned -- earlier you mentioned that you talked about the lifestyle expectations and the statement of human sexuality during the mission fit interview?

A.  Yes.

Q.  So I guess a little bit about the lifestyle expectations.  What are they?

A.  Well, I don't have them in front of me.  So to the best of my recollection, they are that an employee agrees not to be involved in unethical or illegal behavior of any kind, no -- discrimination and harassment won't be tolerated.  Use of alcohol and tobacco are not to be used on campus and that -- that they would refrain from sexually immoral behavior as

**ER269**

a8284eb0-72d2-4458-8035-f5de8278d003

Seattle Pacific University v. Brown

 REDACTED

Page 45

defined by the Statement on Human Sexuality.

Q. And it comes up in the mission fit interview. Does it come up in any other part of the hiring process?

A. I wasn't involved in any of the other hiring process so I can't speak to that.

Q. Is that in the job posting?

A. Not in the job posting, no, I don't believe so.

Q. And then how was this discussed at the mission fit interview?

A. I would give the applicant a copy of each and give them an opportunity to read it, although they would have received it prior to our meeting, because it's part of the application process. So I'd give it to them again, tell them, "Take your time to look over it, and let me know if you have any questions."

Q. When you say give "them," what's the --

A. Give the applicant.

Q. Sorry. You give them both -- I think you said you give the applicant both --

A. Oh, the Statement on Human Sexuality and the lifestyle expectations.

Q. Okay. And then you said that they would have received it before, because it's a part of the application process?

**ER270**

a8284eb0-72d2-4458-8035-f5de8278d003

Seattle Pacific University v. Brown



Page 46

A.   Uh-huh.   Uh-huh.

Q.   When is it a part of the application process?

A.   If my memory serves me correctly, it's at the initial point of application.

Q.   And so you give it to them.  They review it. And then what?

A.   And then we discuss it, if they have any questions.

Q.   If an applicant says they can't meet the lifestyle expectations, then what happens?

A.   Then I would let the hiring manager know that they told me that they could not abide by the lifestyle expectations.

Q.   And then does that mean that they won't be hired?

A.   Yes.

Q.   If a prospective applicant says that they're gay, then what happens?

                MS. WINDHAM:  Objection; vague.

A.   Nothing would happen.

Q.   Are they eligible for hiring?

A.   Yes.

Q.   Why is that?

A.   Because being gay is a status.  It's not a behavior.  The lifestyle expectations speak to -- or

**ER271**

a8284eb0-72d2-4458-8035-f5de8278d003

Seattle Pacific University v. Brown

REDACTED

Page 47

the Statement on Human Sexuality speaks to behaviors.

Q. So SPU can hire people who are gay?

A. Yes.

Q. And SPU wouldn't -- like just because someone was gay, SPU wouldn't refuse to hire them?

MS. WINDHAM: Objection.

A. Correct.

Q. Would SPU refuse to hire someone simply because they're gay?

A. No.

Q. That conduct versus status distinction that you mentioned, when did you learn about that distinction?

A. Well, I was familiar with that distinction back when I was the employment manager.

Q. Was that always the case when you worked at SPU?

MS. WINDHAM: Objection; relevance and timeframe.

A. That was my understanding, yes.

Q. From who did you learn it from?

A. Well, that would -- I don't -- I don't recall being specifically taught that.

Q. Has it come up in your -- like has that distinction come up in your role as employment manager?

ER272

a8284eb0-72d2-4458-8035-f5de8278d003

Seattle Pacific University v. Brown

Page 70

C E R T I F I C A T E

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF KING      )

I, the undersigned Washington Certified Court Reporter, hereby certify that the foregoing deposition upon oral examination of the witness named herein was taken stenographically before me and transcribed under my direction;

That pursuant to RCW 5.28.10, the witness, before examination, was first duly sworn by me to testify truthfully; that the transcript of the deposition is a full, true, and correct transcript, to the best of my ability; that I am neither attorney for nor a relative or employee of any of the parties to the action or any attorney or counsel employed by the parties hereto nor financially interested in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand

this 30th day June 2025.

_____

Patricia A. Blevins
Certified Court Reporter No. 2484
in and for the State of Washington,
residing at Seattle, Washington.
My CCR certification expires 6/8/25.

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

**ER273**

a8284eb0-72d2-4458-8035-f5de8278d003

# Exhibit H

# Osborne Declaration

**ER274**

# Seattle Pacific University

# Faculty Employment Handbook

# 2024–25



[Updated 7/1/2024]

ER275

## 9.1    CRITERIA FOR FACULTY EVALUATION

Since Seattle Pacific University's mission is holistic–seeking to promote the intellectual, personal, and spiritual development of the whole person–the dimensions involved in faculty evaluation are similarly holistic. These dimensions fall into two sets. The first involves considerations of the faculty member's character, professional conduct, and congruence with the mission of SPU. These criteria are foundational for continuing employment.

The second set examines the faculty's member's competence and contribution in the areas of teaching and advising, scholarship, and service. These performance criteria apply to all stages of the faculty evaluation process for regular faculty, although expectations for the level of achievement vary depending upon rank and experience.

The evaluation criteria may be revised in renewable term or contingent appointments where a faculty member's responsibilities might not align with the criteria, or where unusual circumstances attach to an appointment. In such cases, the department chair and Dean, with the approval of the Provost, may adapt the criteria as appropriate. If this occurs, the variance shall be stated in writing, with copies provided to the candidate. The Dean will include a copy of the variance in the candidate's official personnel file.

9.1.1.  **Character and congruence with mission.** This first set of evaluative considerations is foundational in nature, intended to ensure that core mission commitments are upheld by all faculty. Evidence of conformity to these criteria is prerequisite for any new hire, as well as for the yearly renewal or continued appointment of all faculty. Assessment of these criteria will be the particular focus of tenure decisions and a continuing requirement for tenured faculty. A negative evaluation on these foundational criteria cannot be compensated for by a faculty member's strengths in criteria related to competence and contribution.

9.1.1.1. **Vital Christian life.** Faculty will serve as models of vital, growing Christian life. The University welcomes faculty members from the range of theologically orthodox Christianity who affirm the University's Statement of Faith. The University believes that a set of shared Christian commitments gives the University its distinctive identity, but also recognizes that Christians embrace and display vital faith in a variety of theological expressions, worship forms, gifts and ministries. However, in recognition of the shared conviction across Christian communions of the centrality of church participation to the nurture of vital Christian life, all faculty members are expected to actively participate in a local church.

9.1.1.2. **Educational mission**. Faculty will provide evidence of a significant commitment to the spirit and objectives of SPU's Christian educational mission. They will understand and affirm the goals of Christian higher education.

**ER276**

**9.1.1.3. Professional conduct.** Faculty will model professionalism, be self-monitoring, and make all reasonable efforts to fulfill the responsibilities of their roles. They will conform to the guidelines on professional ethics (*Section 7.2)* in the *Handbook* and exhibit public and personal moral integrity. They will model respectful and constructive interaction—even in dissent—in their dealings with students, staff, fellow faculty, and administrators.

**9.1.2. Competence and contribution.** Faculty will be evaluated on three major areas of responsibility: teaching and advising, scholarship, and service. Successful faculty will demonstrate interest, competence, and activity in each of these three areas. However, since teaching is the paramount responsibility of faculty at SPU, effectiveness in this area will be weighted most heavily.

**9.1.2.1. Teaching and advising.** This evaluation will consider the various dimensions of the teaching enterprise. Faculty will show evidence of superior teaching and effective advising designed to achieve positive student outcomes, including

A. demonstration of skills in the craft of teaching, and a commitment to ongoing assessment and cultivation of pedagogical skills;

B. demonstration of an ability to cultivate student interest in the subject matter and a high degree of student effort and engagement;

C. evidence of respect for student differences as well as a capacity to listen to students' viewpoints and to manifest a sympathetic understanding of their needs;

D. evidence of awareness of the relationship of one's discipline to the liberal arts, other academic disciplines, and the professions;

E. evidence of accessibility to and competence for advising students on academic and vocational matters;

F. evidence of sufficient academic breadth and professional versatility to permit the candidate to respond appropriately to future changes in departmental offerings, to new University curricular initiatives, and to national trends in the candidate's discipline; and

G. the ability to communicate possible implications of Christian convictions for one's discipline, and possible implications of central claims in one's discipline for Christian faith and life.

# Exhibit I

# Osborne Declaration

# Employee Handbook

*Revised 9/1/2017 (unless otherwise noted on individual policies)*

**NOTE:** If printed, this represents the most current policies as of the date printed. The only authorized, up-to-date policy is the online version. If an employee would like a copy of the entire Employee Handbook in PDF form as of the current date, please contact the Office of Human Resources.

## Applicability

This Employee Handbook contains policies that apply to faculty and staff at Seattle Pacific University. Most policies contained in this Employee Handbook apply to both faculty and staff, but some policies only apply to staff. Policies that only apply to staff are clearly labeled as only applying to staff. Other policies that apply to faculty are contained in the Faculty Employment Handbook. This Employee Handbook is not intended to apply to student employees. Student employees are subject to policies that are applicable to students and policies published by SPU's Office of Student Employment. Policies that apply to faculty generally apply to all regular, contingent, and adjunct faculty (as defined in the Faculty Employment Handbook), unless otherwise noted.

## Site Contents

- Compensation & Benefits
- Employee COVID-19 Vaccinations & Exemptions
- Employment & Selection
- Employment Categories
- Faith Statement
- History of the University
- Other Policies and Procedures
- Safety & Security
- Standards of Conduct
- Termination of Employment
- University Courtesies and Services
- Work Schedules for Staff

## Purpose

This handbook is provided for use as a ready reference to acquaint employees with the University's general personnel policies, work rules, and procedures. It is not a legal agreement, an express or implied promise of specific treatment in particular circumstances, or an express or implied contract. Rather, it is a general statement of institutional policy.

## "At-will" Staff Employment

All staff employment at Seattle Pacific University is "at-will" and may be terminated by either the employee or the University at any time with or without cause. None of the provisions of this handbook alter, modify, or amend the "at will" nature of that employment. For policies regarding termination of faculty employment, see the Faculty Employment Handbook.

## Right to Amend

This version of the Employee Handbook is published as of September 1, 2017. The University may amend, supplement, or rescind any provisions of this handbook at its sole discretion with or without prior notice. Changes to policies and procedures after September 1, 2017, will be noted in this handbook when updates are made. This handbook supersedes all prior handbooks or policy statements regarding the procedures and policies described in this handbook. Furthermore, the handbook provisions are subject to interpretation by the University. Any employee who has questions concerning current policies and practices may contact his or her supervisor or the Office of Human Resources.

**ER279**
**SPU0000551**

# Exhibit J
# Osborne Declaration

ER280

# SEATTLE PACIFIC

**Employment Application**

## Mission Statement

"Seattle Pacific University seeks to be a premier Christian university fully committed to engaging the culture and changing the world by graduating people of competence and character, becoming people of wisdom, and modeling grace- filled community."

### Statement of Faith

Faith and Mission

At Seattle Pacific University, we seek to ground everything we do on the transforming gospel of Jesus Christ. Such a claim is both personal, a commitment by each member of our community, and institutional, a corporate aspiration that has guided this institution from its founding.

Even while we celebrate the rich diversity of the Church throughout the world, we anchor our faith on the person of Jesus Christ, the authority of Holy Scripture, and the tradition of the Christian Church throughout history.

### 1. We Are Historically Orthodox.

We affirm the historic Christian faith, as attested in the divinely inspired and authoritative Scriptures of the Old and New Testaments, and as summarized, for example, in the Apostles' and Nicene Creeds. We affirm that God is triune, and that the three divine Persons - the Father, the Son, and the Holy Spirit - are coequal, coessential, and coeternal.

We affirm that by the grace and power of God the universe was brought into being, is continually sustained and governed, and will ultimately be brought to its promised consummation. We affirm, further, that we human beings are created by God in God's own image to be stewards of creation, and that we are called to love God with all our heart, soul, mind and strength, and to love others as ourselves.

In these divinely appointed tasks we have failed, so that we are now subject to judgment and death. Yet we rejoice that God's grace is available to us through the life, death, and resurrection of Jesus Christ; and that through faith in Christ we are delivered from sin and death and empowered by the Holy Spirit for lives of joyful obedience to the Father. Finally, we respond to the Spirit's call to participate in Christ's body, the church; to embrace Christ's mission to the world; and to live in the hope and assurance that Christ's return will bring to completion God's saving work.

### 2. We Are Clearly Evangelical.

We stand within the broad evangelical tradition of Christianity and, as such, we joyfully accept the task of proclaiming the evangel -

God's good news - to the world. We understand this to mean that Jesus Christ is the Lord and Savior of the world and that he alone can liberate broken and fallen human beings from sin and death.

We lift high the authority of holy scripture as divinely inspired, embraced by the church as central to our understanding and witness. We affirm that the Holy Spirit works in human hearts to kindle faith in Jesus Christ, to restore people to a right relationship with God and each other, and to begin transforming people into the likeness of Christ.

And we believe the gospel promise that light, health, wholeness, and peace are abundantly available to everyone who asks. Yet we also believe that we are called to practice what we preach: first, by cultivating vital Christian piety; and second, by engaging the surrounding culture through public testimony and loving service.

### 3. We Are Distinctively Wesleyan.

Standing within the Wesleyan holiness branch of historic and evangelical Christianity, and recognizing the Free Methodist Church as our founding denomination, Seattle Pacific University is informed by the theological legacy of John and Charles Wesley.

We share their conviction that God's saving purpose is the renewal of human hearts and lives in true holiness through the transforming work of the Holy Spirit. We are shaped by their emphasis on the importance of the human response to the Spirit's renewing work, including the vital role of the spiritual disciplines and practices - such as prayer, meditation, worship, Scripture study, charitable giving, public witness to Christ's saving love, and service to those in need - all of which serve as means of God's grace.

Above all, we embrace the Wesleys' hope that God's transforming love is offered to all persons, addresses all areas of life, and will not rest content until it has redeemed the whole creation.

### 4. We Are Genuinely Ecumenical.

As heirs of John Wesley's catholic-spirited Christianity, we seek to gather persons from many theological and ecclesial traditions who have experienced the transforming power of Jesus Christ. We believe that theological diversity, when grounded in historic orthodoxy and a common and vital faith in Christ, enriches learning and bears witness to our Lord's call for unity within the church.

We are also well aware of other dividing walls that separate people from one another, walls that Christ desires to break down - walls of gender, race, ethnicity, nationality, language, and class. We believe that Christ calls us to value diversity and to seek ways for all persons in our university community to grow in their individual giftedness and to contribute in meaningful ways to our common life and work. Thus, in all of our diversity, we are centered in Christ, and called by him to shape, model, and participate together in grace-filled community.

**Therefore**, we commit ourselves to this faith, and to these shaping influences that define our community of faith, and we pledge ourselves, with humility and conviction, to live as best we know how in loving relationship with Jesus Christ and in faithful service to others. This we believe to be the defining center of our lives and the guiding aspiration of our life in community at Seattle Pacific University.

Please fill this Application Form out carefully and completely. Incomplete applications will not be considered.

**ER281**

1

Confidential

SPU0000780

PERSONAL INFORMATION

Full Legal Name: _____

For placement purposes only, are you related by blood or marriage to any present employee(s) at Seattle Pacific University?

☐ Yes ☐ No

If "Yes" please list below:

| Name of SPU Employee: | Relationship: | Department: |
|---|---|---|
|  |  |  |
|  |  |  |

Are you age 18 or older?

☐ Yes ☐ No

Are you presently legally authorized to work in the United States on a full-time basis?

☐ Yes ☐ No

Do you now, or will you in the future, require sponsorship by SPU for employment visa status (e.g., H-1B visa status, etc.) to work legally in the United States?

☐ Yes ☐ No

When does your current visa status expire? _____

If you are selected, what date are you available to begin employment at SPU? _____

## CHRISTIAN COMMITMENT

Seattle Pacific University seeks from all of its employees eager endorsement of its identity and understanding of its purpose as a Christian university. As stated in SPU's **Nondiscrimination Policy**, it is the policy of SPU not to discriminate on the basis of race, color, national origin, sex, age, disability, or genetic information in its programs or activities, as required by applicable laws and regulations. As a Christian educational institution affiliated with the Free Methodist Church - USA, SPU is permitted and reserves the right to prefer employees or prospective employees on the basis of religion, including the right to expect SPU's employees to hold certain religious beliefs, to participate in certain religious observances, and to refrain from certain conduct (including conduct described in SPU's Employee Lifestyle Expectations) based on SPU's religious beliefs.

Please read the **Mission Statement** and the **SPU Statement of Faith** and the **Employee Handbook Standards of Conduct** in order to answer the following questions.

If the links above do not work for you, please copy-paste the following link into your browser: **https://spu.edu/about-spu/mission**, **https://spu.edu/about-spu/statement-of-faith** and **https://wiki.spu.edu/display/HR/Employee+Standards+of+Conduct**.

Have you read the **SPU Mission Statement**?

☐ Yes ☐ No

Do you agree with and do you support the **SPU Mission Statement**?

☐ Yes

☐ No

☐ With the following reservations: _____

Have you read the **SPU Statement of Faith**?

☐ Yes ☐ No

Do you agree with and do you support the **SPU Statement of Faith**?

☐ Yes

☐ No

☐ With the following reservations: _____

Have you read the **Employee Handbook Standards of Conduct**?

☐ Yes ☐ No

If hired, do you commit to following the conduct expectations described in the **Employee Handbook Standards of Conduct**?

☐ Yes

☐ No

☐ With the following reservations: _____

### Please respond to the following questions

1. Describe clearly, and with examples, your life of faith. How would you talk about your relationship with Jesus Christ? Please provide any aspects of your personal journey of Christian faith that are relevant.

**ER282**

2                                    Confidential                                    SPU0000781

2. What church group currently values best describe your regular association with groups of Christian believers, including church affiliation and membership. Please also describe your participation in any Bible study or prayer groups, or community outreach and ministry.

## WORK EXPERIENCE

| Employer: (current or most recent) | Employed From: (Mo/Yr) | Supervisor Name: |
|---|---|---|
| City/State: | Employed To: (Mo/Yr) | Supervisor Phone: |
| Your Title: | Supervisor Email: | May we contact this employer? __ Yes __ No |
| Reason(s) for Leaving: | | |

| Employer: (current or most recent) | Employed From: (Mo/Yr) | Supervisor Name: |
|---|---|---|
| City/State: | Employed To: (Mo/Yr) | Supervisor Phone: |
| Your Title: | Supervisor Email: | May we contact this employer? __ Yes __ No |
| Reason(s) for Leaving: | | |

| Employer: (current or most recent) | Employed From: (Mo/Yr) | Supervisor Name: |
|---|---|---|
| City/State: | Employed To: (Mo/Yr) | Supervisor Phone: |
| Your Title: | Supervisor Email: | May we contact this employer? __ Yes __ No |
| Reason(s) for Leaving: | | |

| Employer: (current or most recent) | Employed From: (Mo/Yr) | Supervisor Name: |
|---|---|---|
| City/State: | Employed To: (Mo/Yr) | Supervisor Phone: |
| Your Title: | Supervisor Email: | May we contact this employer? __ Yes __ No |
| Reason(s) for Leaving: | | |

## REFERENCES

List below three persons (other than relatives) who are familiar with your character, professional qualifications and experience to whom we may direct inquiries.

| Reference Name: | Email Address: | Telephone: | Relationship to Applicant: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**ER283**

3 SPU0000782

**CRIMINAL HISTORY**

The University may inquire whether you have a criminal history and may conduct background checks (including a criminal background check) at a later stage in the application process. Criminal arrests and convictions will not automatically disqualify an applicant from employment.

**AUTHORIZATION**

I hereby authorize investigation of all statements contained in this application and other information provided by me. I certify that all such statements and information are true and complete. I understand that the University's investigation may involve interviews of my references, former or current employers, and others deemed appropriate by the University. I also understand the investigation may include background checks (including a criminal background check). I will provide the University any release, waiver, consent, or authorization requested by the University to conduct its investigation or obtain any background check.

I understand that any misrepresentation or omission of facts called for by this application or in other information provided by me will result in cancellation of this application, and if employed, may be cause for my dismissal. I also understand and agree that: (1) employment is subject to satisfactory reference and employment checks and verification of employment status, pursuant to the Immigration Reform and Control Act of 1986; (2) employment may be subject to satisfactory completion of a pre-employment post-offer physical examination; and (3) unless otherwise altered by a written contract signed by the University's president and the employee, any employment relationship with this University is of an "at will" nature, which means that the employee may resign at any time and the University may discharge the employee at any time with or without cause. It is further understood that this "at will" employment relationship may not be changed by any written document or by conduct unless such change is specifically acknowledged in writing by the president of this University.

*Type Name as Signature:* _____

*Date completed:* _____

**SEATTLE PACIFIC UNIVERSITY NOTICE OF NONDESCRIMINATION POLICY**

It is the policy of Seattle Pacific University not to discriminate on the basis of race, color, national origin, sex, age, disability, or genetic information in its programs or activities, as required by applicable laws and regulations.

As a religious educational institution affiliated with the Free Methodist Church of North America, Seattle Pacific University is permitted and reserves the right to prefer employees or prospective employees on the basis of religion.

If you have any questions, or if you believe you may have been discriminated against in violation of this policy, please immediately contact: Director of Human Resources, Seattle Pacific University, 3307 Third Avenue West, Suite 302, Seattle, WA 98119 or call (206) 281-2809.

**ER284**

Confidential    SPU0000783

# Exhibit K
# Osborne Declaration

**ER285**

**Establishment Size Report**
**Washington state, March 2024**
Covered employment classified by number of establishments and employment size
Source: Employment Security Department/Labor Market Information and Research (LMIR)

**Index**
Number of establishments and employment size by two digit NAICS industry sector
Number of establishments and employment size by three digit NAICS industry subsector
Number of establishments and employment size by county

Employment Security Department is an equal opportunity employer/program. Auxiliary aids and services are available upon request to individuals with disabilities. Language assistance services for limited English proficient individuals are available free of charge. Washington Relay Service: 711.

**ER286**

Covered employment classified by number of establishment, employment size[2] and two digit NAICS industry sectors
Washington state, March 2024
Source: Employment Security Department/Labor Market Information and Research (LMIR)

Return to index

| 2-digit NAICS | Industry sectors | Total Establishments | Total Employment | Establishments Size 1-4 | Employment[2] 1-4 | Establishments Size 5-9 | Employment 5-9 | Establishments Size 10-19 | Employment 10-19 | Establishments Size 20-49 | Employment 20-49 | Establishments Size 50-99 | Employment 50-99 | Establishments Size 100-249 | Employment 100-249 | Establishments Size 250-499 | Employment 250-499 | Establishments Size 500-999 | Employment 500-999 | Establishments Size 1,000+ | Employment 1,000+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | Total | 226,371 | 3,570,616 | 138,210 | 228,987 | 35,025 | 231,643 | 24,885 | 338,591 | 17,520 | 526,936 | 5,893 | 404,256 | 3,334 | 493,164 | 886 | 306,219 | 345 | 237,170 | 273 | 803,650 |
| 11 | Agriculture, forestry, fishing and hunting | 5,609 | 82,625 | 3,463 | 5,909 | 862 | 5,678 | 591 | 8,072 | 408 | 12,446 | 142 | 9,765 | 91 | 13,811 | 36 | 12,577 | 12 | 8,572 | 4 | 5,795 |
| 21 | Mining | 142 | 2,065 | 68 | 123 | 21 | 141 | 24 | 322 | 18 | 589 | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 22 | Utilities | 606 | 20,604 | 273 | 558 | 89 | 594 | 96 | 1,380 | 82 | 2,492 | * | * | * | * | * | * | 4 | 3,052 | 4 | 5,504 |
| 23 | Construction | 25,607 | 212,679 | 17,526 | 30,280 | 3,742 | 24,224 | 2,148 | 28,957 | 1,477 | 43,921 | 456 | 31,264 | 213 | 30,846 | 31 | 11,077 | 10 | 7,312 | 4 | 4,798 |
| 31, 32, 33 | Manufacturing | 7,837 | 286,780 | 3,593 | 6,354 | 1,266 | 8,466 | 1,096 | 15,370 | 963 | 30,225 | 443 | 31,107 | 334 | 50,373 | 94 | 32,172 | 31 | 20,702 | 17 | 92,011 |
| 42 | Wholesale trade | 12,582 | 136,150 | 7,875 | 13,065 | 1,842 | 12,147 | 1,316 | 17,867 | 1,057 | 31,994 | 300 | 20,552 | 148 | 21,725 | 32 | 10,539 | * | * | * | * |
| 44, 45 | Retail trade | 19,286 | 329,263 | 8,427 | 16,799 | 4,274 | 28,560 | 3,278 | 44,248 | 1,864 | 55,328 | 755 | 52,503 | 539 | 78,577 | 139 | 46,175 | * | * | * | * |
| 48, 49 | Transportation and warehousing | 5,802 | 168,031 | 3,066 | 5,068 | 795 | 5,272 | 736 | 10,053 | 615 | 19,082 | 325 | 22,262 | 177 | 26,275 | 44 | 15,002 | 28 | 19,297 | 16 | 45,720 |
| 51 | Information | 8,248 | 166,700 | 6,251 | 9,283 | 818 | 5,351 | 534 | 7,320 | 402 | 12,329 | 114 | 7,647 | 70 | 10,286 | 27 | 9,386 | 18 | 12,195 | 14 | 92,903 |
| 52 | Finance and insurance | 10,357 | 95,397 | 6,676 | 11,768 | 2,091 | 13,650 | 846 | 10,957 | 447 | 13,571 | 157 | 10,899 | 104 | 15,694 | 24 | 8,641 | * | * | * | * |
| 53 | Real estate and rental and leasing | 8,282 | 60,596 | 5,916 | 10,635 | 1,258 | 8,131 | 571 | 7,631 | 369 | 11,229 | 89 | 5,776 | 62 | 8,961 | 12 | 4,157 | * | * | * | * |
| 54 | Professional and technical services | 36,874 | 263,469 | 28,676 | 42,921 | 3,801 | 24,656 | 2,235 | 30,052 | 1,395 | 41,793 | 452 | 30,950 | 232 | 34,457 | 43 | 15,277 | 23 | 15,391 | 17 | 27,972 |
| 55 | Management of companies and enterprises | 746 | 98,970 | 315 | 541 | 98 | 649 | 99 | 1,339 | 103 | 3,236 | 61 | 4,046 | 37 | 5,480 | 16 | 5,301 | 6 | 4,590 | 11 | 73,788 |
| 56 | Administrative and waste services | 13,702 | 178,550 | 9,005 | 14,735 | 1,921 | 12,569 | 1,223 | 16,494 | 911 | 27,623 | 359 | 24,739 | 200 | 30,120 | 54 | 19,212 | 16 | 10,827 | 13 | 22,231 |
| 61 | Educational services | 4,595 | 294,810 | 2,340 | 3,891 | 681 | 4,528 | 583 | 7,962 | 449 | 13,921 | 217 | 15,290 | 141 | 21,673 | 67 | 23,660 | 59 | 41,683 | 58 | 162,202 |
| 62 | Healthcare and social assistance | 22,570 | 520,590 | 12,050 | 19,609 | 3,894 | 26,235 | 2,956 | 39,755 | 2,140 | 65,470 | 820 | 57,082 | 496 | 73,383 | 112 | 38,255 | 46 | 31,958 | 56 | 168,843 |
| 71 | Arts, entertainment and recreation | 3,363 | 79,134 | 1,608 | 2,767 | 536 | 3,565 | 526 | 7,172 | 412 | 12,453 | 150 | 10,057 | 87 | 12,610 | 25 | 8,918 | 8 | 5,163 | 11 | 16,429 |
| 72 | Accommodation and food services | 17,836 | 278,714 | 5,450 | 10,432 | 3,791 | 25,753 | 4,284 | 60,367 | 3,441 | 100,773 | 683 | 44,924 | 153 | 21,339 | 26 | 9,082 | * | * | * | * |
| 81 | Other services, except public administration | 19,832 | 105,061 | 14,696 | 22,841 | 2,883 | 18,996 | 1,435 | 18,966 | 604 | 17,074 | 136 | 8,978 | 64 | 9,573 | * | * | N/A | N/A | * | * |
| 92 | Public administration | 2,495 | 190,428 | 936 | 1,408 | 362 | 2,478 | 308 | 4,307 | 363 | 11,387 | 190 | 13,193 | 165 | 24,884 | 88 | 31,540 | 44 | 30,427 | 39 | 70,804 |

[1] Asterisk used for suppressed data to avoid disclosure of individual employer information.

[2] Employment figures for establishments in size class 1-4 include employees who work more than 0.5 hours but less than 1.0 full time employee.

ER287

Covered employment classified by number of establishments, employment size[2] and three digit NAICS industry subsectors

Washington state, March 2024

Source: Employment Security Department/Labor Market Information and Research (LMIR)

Return to index

| 3-digit NAICS | Industry subsectors | Total Establishments | Total Employment | Establishments Size 1-4 | Employment[2] 1-4 | Establishments Size 5-9 | Employment 5-9 | Establishments Size 10-19 | Employment 10-19 | Establishments Size 20-49 | Employment 20-49 | Establishments Size 50-99 | Employment 50-99 | Establishments Size 100-249 | Employment 100-249 | Establishments Size 250-499 | Employment 250-499 | Establishments Size 500-999 | Employment 500-999 | Establishments Size 1,000+ | Employment 1,000+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 226,371 | 3,570,616 | 138,210 | 228,987 | 35,025 | 231,643 | 24,885 | 338,591 | 17,520 | 526,936 | 5,893 | 404,256 | 3,334 | 493,164 | 886 | 306,219 | 345 | 237,170 | 273 | 803,650 |
| 111 | Crop Production | 3,670 | 47,981 | 2,280 | 3,844 | 562 | 3,685 | 396 | 5,441 | 273 | 8,350 | 88 | 6,028 | 49 | 7,210 | 15 | 5,295 | 4 | 3,352 | 3 | 4,776 |
| 112 | Animal Production and Aquaculture | 661 | 6,654 | 392 | 716 | 116 | 782 | 78 | 1,079 | 46 | 1,302 | 19 | 1,304 | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 113 | Forestry and Logging | 377 | 3,101 | 230 | 422 | 63 | 410 | 45 | 571 | 29 | 926 | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 114 | Fishing, Hunting and Trapping | 151 | 829 | 119 | 218 | 17 | 99 | 8 | 103 | * | * | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 115 | Support Activities for Agriculture and Forestry | 750 | 24,060 | 442 | 709 | 104 | 702 | 64 | 878 | 55 | 1,723 | 26 | 1,868 | 30 | 5,067 | 20 | 6,874 | * | * | * | * |
| 211 | Oil and Gas Extraction | * | * | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 212 | Mining (except Oil and Gas) | 112 | 1,840 | 46 | 85 | 17 | 111 | 22 | 294 | 18 | 589 | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 213 | Support Activities for Mining | 28 | 210 | * | * | * | * | * | * | N/A | N/A | * | * | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 221 | Utilities | 606 | 20,604 | 273 | 558 | 89 | 594 | 96 | 1,380 | 82 | 2,492 | 35 | 2,600 | 19 | 2,829 | 4 | 1,595 | 4 | 3,052 | 4 | 5,504 |
| 236 | Construction of Buildings | 8,819 | 57,018 | 6,549 | 10,889 | 1,181 | 7,535 | 589 | 7,932 | 329 | 9,555 | 106 | 7,186 | 51 | 7,217 | 9 | 2,950 | 5 | 3,754 | N/A | N/A |
| 237 | Heavy and Civil Engineering Construction | 1,055 | 19,018 | 511 | 913 | 176 | 1,160 | 154 | 2,154 | 123 | 3,857 | 55 | 3,822 | 31 | 4,666 | * | * | * | * | N/A | N/A |
| 238 | Specialty Trade Contractors | 15,733 | 136,643 | 10,466 | 18,478 | 2,385 | 15,529 | 1,405 | 18,871 | 1,025 | 30,509 | 295 | 20,256 | 131 | 18,963 | 18 | 6,533 | 4 | 2,706 | 4 | 4,798 |
| 311 | Food Manufacturing | 1,126 | 38,612 | 439 | 778 | 180 | 1,161 | 192 | 2,721 | 149 | 4,632 | 75 | 5,517 | 63 | 10,131 | 20 | 7,291 | * | * | * | * |
| 312 | Beverage and Tobacco Product Manufacturing | 828 | 10,344 | 374 | 739 | 179 | 1,220 | 147 | 2,014 | 90 | 2,631 | 30 | 2,017 | 4 | 549 | 4 | 1,174 | N/A | N/A | N/A | N/A |
| 313 | Textile Mills | 27 | 452 | * | * | * | * | * | * | * | * | N/A | N/A | N/A | N/A | * | * | N/A | N/A | N/A | N/A |
| 314 | Textile Product Mills | 123 | 1,616 | 64 | 121 | 21 | 139 | * | * | 17 | 548 | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 315 | Apparel Manufacturing | 87 | 1,108 | 56 | 96 | 12 | 85 | 9 | 117 | 5 | 157 | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 316 | Leather and Allied Product Manufacturing | 23 | 356 | * | * | * | * | * | * | * | * | N/A | N/A | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 321 | Wood Product Manufacturing | 342 | 13,481 | 107 | 195 | 50 | 354 | 57 | 861 | 56 | 1,843 | 30 | 2,195 | 34 | 5,162 | * | * | * | * | N/A | N/A |
| 322 | Paper Manufacturing | 95 | 7,302 | 19 | 29 | 9 | 65 | 13 | 186 | 16 | 525 | 13 | 913 | 20 | 2,717 | * | * | * | * | N/A | N/A |
| 323 | Printing and Related Support Activities | 457 | 4,777 | 271 | 519 | 90 | 593 | 50 | 664 | 29 | 887 | * | * | 8 | 1,000 | * | * | N/A | N/A | N/A | N/A |
| 324 | Petroleum and Coal Products Manufacturing | 34 | 3,056 | 8 | 19 | 7 | 45 | * | * | 6 | 155 | * | * | * | * | * | * | N/A | N/A | N/A | N/A |
| 325 | Chemical Manufacturing | 407 | 7,904 | 242 | 367 | 65 | 430 | 35 | 508 | 35 | 1,146 | 14 | 936 | 10 | 1,576 | 3 | 1,086 | 3 | 1,855 | * | * |
| 326 | Plastics and Rubber Products Manufacturing | 192 | 7,120 | 75 | 110 | 19 | 131 | 24 | 336 | 29 | 1,006 | 22 | 1,392 | 19 | 2,614 | * | * | * | * | N/A | N/A |
| 327 | Nonmetallic Mineral Product Manufacturing | 312 | 8,432 | 108 | 190 | 47 | 311 | 49 | 668 | 59 | 1,854 | 30 | 2,026 | 16 | 2,576 | 3 | 807 | N/A | N/A | N/A | N/A |
| 331 | Primary Metal Manufacturing | 88 | 4,883 | 38 | 60 | 9 | 63 | 8 | 112 | 11 | 349 | 9 | 686 | * | * | * | * | * | * | * | * |
| 332 | Fabricated Metal Product Manufacturing | 979 | 18,411 | 395 | 758 | 189 | 1,257 | 169 | 2,405 | 138 | 4,319 | 54 | 3,733 | * | * | * | * | N/A | N/A | * | * |
| 333 | Machinery Manufacturing | 471 | 14,247 | 209 | 368 | 78 | 523 | 55 | 766 | 68 | 2,070 | 32 | 2,316 | 17 | 2,488 | * | * | * | * | * | * |
| 334 | Computer and Electronic Product Manufacturing | 443 | 18,268 | 218 | 345 | 56 | 380 | 42 | 553 | 50 | 1,564 | 31 | 2,166 | 26 | 3,722 | 15 | 5,417 | 5 | 4,121 | N/A | N/A |
| 335 | Electrical Equipment, Appliance, and Component Man | 162 | 5,306 | 94 | 152 | 21 | 135 | 14 | 194 | 16 | 501 | 8 | 502 | * | * | * | * | N/A | N/A | * | * |
| 336 | Transportation Equipment Manufacturing | 542 | 105,361 | 227 | 377 | 57 | 375 | 66 | 962 | 73 | 2,466 | 47 | 3,476 | 42 | 6,807 | 15 | 5,359 | 5 | 2,989 | 10 | 82,550 |
| 337 | Furniture and Related Product Manufacturing | 317 | 5,598 | 139 | 266 | 57 | 388 | 55 | 759 | 48 | 1,552 | 11 | 707 | * | * | * | * | N/A | N/A | N/A | N/A |
| 339 | Miscellaneous Manufacturing | 782 | 10,146 | 482 | 815 | 113 | 763 | 84 | 1,162 | 64 | 1,898 | 23 | 1,572 | * | * | * | * | * | * | N/A | N/A |
| 423 | Merchant Wholesalers, Durable Goods | 6,562 | 73,275 | 3,894 | 6,422 | 1,012 | 6,679 | 768 | 10,466 | 621 | 19,017 | 173 | 11,761 | 75 | 10,796 | * | * | * | * | * | * |
| 424 | Merchant Wholesalers, Nondurable Goods | 3,618 | 49,526 | 2,174 | 3,542 | 509 | 3,378 | 395 | 5,334 | 345 | 10,301 | 113 | 7,844 | 59 | 9,117 | 15 | 4,789 | 8 | 5,221 | N/A | N/A |
| 425 | Wholesale Trade Agents and Brokers | 2,402 | 13,349 | 1,807 | 3,101 | 321 | 2,090 | 153 | 2,067 | 91 | 2,676 | * | * | 14 | 1,812 | * | * | N/A | N/A | N/A | N/A |
| 441 | Motor Vehicle and Parts Dealers | 2,292 | 41,789 | 758 | 1,541 | 476 | 3,300 | 544 | 7,198 | 293 | 9,199 | 149 | 10,426 | 67 | 8,668 | 5 | 1,457 | N/A | N/A | N/A | N/A |
| 444 | Building Material and Garden Equipment and Supplies | 1,530 | 31,314 | 488 | 1,045 | 359 | 2,409 | 317 | 4,371 | 235 | 7,060 | * | * | 86 | 13,004 | * | * | N/A | N/A | N/A | N/A |
| 445 | Food and Beverage Retailers | 3,046 | 70,781 | 1,355 | 2,574 | 614 | 4,076 | 341 | 4,589 | 267 | 8,221 | 228 | 17,389 | 233 | 31,492 | 8 | 2,440 | * | * | N/A | N/A |
| 449 | Furniture, Home Furnishings, Electronics, and Applian | 1,673 | 19,702 | 874 | 1,788 | 352 | 2,342 | 231 | 3,030 | 146 | 4,283 | 45 | 2,965 | 17 | 2,413 | * | * | * | * | N/A | N/A |
| 455 | General Merchandise Retailers | 837 | 74,764 | 121 | 239 | 86 | 613 | 166 | 2,408 | 127 | 3,928 | 124 | 8,074 | 97 | 17,238 | 109 | 36,812 | * | * | * | * |
| 456 | Health and Personal Care Retailers | 1,716 | 17,219 | 736 | 1,437 | 320 | 2,166 | 451 | 6,216 | 170 | 4,575 | 32 | 1,844 | 7 | 981 | N/A | N/A | N/A | N/A | N/A | N/A |
| 457 | Gasoline Stations and Fuel Dealers | 1,787 | 13,869 | 751 | 1,843 | 623 | 4,106 | 307 | 3,860 | 91 | 2,435 | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 458 | Clothing, Clothing Accessories, Shoe, and Jewelry Re | 1,900 | 18,255 | 879 | 1,599 | 507 | 3,407 | 320 | 4,394 | 158 | 4,463 | 19 | 1,287 | 14 | 2,216 | 3 | 889 | N/A | N/A | N/A | N/A |
| 459 | Sporting Goods, Hobby, Musical Instrument, Book, an | 4,505 | 41,570 | 2,465 | 4,733 | 937 | 6,141 | 601 | 8,182 | 377 | 11,164 | 103 | 6,778 | 17 | 2,436 | * | * | * | * | N/A | N/A |
| 481 | Air Transportation | 154 | 18,260 | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * |
| 482 | Rail Transportation | * | * | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 483 | Water Transportation | 65 | 4,485 | 21 | 48 | 6 | 37 | 12 | 182 | 9 | 300 | 4 | 256 | * | * | N/A | N/A | * | * | * | * |
| 484 | Truck Transportation | 2,357 | 23,550 | 1,470 | 2,368 | 322 | 2,161 | 261 | 3,530 | 202 | 6,295 | 77 | 5,151 | * | * | * | * | N/A | N/A | N/A | N/A |
| 485 | Transit and Ground Passenger Transportation | 326 | 31,571 | 107 | 169 | 47 | 318 | 51 | 725 | 57 | 1,878 | 26 | 1,771 | 17 | 2,699 | 11 | 4,210 | 6 | 3,932 | 4 | 15,869 |
| 486 | Pipeline Transportation | 18 | 268 | * | * | * | * | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 487 | Scenic and Sightseeing Transportation | 72 | 402 | 51 | 58 | 11 | 69 | * | * | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 488 | Support Activities for Transportation | 1,251 | 25,998 | 643 | 1,227 | 214 | 1,408 | 174 | 2,375 | 122 | 3,615 | 51 | 3,452 | 33 | 4,986 | 8 | 2,785 | * | * | * | * |
| 492 | Couriers and Messengers | 536 | 20,332 | 203 | 246 | 55 | 354 | 61 | 808 | 68 | 2,283 | 51 | 3,558 | 11 | 1,663 | 8 | 2,336 | * | * | * | * |
| 493 | Warehousing and Storage | 471 | 31,260 | 192 | 271 | 51 | 335 | 57 | 757 | 62 | 1,924 | 42 | 2,992 | 44 | 6,437 | 9 | 2,787 | 9 | 6,510 | 5 | 9,247 |
| 512 | Motion Picture and Sound Recording Industries | 592 | 5,312 | 413 | 617 | 61 | 398 | 39 | 556 | 60 | 1,854 | 14 | 913 | * | * | * | * | N/A | N/A | N/A | N/A |
| 513 | Publishing Industries | 4,415 | 88,441 | 3,592 | 5,252 | 398 | 2,580 | 196 | 2,685 | 151 | 4,552 | 41 | 2,798 | 18 | 2,770 | 7 | 2,315 | 6 | 4,672 | 6 | 60,817 |
| 516 | Broadcasting and Content Providers | 371 | 15,833 | 236 | 406 | 40 | 257 | 47 | 616 | 22 | 730 | 11 | 730 | * | * | * | * | * | * | * | * |
| 517 | Telecommunications | 867 | 15,974 | 537 | 840 | 118 | 779 | 97 | 1,326 | 89 | 2,106 | 19 | 1,296 | 15 | 2,022 | 5 | 1,842 | * | * | * | * |
| 518 | Computing Infrastructure Providers, Data Processing, | 1,074 | 24,360 | 749 | 1,160 | 114 | 751 | 98 | 1,357 | 62 | 1,957 | 18 | 1,259 | 17 | 2,547 | 9 | 3,027 | 4 | 2,321 | 3 | 9,981 |
| 519 | Web Search Portals, Libraries, Archives, and Other In | 929 | 16,780 | 724 | 1,008 | 87 | 586 | 57 | 780 | 38 | 1,130 | 11 | 651 | 5 | 718 | * | * | * | * | * | * |
| 521 | Monetary Authorities-Central Bank | * | * | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| 522 | Credit Intermediation and Related Activities | 3,714 | 41,184 | 1,515 | 2,947 | 1,365 | 9,030 | 514 | 6,598 | 190 | 5,935 | 72 | 5,007 | 46 | 6,709 | 9 | 2,990 | 3 | 1,968 | N/A | N/A |
| 523 | Securities, Commodity Contracts, and Other Financial | 3,112 | 15,860 | 2,630 | 4,364 | 229 | 1,459 | 120 | 1,532 | 93 | 2,745 | 25 | 1,672 | * | * | * | * | N/A | N/A | N/A | N/A |
| 524 | Insurance Carriers and Related Activities | 3,423 | 37,867 | 2,438 | 4,382 | 490 | 3,119 | 207 | 2,760 | 163 | 4,862 | 60 | 4,220 | 44 | 7,176 | 13 | 4,901 | N/A | N/A | N/A | N/A |
| 525 | Funds, Trusts, and Other Financial Vehicles | 100 | 339 | * | * | * | * | N/A | N/A | N/A | N/A | * | * | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 531 | Real Estate | 7,202 | 50,026 | 5,353 | 9,505 | 1,013 | 6,510 | 422 | 5,614 | 271 | 8,187 | 76 | 4,973 | 52 | 7,595 | * | * | * | * | N/A | N/A |
| 532 | Rental and Leasing Services | 1,024 | 10,199 | 528 | 1,073 | 233 | 1,551 | 146 | 1,975 | 92 | 2,840 | 13 | 803 | * | * | * | * | N/A | N/A | N/A | N/A |
| 533 | Lessors of Nonfinancial Intangible Assets (except Cop | 56 | 371 | 35 | 57 | 12 | 70 | 3 | 42 | 6 | 202 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 541 | Professional, Scientific, and Technical Services | 36,874 | 263,469 | 28,676 | 42,921 | 3,801 | 24,656 | 2,235 | 30,052 | 1,395 | 41,793 | 452 | 30,950 | 232 | 34,457 | 43 | 15,277 | 23 | 15,391 | 17 | 27,972 |
| 551 | Management of Companies and Enterprises | 746 | 98,970 | 315 | 541 | 98 | 649 | 99 | 1,339 | 103 | 3,236 | 61 | 4,046 | 37 | 5,480 | 16 | 5,301 | 11 | 4,590 | 11 | 73,788 |
| 561 | Administrative and Support Services | 12,923 | 159,905 | 8,621 | 14,019 | 1,793 | 11,728 | 1,119 | 15,108 | 816 | 24,942 | 319 | 21,980 | 177 | 26,519 | 52 | 18,473 | 16 | 10,827 | 10 | 16,309 |
| 562 | Waste Management and Remediation Services | 779 | 18,645 | 384 | 716 | 128 | 841 | 104 | 1,386 | 95 | 2,681 | 40 | 2,759 | * | * | * | * | N/A | N/A | N/A | N/A |
| 611 | Educational Services | 4,595 | 294,810 | 2,340 | 3,891 | 681 | 4,528 | 583 | 7,962 | 449 | 13,921 | 217 | 15,290 | 141 | 21,673 | 67 | 23,660 | 59 | 41,683 | 58 | 162,202 |
| 621 | Ambulatory Health Care Services | 12,204 | 175,037 | 5,589 | 10,609 | 2,831 | 19,150 | 2,019 | 26,732 | 1,150 | 34,468 | 367 | 25,052 | 183 | 27,863 | 49 | 16,626 | 11 | 6,959 | 5 | 7,578 |
| 622 | Hospitals | 250 | 140,085 | 82 | 106 | 19 | 128 | 9 | 122 | 21 | 751 | 11 | 811 | 31 | 5,562 | 22 | 7,864 | 17 | 12,347 | 38 | 112,394 |
| 623 | Nursing and Residential Care Facilities | 2,888 | 66,538 | 1,635 | 2,864 | 286 | 1,811 | 198 | 2,670 | 338 | 11,477 | 256 | 18,237 | 156 | 21,006 | 13 | 4,464 | 6 | 4,009 | N/A | N/A |
| 624 | Social Assistance | 7,228 | 138,930 | 4,744 | 6,030 | 758 | 5,146 | 730 | 10,231 | 631 | 18,774 | 186 | 12,982 | 126 | 18,952 | 28 | 9,301 | 12 | 8,643 | 13 | 48,871 |
| 711 | Performing Arts, Spectator Sports, and Related Indust | 767 | 12,109 | 530 | 833 | 86 | 546 | 62 | 832 | 44 | 1,352 | 17 | 1,115 | 18 | 2,601 | * | * | * | * | N/A | N/A |
| 712 | Museums, Historical Sites, and Similar Institutions | 283 | 7,742 | 135 | 266 | 45 | 296 | 45 | 632 | 30 | 951 | 16 | 1,010 | * | * | * | * | N/A | N/A | N/A | N/A |
| 713 | Amusement, Gambling, and Recreation Industries | 2,313 | 59,283 | 943 | 1,668 | 405 | 2,723 | 419 | 5,708 | 338 | 10,150 | 117 | 7,932 | 62 | 8,895 | 14 | 5,472 | 8 | 5,163 | 7 | 11,572 |
| 721 | Accommodation | 1,519 | 32,296 | 585 | 1,078 | 236 | 1,608 | 267 | 3,741 | 305 | 9,229 | 68 | 4,676 | 43 | 6,009 | * | * | * | * | N/A | N/A |

ER288

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 722 | Food Services and Drinking Places | 16,317 | 246,418 | 4,865 | 9,354 | 3,555 | 24,145 | 4,017 | 56,626 | 3,136 | 91,544 | 615 | 40,248 | 110 | 15,330 | 13 | 4,602 | * | * | * | * |
| 811 | Repair and Maintenance | 4,397 | 29,072 | 2,591 | 5,090 | 1,040 | 6,926 | 526 | 6,997 | 191 | 5,302 | 39 | 2,599 | 6 | 1,081 | 4 | 1,077 | N/A | N/A | N/A | N/A |
| 812 | Personal and Laundry Services | 4,855 | 32,397 | 2,984 | 5,937 | 1,083 | 7,099 | 510 | 6,719 | 213 | 5,945 | 44 | 2,809 | 17 | 2,488 | 4 | 1,400 | N/A | N/A | N/A | N/A |
| 813 | Religious, Grantmaking, Civic, Professional, and Simil | 4,819 | 36,845 | 3,437 | 5,604 | 689 | 4,530 | 394 | 5,187 | 199 | 5,794 | 53 | 3,570 | 41 | 6,004 | * | * | N/A | N/A | * | N/A |
| 814 | Private Households | 5,761 | 6,747 | 5,684 | 6,210 | 71 | 441 | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | * | N/A |
| 921 | Executive, Legislative, and Other General Governmen | 683 | 85,701 | 194 | 340 | 95 | 627 | 87 | 1,236 | 95 | 3,074 | 63 | 4,392 | 62 | 9,563 | 45 | 15,877 | 25 | 16,602 | 17 | 33,990 |
| 922 | Justice, Public Order, and Safety Activities | 603 | 33,393 | 225 | 322 | 95 | 670 | 70 | 1,001 | 89 | 2,687 | 47 | 3,217 | 44 | 6,982 | 19 | 6,733 | 10 | 6,582 | 4 | 5,199 |
| 923 | Administration of Human Resource Programs | 366 | 33,461 | 154 | 229 | 38 | 276 | 43 | 600 | 57 | 1,801 | 26 | 1,942 | 23 | 3,250 | 10 | 3,687 | 5 | 3,737 | 10 | 17,939 |
| 924 | Administration of Environmental Quality Programs | 319 | 9,943 | 125 | 193 | 45 | 294 | 48 | 642 | 59 | 1,872 | 25 | 1,689 | * | * | * | * | * | * | * | * |
| 925 | Administration of Housing Programs, Urban Planning, | 53 | 1,309 | 25 | 48 | 9 | 69 | 7 | 87 | 5 | 149 | * | * | * | * | * | * | N/A | N/A | N/A | N/A |
| 926 | Administration of Economic Programs | 393 | 15,266 | 185 | 255 | 73 | 501 | 46 | 648 | 45 | 1,384 | 17 | 1,128 | 17 | 2,657 | * | * | * | * | * | * |
| 927 | Space Research and Technology | * | * | N/A | N/A | N/A | N/A | N/A | N/A | 1 | 28 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 928 | National Security and International Affairs | 77 | 11,327 | 28 | 21 | 7 | 41 | 7 | 93 | 12 | 392 | 7 | 448 | 6 | 821 | * | * | * | * | * | * |

Back to top

**ER289**

Covered employment classified by number of establishments, employment size[2] and county

Washington state, March 2024

Source: Employment Security Department/Labor Market Information and Research (LMIR)

Return to index

| County | Total Establishments | Total Employment | Establishments Size 1-4 | Employment[2] 1-4 | Establishments Size 5-9 | Employment 5-9 | Establishments Size 10-19 | Employment 10-19 | Establishments Size 20-49 | Employment 20-49 | Establishments Size 50-99 | Employment 50-99 | Establishments Size 100-249 | Employment 100-249 | Establishments Size 250-499 | Employment 250-499 | Establishments Size 500-999 | Employment 500-999 | Establishments Size 1,000+ | Employment 1,000+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 226,371 | 3,570,616 | 138,210 | 228,987 | 35,025 | 231,643 | 24,885 | 338,591 | 17,520 | 526,936 | 5,893 | 404,256 | 3,334 | 493,164 | 886 | 306,219 | 345 | 237,170 | 273 | 803,650 |
| Adams | 652 | 8,467 | 392 | 653 | 109 | 701 | 67 | 892 | 59 | 1,705 | 13 | 934 | 7 | 1,152 | * | * | * | * | N/A | N/A |
| Asotin | 518 | 6,914 | 285 | 504 | 96 | 618 | 70 | 944 | 42 | 1,247 | 16 | 1,206 | * | * | * | * | * | * | N/A | N/A |
| Benton | 5,188 | 95,593 | 2,835 | 4,971 | 885 | 5,937 | 683 | 9,287 | 493 | 14,609 | 168 | 11,522 | 83 | 11,831 | 19 | 6,669 | 11 | 7,167 | 11 | 23,600 |
| Chelan | 3,101 | 43,162 | 1,757 | 3,121 | 586 | 3,882 | 402 | 5,467 | 233 | 6,710 | 58 | 3,921 | 38 | 5,805 | 18 | 6,274 | * | * | * | * |
| Clallam | 2,196 | 24,434 | 1,370 | 2,331 | 391 | 2,577 | 227 | 3,036 | 132 | 4,023 | 40 | 2,804 | 23 | 3,511 | * | * | * | * | * | * |
| Clark | 14,544 | 181,550 | 9,305 | 15,078 | 2,132 | 13,980 | 1,530 | 20,753 | 1,020 | 30,292 | 318 | 21,776 | 170 | 25,243 | 44 | 15,828 | 11 | 7,656 | 14 | 30,944 |
| Columbia | 176 | 1,577 | 115 | 195 | 38 | 253 | 12 | 173 | 4 | 107 | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| Cowlitz | 2,608 | 40,786 | 1,481 | 2,536 | 441 | 2,927 | 339 | 4,576 | 203 | 6,163 | 75 | 5,266 | 48 | 7,018 | 11 | 3,713 | * | * | * | * |
| Douglas | 1,088 | 12,386 | 688 | 1,158 | 156 | 1,024 | 108 | 1,446 | 90 | 2,623 | 25 | 1,671 | * | * | * | * | * | * | N/A | N/A |
| Ferry | 262 | 1,657 | 189 | 317 | 44 | 281 | 16 | 230 | 5 | 159 | 7 | 529 | 1 | 141 | N/A | N/A | N/A | N/A | N/A | N/A |
| Franklin | 2,254 | 35,271 | 1,255 | 2,228 | 396 | 2,627 | 272 | 3,674 | 212 | 6,475 | 71 | 4,849 | 30 | 4,455 | 12 | 4,583 | * | * | * | * |
| Garfield | 69 | 645 | 44 | 65 | 14 | 90 | 3 | 41 | 3 | 83 | 5 | 366 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Grant | 2,587 | 41,628 | 1,420 | 2,507 | 447 | 2,981 | 332 | 4,499 | 241 | 7,251 | 81 | 5,504 | 39 | 5,747 | 21 | 7,507 | 3 | 2,055 | 3 | 3,577 |
| Grays Harbor | 1,785 | 23,643 | 1,013 | 1,819 | 315 | 2,069 | 237 | 3,096 | 141 | 4,240 | 41 | 2,826 | 24 | 3,699 | 11 | 3,837 | 3 | 2,057 | N/A | N/A |
| Island | 2,044 | 18,393 | 1,310 | 2,247 | 354 | 2,317 | 215 | 2,947 | 115 | 3,285 | 23 | 1,470 | * | * | * | * | * | * | * | * |
| Jefferson | 1,013 | 8,978 | 626 | 1,089 | 204 | 1,367 | 100 | 1,306 | 58 | 1,724 | 16 | 1,130 | * | * | * | * | N/A | N/A | * | * |
| King | 78,420 | 1,446,932 | 48,181 | 79,587 | 11,631 | 76,926 | 8,364 | 114,097 | 6,077 | 184,030 | 2,268 | 155,673 | 1,313 | 195,808 | 335 | 114,902 | 133 | 90,530 | 118 | 435,379 |
| Kitsap | 6,485 | 93,542 | 3,956 | 6,679 | 1,044 | 6,850 | 788 | 10,754 | 456 | 13,628 | 138 | 9,322 | 71 | 9,629 | 16 | 5,368 | 7 | 5,327 | 9 | 25,985 |
| Kittitas | 1,376 | 17,620 | 821 | 1,501 | 255 | 1,698 | 145 | 1,958 | 111 | 3,316 | 24 | 1,614 | 12 | 1,627 | * | * | * | * | * | * |
| Klickitat | 775 | 6,927 | 515 | 855 | 133 | 853 | 53 | 718 | 50 | 1,517 | 14 | 958 | 7 | 1,048 | * | * | N/A | N/A | N/A | N/A |
| Lewis | 2,144 | 26,746 | 1,230 | 2,166 | 405 | 2,683 | 244 | 3,295 | 185 | 5,570 | 40 | 2,759 | 28 | 4,225 | 6 | 3,445 | * | * | N/A | N/A |
| Lincoln | 432 | 2,640 | 320 | 450 | 61 | 401 | 25 | 323 | 15 | 482 | 7 | 429 | 4 | 555 | N/A | N/A | N/A | N/A | N/A | N/A |
| Mason | 1,175 | 14,430 | 742 | 1,307 | 201 | 1,327 | 119 | 1,606 | 70 | 2,101 | 21 | 1,481 | 13 | 2,178 | 5 | 1,781 | 4 | 2,649 | N/A | N/A |
| Okanogan | 1,577 | 16,126 | 985 | 1,774 | 308 | 2,031 | 154 | 2,139 | 71 | 2,276 | 33 | 2,197 | 19 | 2,847 | * | * | * | * | N/A | N/A |
| Pacific | 669 | 6,475 | 390 | 684 | 134 | 897 | 72 | 990 | 54 | 1,607 | 8 | 595 | 11 | 1,702 | N/A | N/A | N/A | N/A | N/A | N/A |
| Pend Oreille | 332 | 3,135 | 227 | 383 | 60 | 388 | 23 | 304 | 12 | 335 | 5 | 391 | * | * | * | * | N/A | N/A | N/A | N/A |
| Pierce | 19,810 | 332,454 | 11,496 | 19,289 | 3,242 | 21,576 | 2,355 | 32,004 | 1,689 | 50,628 | 528 | 35,952 | 357 | 52,610 | 82 | 29,260 | 31 | 21,581 | 30 | 69,554 |
| San Juan | 1,009 | 5,682 | 700 | 1,213 | 164 | 1,056 | 102 | 1,364 | 34 | 1,012 | 5 | 348 | * | * | * | * | N/A | N/A | N/A | N/A |
| Skagit | 3,708 | 53,071 | 2,057 | 3,673 | 668 | 4,428 | 509 | 7,003 | 303 | 8,949 | 92 | 6,195 | 50 | 7,176 | 17 | 5,739 | 9 | 5,670 | 3 | 4,238 |
| Skamania | 248 | 2,137 | 161 | 271 | 44 | 278 | 21 | 278 | 13 | 361 | * | * | * | * | * | * | N/A | N/A | N/A | N/A |
| Snohomish | 19,593 | 298,105 | 11,786 | 20,020 | 3,096 | 20,399 | 2,218 | 30,232 | 1,570 | 46,930 | 545 | 37,638 | 274 | 39,724 | 70 | 23,596 | 17 | 11,827 | 17 | 67,739 |
| Spokane | 14,919 | 242,615 | 8,448 | 13,967 | 2,354 | 15,652 | 1,808 | 24,490 | 1,471 | 44,697 | 488 | 33,756 | 256 | 37,075 | 56 | 19,490 | 22 | 15,420 | 16 | 38,068 |
| Stevens | 970 | 11,468 | 613 | 1,082 | 155 | 998 | 103 | 1,354 | 54 | 1,556 | 22 | 1,479 | 16 | 2,444 | * | * | * | * | N/A | N/A |
| Thurston | 8,087 | 128,352 | 4,894 | 8,256 | 1,253 | 8,352 | 935 | 12,910 | 647 | 19,754 | 181 | 12,310 | 109 | 16,186 | 34 | 11,639 | 19 | 13,327 | 15 | 25,618 |
| Wahkiakum | 131 | 738 | 94 | 144 | 18 | 114 | 12 | 157 | * | * | * | * | * | * | N/A | N/A | N/A | N/A | N/A | N/A |
| Walla Walla | 1,729 | 28,214 | 1,059 | 1,823 | 265 | 1,755 | 191 | 2,575 | 140 | 4,136 | 37 | 2,470 | 19 | 2,914 | 9 | 3,346 | 4 | 2,731 | 5 | 6,464 |
| Whatcom | 7,065 | 93,420 | 4,106 | 7,009 | 1,204 | 8,019 | 837 | 11,453 | 623 | 18,721 | 166 | 11,262 | 94 | 14,183 | 22 | 7,126 | 7 | 5,181 | 6 | 10,466 |
| Whitman | 1,203 | 19,292 | 748 | 1,217 | 205 | 1,360 | 115 | 1,574 | 95 | 2,867 | 24 | 1,552 | 9 | 1,312 | * | * | N/A | N/A | * | * |
| Yakima | 6,105 | 113,562 | 3,329 | 5,751 | 1,035 | 6,857 | 829 | 11,363 | 528 | 15,750 | 204 | 14,158 | 112 | 16,937 | 39 | 13,093 | 20 | 13,967 | 9 | 15,686 |
| Multiple Counties | 8,019 | 59,587 | 7,029 | 8,693 | 451 | 2,903 | 231 | 3,034 | 186 | 5,603 | 74 | 5,137 | 30 | 4,642 | 9 | 3,119 | 4 | 2,805 | 5 | 23,651 |
| Out of State | 305 | 2,262 | 238 | 374 | 31 | 211 | 19 | 249 | 10 | 289 | * | * | * | * | * | * | N/A | N/A | N/A | N/A |

[1] Asterisk used for suppressed data to avoid disclosure of individual employer information

[2] Employment figures for establishments in size class 1-4 include employees who work more than 0.5 hours but less than 1.0 full time employee

Back to top

ER290

# Exhibit L
# Osborne Declaration

**From:** "REDACTED@hotmail.com" <REDACTED@hotmail.com>

**To:** <REDACTED@atg.wa.gov>

**Subject:** Contact AGO - Seattle Pacific University Board of Trustees Breach of Fiduciary Duty - Legal Action Requested

**Date:** Thu, 26 May 2022 23:34:43 +0000

**Importance:** Normal

**Attachments:** SaveData.txt

---

[EXTERNAL]

The following message has been submitted to staff at the Attorney General's Office.  While we make every effort to respond promptly, depending on the
complexity of your request and the volume of messages received, it may take more time for our staff to respond.  We appreciate your patience. Please do
not respond directly to this message as the ATG WWW Email AGO mailbox is unmonitored.  If you need to reach us again, please return to this form:
https://gcc02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Ffortress.wa.gov%2Fatg%2Fformhandler%2Fago%2FContactForm.aspx&amp;data=05%7C01%7C
emailago2%40ATG.WA.GOV%7C31ced0d0437446bb57fb08da3f705330%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0
%7C1%7C637892048914835475%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=ez60uiPhe8CCy998myPuuHb5%2BGxNiKB0r
wI7GCR448c%3D&amp;reserved=0

Matheson, Annabell

Email Address: REDACTED@hotmail.com

Address:
REDACTED
REDACTED

Address Type: Work

Phone:
Phone Type: Home



> **Exhibit**
> **25**
> 04/15/2025

Subject:  Seattle Pacific University Board of Trustees Breach of Fiduciary Duty - Legal Action Requested

Message: The Seattle Pacific University community requests legal action from the Office of the Attorney General to sue the Board of Trustees for Breach of Fiduciary Duty. The Board has chosen to uphold discriminatory employment practices on the basis of sexual orientation and gender identity which has:

-Deeply hurt the SPU community and its mission of diversity and inclusion,
-Resulted in loss of funding as many alumnae have committed to withholding donations until these discriminatory practices are removed,
-Led over 50 faculty members to leave the school in the past year, hurting its educational programs,
-Caused student enrollment and recruitment drop, which negatively impacts its financial income,
-Brought negative media attention against the school which damages its reputation,
-Gone against the majority of the faculty, staff, and students who have voted and petioles against the discriminatory practices, altogether leading to damages to the institution that is detrimental to its academics, finances, community and mission. They have failed to mitigate the resulting damages of their decisions which further constitutes a breach of their

**ER292**

1

fiduciary duty.

Additionally, Seattle Pacific University maintains that it is an ecumenical institution which means that faculty and staff must be Christian, but can be of any denomination, which includes those that are affirming of the LGBTQ+ community. The Board of Trustees' decision to maintain discriminatory employment practices to maintain its Free Methodist roots goes against the institution's mission to include employees from any Christian tradition, including those from LGBTQ+ affirming traditions.

We also believe the Board is not acting in alignment with "SPU's Diversity Commitment," which includes the following:

"We challenge ourselves to consciously examine the impact of our curricula, policies, and practices and to continue to create a learning environment where all students can flourish. Our commitment, then, is fourfold and communicated through the broad goal areas of the SPU Strategic Diversity Framework:

Reflecting the diversity of God's kingdom. This goal focuses on developing comprehensive strategies for attracting, welcoming, and retaining diverse students, faculty, and staff.
Cultivating diversity and reconciliation competencies. This goal focuses on creating a learning environment where all students, faculty, and staff develop the competencies needed to facilitate understanding, healing, and reconciliation across differences.
Fostering an environment of belonging. This goal focuses on promoting respect and dignity for all members of the SPU community and removing barriers to meaningful participation in the life of our campus.
Maximizing resources for equitable outcomes. This goal focuses on leveraging University resources toward the alleviation of disparities in student outcomes and experiences." (Source: https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fspu.edu%2Fdiversity%2Fspu-diversity-commitment%2Fdiversity-statement&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7C31ced0d0437446bb57fb08da3f705330%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892048914835475%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=%2BvqDw%2BJsd7zBCYlgN8brSI7A%2FhtgniIe4eDXdn%2FuWXQ%3D&amp;reserved=0)

Please also see SPU's Faculty Statement of No Confidence Document listing concerns and breaches of duties by the Board. The statement prefaces its list of concerns with the statement that "We presume that each member of the Board - like each of us - wants the institution to thrive. We are all motivated by those fundamental duties that each Board member is legally bound by: the 'Duty of Care' that requires us to use our best judgment in making decisions on behalf of the organization, the 'Duty of Loyalty' that attempts to discern what is in the best interests of the institution, and the 'Duty of Obedience' that ensures we adhere to SPU's Christian mission as well as to civil law. But we fear that the Board's actions imperil the ability of SPU and its community to flourish." Complete document linked here:
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fthefalcon.online%2F10385%2Fnews%2Ffaculty-release-statement-of-no-confidence-in-board-of-trustees%2F&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7C31ced0d0437446bb57fb08da3f705330%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892048914835475%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=pkepQmuYEUnq3YOyhNCaZSgnjD0M8ejYLAJIZ5nTXxQ%3D&amp;reserved=0)

See also Seattle Times article "Seattle Pacific University faculty votes 'no confidence' in leadership after board upholds discriminatory hiring policy": https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.seattletimes.com%2Feducation-lab%2Fseattle-pacific-university-faculty-votes-no-confidence-in-school-leadership-after-board-upholds-discriminatory-hiring-policy%2F&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7C31ced0d0437446bb57fb08da3f705330%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892048914835475%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=kpYwyAwd04pN2cqgHHIZVv8Qcuy1374MLmy70VPNPdQ%3D&amp;reserved=0

We ask that you please consider helping our community as we have taken every measure that we can to challenge the Board to this point, with no success. Our goal is to remove the Board of Trustees based on their breach of fiduciary duty for not acting in the best interest of the non-profit organization they manage—Seattle Pacific University.

**ER293**

AGO_000002

Previous Contact: No
Date:

Regarding:


Declared By Name and Date:
Name: Annabell Matheson
Date: 5.26.2022


Submitted on: 5/26/2022 4:34:42 PM


Consumer protection issues constantly change, with new scams and threats emerging every week.  To be automatically notified, please consider
signing up for one or more of our newsletters (https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Feepurl.com%2Fbd6bM5&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7C31ced0d0437446bb57fb08da3f705330%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892048914835475%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=KPOAB6EEi9UjRZNDXPOK44DLJgDu1VfTDpIEdtXEdsQ%3D&amp;reserved=0) to keep up-to-date on the latest AGO news, opinions, consumer alerts,
Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter (https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.twitter.com%2Fagowa&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7C31ced0d0437446bb57fb08da3f705330%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892048914835475%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=XaSDYORRuW90zl2lgcswCyDC0PaAfrMvaPvzxR%2FK%2BKc%3D&amp;reserved=0), YouTube (https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.youtube.com%2Fwashingtonago&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7C31ced0d0437446bb57fb08da3f705330%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892048914835475%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=sHlu4NWNJhJ0ewMOYmnnkcNP7j6SPLj5BfULEfoIQ7E%3D&amp;reserved=0) and Facebook (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.facebook.com%2FWAStateAttorneyGeneral&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7C31ced0d0437446bb57fb08da3f705330%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892048914835475%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C2000%7C%7C%7C&amp;sdata=6XlDney%2FK9U7OQHiZ6SBj%2Fyg7a3ruYwPBxuxdi3nO%2B8%3D&amp;reserved=0).

**ER294**

AGO_000003

From: "REDACTED@gmail.com" <REDACTED@gmail.com>

To: <REDACTED@atg.wa.gov>

Subject: Contact AGO - Seattle Pacific University Board of Trustees Breach of Fiduciary Duty - Legal Action Requested

Date: Fri, 27 May 2022 05:07:06 +0000

Importance: Normal

Attachments: SaveData.txt

---

[EXTERNAL]

The following message has been submitted to staff at the Attorney General's Office.  While we make every effort to respond promptly, depending on the
complexity of your request and the volume of messages received, it may take more time for our staff to respond.  We appreciate your patience. Please do
not respond directly to this message as the ATG WWW Email AGO mailbox is unmonitored.  If you need to reach us again, please return to this form:
https://gcc02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Ffortress.wa.gov%2Fatg%2Fformhandler%2Fago%2FContactForm.aspx&amp;data=05%7C01%7C
emailago2%40ATG.WA.GOV%7Cd95cf4849ef04672276408da3f9ec27a%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0
%7C1%7C637892248363607859%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJ
BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=WqRKVtXhqPhsEkD9gsiKLYJcEf5eW%2FK
5dh8Y5tX6%2Fec%3D&amp;reserved=0

Long, Keelan

Email Address: REDACTED@gmail.com

Address:

REDACTED
REDACTED

Address Type: Home

Phone:
Phone Type: Home

Subject:  Seattle Pacific University Board of Trustees Breach of Fiduciary Duty - Legal Action Requested

Message: The Seattle Pacific University community requests legal action from the Office of the Attorney General to sue the Board of Trustees for Breach of Fiduciary Duty. The Board has chosen to uphold discriminatory employment practices on the basis of sexual orientation and gender identity which has:

-Deeply hurt the SPU community and its mission of diversity and inclusion,
-Resulted in loss of funding as many alumnae have committed to withholding donations until these discriminatory practices are removed,
-Led over 50 faculty members to leave the school in the past year, hurting its educational programs,
-Caused student enrollment and recruitment drop, which negatively impacts its financial income,
-Brought negative media attention against the school which damages its reputation,
-Gone against the majority of the faculty, staff, and students who have voted and petioles against the discriminatory practices, altogether leading to damages to the institution that is detrimental to its academics, finances, community and mission. They have failed to mitigate the resulting damages of their decisions which further constitutes a breach of their

**Exhibit 26**
04/15/2025

**ER295**

AGO_000006

fiduciary duty.

Additionally, Seattle Pacific University maintains that it is an ecumenical institution which means that faculty and staff must be Christian, but can be of any denomination, which includes those that are affirming of the LGBTQ+ community. The Board of Trustees' decision to maintain discriminatory employment practices to maintain its Free Methodist roots goes against the institution's mission to include employees from any Christian tradition, including those from LGBTQ+ affirming traditions.

We also believe the Board is not acting in alignment with "SPU's Diversity Commitment," which includes the following:

"We challenge ourselves to consciously examine the impact of our curricula, policies, and practices and to continue to create a learning environment where all students can flourish. Our commitment, then, is fourfold and communicated through the broad goal areas of the SPU Strategic Diversity Framework:

Reflecting the diversity of God's kingdom. This goal focuses on developing comprehensive strategies for attracting, welcoming, and retaining diverse students, faculty, and staff.
Cultivating diversity and reconciliation competencies. This goal focuses on creating a learning environment where all students, faculty, and staff develop the competencies needed to facilitate understanding, healing, and reconciliation across differences.
Fostering an environment of belonging. This goal focuses on promoting respect and dignity for all members of the SPU community and removing barriers to meaningful participation in the life of our campus.
Maximizing resources for equitable outcomes. This goal focuses on leveraging University resources toward the alleviation of disparities in student outcomes and experiences." (Source: https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fspu.edu%2Fdiversity%2Fspu-diversity-commitment%2Fdiversity-statement&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7Cd95cf4849ef04672276408da3f9ec27a%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892248363607859%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=yo076kyjz9rGbTe9Hs%2BUxtMSOi4gV%2Fqv%2BcAOaP7WVX0%3D&amp;reserved=0)

Please also see SPU's Faculty Statement of No Confidence Document listing concerns and breaches of duties by the Board. The statement prefaces its list of concerns with the statement that "We presume that each member of the Board - like each of us - wants the institution to thrive. We are all motivated by those fundamental duties that each Board member is legally bound by: the 'Duty of Care' that requires us to use our best judgment in making decisions on behalf of the organization, the 'Duty of Loyalty' that attempts to discern what is in the best interests of the institution, and the 'Duty of Obedience' that ensures we adhere to SPU's Christian mission as well as to civil law. But we fear that the Board's actions imperil the ability of SPU and its community to flourish." Complete document linked here: https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fthefalcon.online%2F10385%2Fnews%2Ffaculty-release-statement-of-no-confidence-in-board-of-trustees%2F&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7Cd95cf4849ef04672276408da3f9ec27a%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892248363607859%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=CQS0Ri4TATF8oelwZT5hECT2jblCcKJCA8H9C0i9Pig%3D&amp;reserved=0)

See also Seattle Times article "Seattle Pacific University faculty votes 'no confidence' in leadership after board upholds discriminatory hiring policy": https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.seattletimes.com%2Feducation-lab%2Fseattle-pacific-university-faculty-votes-no-confidence-in-school-leadership-after-board-upholds-discriminatory-hiring-policy%2F&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7Cd95cf4849ef04672276408da3f9ec27a%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892248363607859%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=zeR5%2FjyWmuqXfr2uoDBRGR6M8SUH%2FIvKgrnw3WJeE1g%3D&amp;reserved=0

We ask that you please consider helping our community as we have taken every measure that we can to challenge the Board to this point, with no success. Our goal is to remove the Board of Trustees based on their breach of fiduciary duty for not acting in the best interest of the non-profit organization they manage—Seattle Pacific University.

**ER296**

AGO_000007

Previous Contact: No
Date:

Regarding:


Declared By Name and Date:
Name: Keelan Long
Date: May 26 2022


Submitted on: 5/26/2022 10:07:06 PM


Consumer protection issues constantly change, with new scams and threats emerging every week.  To be automatically notified, please consider
signing up for one or more of our newsletters (https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Feepurl.com%2Fbd6bM5&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7Cd95cf4849ef04672276408da3f9ec27a%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892248363607859%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=4XZNkcDzdJdMQjLUb9FE32d%2B9INAQcY%2BHpn6BO2iLUU%3D&amp;reserved=0) to keep up-to-date on the latest AGO news, opinions, consumer alerts,
Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter (https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.twitter.com%2Fagowa&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7Cd95cf4849ef04672276408da3f9ec27a%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892248363607859%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=oFFFGwdTmYL3stqE0rEDeCXLSmyY3KPbdRo7yenXnj0%3D&amp;reserved=0), YouTube (https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.youtube.com%2Fwashingtonago&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7Cd95cf4849ef04672276408da3f9ec27a%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892248363607859%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=zhXSH4oAC3%2BeCajJfFa%2BI3jYUeHJFIk%2BtC%2FQUN7sY3c%3D&amp;reserved=0) and Facebook (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.facebook.com%2FWAStateAttorneyGeneral&amp;data=05%7C01%7Cemailago2%40ATG.WA.GOV%7Cd95cf4849ef04672276408da3f9ec27a%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C1%7C637892248363607859%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=InzOBIARxEv%2FuonS8krKCyAQdeKWTUc61vTk6rtjY1w%3D&amp;reserved=0).

# Exhibit M
# Osborne Declaration

ER298



**Bob Ferguson**
# ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue • Suite 2000 • MS TB 14 • Seattle WA  98104
(206) 464-7744

June 8, 2022

**SENT VIA FEDEX AND EMAIL**

Nicholas Glancy
Assistant Vice Principal for Risk Management and University Counsel
Risk Management, DH 250
509 West Bertona
Seattle, WA 98119
nglancy@spu.edu

RE:    **Employment practices at Seattle Pacific University**

Dear Nicholas Glancy:

The Washington State Attorney General's Office (AGO) works to protect the civil rights of all Washingtonians, including the right  to employment free from discrimination on the basis of any protected class, including religion and sexual orientation. The AGO has recently learned about possible discriminatory employment policies and practices by Seattle Pacific University (University) that may violate the Washington Law Against Discrimination (WLAD), RCW 49.60. We understand that you are the University's counsel. I am writing to inform you that the AGO is opening an inquiry to determine whether the University is meeting its obligations under state law.

Specifically, we have learned of information that suggests that the University may utilize employment policies and practices that permit or require discrimination on the basis of sexual orientation, including by prohibiting same-sex marriage and activity. *See Woods v. Seattle's Union Gospel Mission*, 197 Wn.2d 231, 246, 481 P.3d 1060 (2021); RCW 49.60.180(3); RCW 49.60.180(4). At this stage of our inquiry, we have not made any determination as to whether the University has violated any law.

In order to facilitate our office's efforts to ensure that the University is in compliance with its legal obligations regarding workplace discrimination, we request that you provide the following documents and information:

**ER299**

1

ATTORNEY GENERAL OF WASHINGTON

Nicholas Glancy
June 8, 2022
Page 2

1. Produce any policies governing the hiring, promotion, discipline, and/or termination of University faculty, staff, and administrators, as it relates to their sexual orientation or status of being in a same-sex marriage and/or intimate relationship.

2. Identify and describe every instance in which the policies produced in response to Request No. 1 above have been applied in connection with a decision whether to hire, promote, discipline, and/or terminate any prospective, current, or former University faculty, staff, or administrator, as it relates to their sexual orientation or status of being in a same-sex marriage and/or intimate relationship. Produce any documents reflecting such decisions and provide the name, telephone number, and email address of each prospective, current, or former faculty, staff, or administrator to whom the University applied the policies produced in response to Request No. 1.

3. Produce any complaints received from any prospective, current, or former University faculty, staff, or administrator alleging that they were not hired or promoted, or were disciplined or terminated, because of their sexual orientation or status of being in a same-sex marriage and/or intimate relationship.

4. Produce all job descriptions that describe the job duties and requirements of the position, and the hiring criteria and/or job eligibility requirements, for University faculty, staff, and administrator positions. Please include, but do not limit your response to, the job descriptions that relate to the positions held or applied for by any individual identified in response to Request No. 2.

Please note that the relevant time period for the information requested above is from June 1, 2017, to the present. If there is information in addition to the items listed above that the University believes would aid the AGO in its inquiry, I encourage you to include it with your response. Please respond to this request by July 8, 2022.

Finally, I have enclosed a certification regarding the retention of documents. I request that the University maintain in their current forms all records, documents, files, and electronically stored material that may be relevant to this investigation. Such records, including those that are contained in computer systems or servers, should not be altered or destroyed pending completion of our investigation. I ask that you return copies of the certification signed by each University agent or employee who will be responsible for the production and retention of documents during this inquiry by June 22, 2022. The certification(s) may be submitted to me at the email address below.

Thank you in advance for your cooperation. If you have any questions, please feel free to contact me at daniel.jeon@atg.wa.gov or (206) 342-6437.

**ER300**

ATTORNEY GENERAL OF WASHINGTON

Nicholas Glancy
June 8, 2022
Page 3


Sincerely,

DANIEL J. JEON
Assistant Attorney General
Wing Luke Civil Rights Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 342-6437
daniel.jeon@atg.wa.gov

Enclosure

cc:    Pete Menjares, Interim President (via email w/enc., president@spu.edu)
       Donald Mortenson, Interim Vice President for Finance and Administration (via email
       w/enc., ofa@spu.edu)
       Becky Tindall, Interim Human Resources Director (via email w/enc., rtindall@spu.edu)
       Dean Kato, Board of Trustees Chair (via email w/enc., dean.kato@aol.com)

**ER301**

3

**CERTIFICATION**
**SEATTLE PACIFIC UNIVERSITY**

I, _____, hereby certify that I am an agent or employee of Seattle Pacific University (University), holding the position of _____, with authority to act on behalf of the University. I certify that I will not alter, destroy, or otherwise dispose of any records that comprise, refer, or relate to the documents requested in the Request for Information attached to the letter from the Washington State Attorney General's Office dated June 8, 2022. I have, in writing, instructed University agents and employees not to alter, destroy, or otherwise dispose of the aforementioned records.

This certification applies to all records in their current forms in the direct or indirect possession, custody, or control of the University, including written and electronic documents, postings to internet websites and social media sites, photographs, and audio and video recordings. I will immediately notify the Washington State Attorney General's Office (Attention: Daniel Jeon, Assistant Attorney General, telephone: (206) 342-6437; email: Daniel.Jeon@atg.wa.gov) if I become aware that any person or entity has altered, destroyed, or otherwise disposed of, or intends to alter, destroy, or otherwise dispose of, any such records.

Pursuant to RCW 5.50.050, I declare, under the penalty of perjury and the laws of the State of Washington, that the foregoing is true and correct.

Executed this _____ day of _____, 2022

_____
Signature

_____
Title

**ER302**

4

# Exhibit N
# Osborne Declaration

**ER303**

**From:** Jeon, Daniel (ATG) ▮▮▮▮▮▮▮▮ @atg.wa.gov>
**Sent:** Monday, July 25, 2022 9:54 AM
**To:** Nathaniel L. Taylor < ▮▮▮▮ @elmlaw.com>
**Cc:** Abigail St. Hilaire ▮▮▮▮▮ @elmlaw.com>
**Subject:** RE: Seattle Pacific University

Nat:

Given our previous conversation and your request for an extension because of vacations and leadership transitions due to the end of an academic year, I am somewhat surprised that the substantive response provides no documents and little information that we had requested, and instead is largely counsel's arguments and rhetorical questions. AG Ferguson was personally informed of and granted the two-week extension, understanding that SPU was preparing a substantive response. Regarding a discussion this week, we will alert AG Ferguson of your response and respond in due course.

Thanks, hope you had a pleasant weekend as well.

Daniel

1

**ER304**

**From:** Nathaniel L. Taylor ██████ @elmlaw.com>
**Sent:** Friday, July 22, 2022 4:13 PM
**To:** Jeon, Daniel (ATG) ████████ @atg.wa.gov>
**Cc:** Abigail St. Hilaire ████████ @elmlaw.com>
**Subject:** RE: Seattle Pacific University

[EXTERNAL]

Daniel,

Thanks again for your patience. Attached is the substantive response. I'm available most of Tuesday; Wednesday morning; and most of Thursday to discuss.

Have a great weekend.

Nat

**Ellis | Li | McKinstry**
Nathaniel L. Taylor
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
Direct: ███████████
Main: ███████████
www.elmlaw.com

**From:** Jeon, Daniel (ATG) ████████ @atg.wa.gov>
**Sent:** Wednesday, June 29, 2022 4:27 PM
**To:** Nathaniel L. Taylor ██████ @elmlaw.com>
**Cc:** Abigail St. Hilaire ████████ @elmlaw.com>
**Subject:** RE: Seattle Pacific University

Nat,

Understood, thanks. And yes, a two week extension is fine. Please provide the substantive response by COB July 22.

Daniel

**From:** Nathaniel L. Taylor ██████ @elmlaw.com>
**Sent:** Wednesday, June 29, 2022 2:49 PM
**To:** Jeon, Daniel (ATG) ████████ @atg.wa.gov>
**Cc:** Abigail St. Hilaire ████████ @elmlaw.com>
**Subject:** RE: Seattle Pacific University

[EXTERNAL]

Daniel,

2

**ER305**

I apologize, I think we had a miscommunication.  When we talked back on June 16, I acknowledged that your letter indicated that SPU should reasonably anticipate litigation. And SPU is implementing a litigation hold. But when I asked for the statutory authority for the certification, your office didn't offer one. Rather, you (or your colleague, I don't recall which) explained that some investigation targets are unsophisticated or unrepresented by counsel. That's not the case here. And I'm still unaware of any authority for the requested certification. Hopefully this email acknowledgment about the litigation hold is adequate.

Related, I'm also wondering if we can have short (week or two) extension on the deadline for a substantive response. Your investigation letter came right as the SPU academic year ended, a time when people go on vacation and there are leadership transitions. That slows the process.  Thanks in advance for considering the request.

Nat

Ellis | Li | McKinstry
Nathaniel L. Taylor
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
Direct: 
Main: 
www.elmlaw.com

---

**From:** Jeon, Daniel (ATG) ███████@atg.wa.gov>
**Sent:** Monday, June 27, 2022 1:18 PM
**To:** Nathaniel L. Taylor ██████@elmlaw.com>
**Cc:** Abigail St. Hilaire ██████@elmlaw.com>
**Subject:** RE: Seattle Pacific University

Good afternoon, Nat and Abby:

Our June 8, 2022, request for information asked for copies of the corresponding certification by June 22, 2022. Our office has yet to receive any signed certifications. Please advise as to when we can expect those certifications.

Thanks,
Daniel

**ER306**

# Exhibit O

# Osborne Declaration

**ER307**



**Washington State (/)**
*Office of the Attorney General*
Attorney General **Bob Ferguson**
(/)

Home (/)  |  News (/news)  |  News Releases (/pressrelease.aspx)  |  **Attorney General Ferguson confirms civil rights investigation of Seattle Pacific University**

# Attorney General Ferguson confirms civil rights investigation of Seattle Pacific University

(https://www.atg.wa.gov

**FOR IMMEDIATE RELEASE:**
Jul 29 2022

**SEATTLE —** Attorney General Bob Ferguson released a statement confirming that his office is investigating potential illegal discrimination by Seattle Pacific University's administration. The statement follows the University's lawsuit seeking to block the investigation (https://agportal-s3bucket.s3.amazonaws.com/uploadedfiles/Another/News/Press_Releases/05540SPU.pdf).

"Seattle Pacific University admits that it refuses to hire gay faculty and staff. In May, Seattle Pacific University students and staff staged a sit-in and called for the removal of the University's board of trustees after they voted to keep in place school policies that prohibit employees from engaging in 'same-sex sexual activity.' Numerous Seattle Pacific University students, faculty, and others reached out to my office to file complaints or otherwise express deep concern that the University administration's policies illegally violate Washingtonians' civil rights.

"My office protects the civil rights of Washingtonians who have historically faced harmful discrimination. That's our job — we uphold Washington's law prohibiting discrimination, including on the basis of sexual orientation.

"My office respects the religious views of all Washingtonians and the constitutional rights afforded to religious institutions. As a person of faith, I share that view. My office did not prejudge whether Seattle Pacific University's employment policies or its actions are illegal. We responded to the complaints from concerned Washingtonians by sending the University a letter. The letter asked four questions (https://agportal-s3bucket.s3.amazonaws.com/uploadedfiles/Another/News/Press_Releases/2022-06-08_SPU_RFI.pdf). The letter also invited the University to provide any additional information that it wanted my office to consider.

"We did not publicize the letter, nor did we announce our investigation. In response to our inquiry, Seattle Pacific University filed a federal lawsuit. The lawsuit demonstrates that the University believes it is above the law to such an extraordinary degree that it is shielded from answering basic questions from my office regarding the University's compliance with state law.

"Seattle Pacific University's attempt to obstruct our lawful investigation will not succeed.

"Anyone who believes they were subject to possible employment discrimination by Seattle Pacific University should contact my civil rights team at civilrights@atg.wa.gov (mailto:civilrights@atg.wa.gov)."

-30-

*Washington's Attorney General serves the people and the state of Washington. As the state's largest law firm, the Attorney General's Office provides legal representation to every state agency, board, and commission in Washington. Additionally, the Office serves the people directly by enforcing consumer protection, civil rights, and environmental protection laws. The Office also prosecutes elder abuse, Medicaid fraud, and handles sexually violent predator cases in 38 of Washington's 39 counties. Visit www.atg.wa.gov (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.atg.wa.gov%2F&data=04%7C01%7Cbrionna.aho%40atg.wa.gov%7Cca1de901495e4dbe44e808d938325a7e%7C2cc5baaf3b9742c9bcb8392cad to learn more.*

Media Contact:

Brionna Aho, Communications Director, (360) 753-2727; Brionna.aho@atg.wa.gov (mailto:Brionna.aho@atg.wa.gov)

General contacts: Click here (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.atg.wa.gov%2Fcontact-us&data=02%7C01%7Cask4isd%40atg.wa.gov%7C0bf096ab891d45ee964608d812417366%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C0%7C637279419610422508&

| News Releases 2022 | ⌄ |

## News Release Search

| Search for News Releases |

Advanced Search (/news/news-releases/news-release-search)

Topics:
AGO (/news/news-releases/AGO)
Campaign Finance (/news/news-releases/Campaign%20Finance)
Civil Rights (/news/news-releases/Civil%20Rights)
Consumer Protection (/news/news-releases/Consumer%20Protection)
Courts (/news/news-releases/Courts)

1

